## EXHIBIT A: REQUESTS FOR PRODUCTION

Pursuant to Federal Rules of Civil Procedure 26 and 34 and the Court's Order granting Plaintiffs' Motion for Expedited Discovery, Plaintiffs request that Defendants produce the documents described below within two days of the Court's order or by such other date as the Court sets.

### DEFINITIONS

1. **"Defendants," "You," and "Your"** mean the U.S. Department of Justice ("DOJ"), including its Civil Rights Division, Criminal Division, the Offices of the Attorney General and Deputy Attorney General, and each United States Attorney's Office; Todd Blanche, in his official capacity as Attorney General; the U.S. Department of Homeland Security ("DHS"), including its components U.S. Immigration and Customs Enforcement, Homeland Security Investigations, U.S. Customs and Border Protection, U.S. Citizenship and Immigration Services, and the Federal Protective Service; Markwayne Mullin, in his official capacity as the Secretary of Homeland Security; together with the officers, employees and agents of each. For purposes of these interrogatories, "Defendants" does not include the President of the United States.

2. **"Document"** has the full meaning and scope, given to "documents or electronically stored information" in Federal Rule of Civil Procedure 34(a)(1)(A), and the phrase "writings and recordings" as defined in Federal Rule of Evidence 1001.

3. **"Demanding" or "requesting"** includes directing, urging, instructing, or asking a state or local election official to take any specific action concerning the issuance of ballots, or the general handling, processing, canvassing, tabulation, or certification of ballots, or warning of civil, criminal, or other associated penalty if the official does not do so.

4. **"State or local election official"** means any official, employee, or counsel of a State or political subdivision of a State with responsibility for voter registration, the issuance of ballots, or the general handling, processing, canvassing, tabulation, or certification of ballots.

5. **"Specific registered voters"** means registered voters identified individually by any means, including, but not limited to, by name, voter identification number, social security number, or inclusion on any list, spreadsheet, file, or electronic device.

6. **"Segregate"** means to isolate, set aside, or distinguish in any way, ballots cast by individuals You have identified as potentially ineligible to vote, such that those ballots can be retrieved or separated from ballots cast by all other voters.

7. **"And" and "or"** are terms of inclusion, not exclusion.

## INSTRUCTIONS

1. Produce all responsive Documents within two days of the Court's order, unless otherwise directed by the Court, by secure electronic transfer to counsel for Plaintiffs at eliasm@elias.law, unkwonta@elias.law, cdodge@elias.law, nwittstein@elias.law, kkowalewski@elias.law, and tshaw@elias.law.

2. Unless otherwise stated, the relevant period is July 1, 2026 through the date of production.

3. These Requests are continuing in nature. Accordingly, you must produce any new responsive Document within 24 hours of sending or receiving it, up through the final State's certification of its results of the November 3, 2026 General Election.

4. Produce electronically stored information in reasonably usable form with metadata sufficient to identify custodian, author, recipients, and dates of creation and modification.

5. If Defendants contend that no responsive document exists for any Defendant or component, the answer must state that expressly as to each individual Defendant or component.

6. If any Document is withheld or redacted on a claim of privilege, produce the non-privileged portion and provide a log complying with Federal Rule of Civil Procedure 26(b)(5)(A). If You object to part of a Request, state the objection with specificity and produce Documents responsive to the remainder.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

All non-privileged communications issued by Defendants since July 1, 2026, to state or local election officials demanding or requesting that they (i) remove specific registered voters from their statewide voter registration lists; (ii) refuse to issue ballots to specific registered voters; or (iii) segregate, or otherwise not count and tabulate, any ballots returned by specific registered voters for the upcoming November 3, 2026 General Election, as well as any responses to such communications.

**REQUEST NO. 2:**

All non-privileged communications issued by Defendants since July 1, 2026, to state or local election officials that reference criminal prosecution, investigation, or any other form of legal action against state or local election officials in relation to their public duties for

the upcoming November 3, 2026 General Election, along with any responses to such communications.