# EXHIBIT B: INTERROGATORIES

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Court's Order granting Plaintiffs' Motion for Expedited Discovery, Plaintiffs request that Defendants answer the following Interrogatories separately, fully, in writing, and under oath within two days of the Court's order or by such other date as the Court sets.

## DEFINITIONS

1. **"Defendants," "You," and "Your"** mean the U.S. Department of Justice ("DOJ"), including its Civil Rights Division, Criminal Division, the Offices of the Attorney General and Deputy Attorney General, and each United States Attorney's Office; Todd Blanche, in his official capacity as Attorney General; the U.S. Department of Homeland Security ("DHS"), including its components U.S. Immigration and Customs Enforcement, Homeland Security Investigations, U.S. Customs and Border Protection, U.S. Citizenship and Immigration Services, and the Federal Protective Service; Markwayne Mullin, in his official capacity as the Secretary of Homeland Security; together with the officers, employees and agents of each. For purposes of these interrogatories, "Defendants" does not include the President of the United States.

2. **"Communication"** means any transmission of information, whether written or oral, including letters, emails, text messages, telephone calls, meetings, and other electronically stored data.

3. **"Demanding" or "requesting"** includes directing, urging, instructing, or asking a state or local election official to take any specific action concerning the issuance of ballots, or the general handling, processing, canvassing, tabulation, or certification of ballots, or warning of civil, criminal, or other associated penalty if the official does not do so.

4. **"State or local election official"** means any official, employee, or counsel of a State or political subdivision of a State with responsibility for voter registration, the issuance of ballots, or the general handling, processing, canvassing, tabulation, or certification of ballots.

5. **"Specific registered voters"** means registered voters identified individually by any means, including, but not limited to, by name, voter identification number, social security number, or inclusion on any list, spreadsheet, file, or electronic device.

6. **"Segregate"** means to isolate, set aside, or distinguish in any way, ballots cast by individuals You have identified as potentially ineligible to vote, such that those ballots can be retrieved or separated from ballots cast by all other voters.

7. **"Identify"** means, with respect to any written communications, to state its title (or a description sufficient to distinguish it from other documents), the date it was sent, and the

office or official that created or issued it; the Defendant(s) and recipients to which it pertains; and the Bates number of any Document that embodies it.

8. **"Intend"** includes any plan, decision, or proposal, whether formal or informal, under consideration as of the date of Your answer.

9. **"And" and "or"** are terms of inclusion, not exclusion.

## INSTRUCTIONS

1. Unless otherwise stated, the relevant period is July 1, 2026, through the date of Your answer.

2. These Interrogatories are continuing in nature. Accordingly, you must provide any new responsive answers within 24 hours of being made aware of the relevant information, up through the final State's certification of its results of the November 3, 2026 General Election.

3. If any information is withheld on a claim of privilege, state the nature of the information withheld and the basis for the claim in a manner that complies with Federal Rule of Civil Procedure 26(b)(5)(A). If You object to part of an Interrogatory, state the objection with specificity and answer the remainder.

## INTERROGATORIES

### INTERROGATORY NO. 1

Identify all States where Defendants have sent state or local election officials communications demanding or requesting that they (i) remove specific registered voters from their statewide voter registration lists; (ii) refuse to issue ballots to specific registered voters; or (iii) segregate, or otherwise not count and tabulate, any ballots returned by specific registered voters for the upcoming November 3, 2026 General Election.

### INTERROGATORY NO. 2

Identify any States where Defendants intend to send state or local election officials communications demanding or requesting that they (i) remove specific registered voters from their statewide voter registration lists; (ii) refuse to issue ballots to specific registered voters; or (iii) segregate, or otherwise not count and tabulate, any ballots returned by specific registered voters for the upcoming November 3, 2026 General Election.