**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

**DSCC; et al.**
**Plaintiff(s)**

**vs.** **Case No: 1:26-cv-03674-JEB**

**Donald J. Trump; et al.**
**Defendant(s)**

---

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C.ß 1746, I hereby declare as follows:

I, Ambiko Wallace, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons In A Civil Action, Notice of Designation of Related Civil Cases Pending In This Or Any Other United States Court, Civil Cover Sheet, Civil Cover Sheet Addendum, and Complaint for Declaratory and Injunctive Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/22/2026 at 3:24 PM, I served United States Attorney's Office for the District of Columbia at 601 D Street, NW, Washington, District of Columbia 20530-0034 with the Summons In A Civil Action, Notice of Designation of Related Civil Cases Pending In This Or Any Other United States Court, Civil Cover Sheet, Civil Cover Sheet Addendum, and Complaint for Declaratory and Injunctive Relief by serving Milton Pettus, Paralegal, authorized to accept service.

Milton Pettus is described herein as:

Gender: Male, Race: African American, Age: 45-54, Weight: 180 lbs-200 lbs, Height: 5' 9"-6', Hair: Bald, Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 10/26/2026

/s/ Ambiko Wallace
Signature
Server Name: Ambiko Wallace

*Client Ref Number:*
*Job #: 2199067*

Exhibit 1a)


10/22/2026 3:24 pm EDT
601 D Street, NW, Washington, DC 20530-0034
38.8947725, -77.0205318
601