# Exhibit 1

Case No. 1:26-cv-03674-JEB

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, et al.,<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:26-cv-03674-JEB |

**DECLARATION OF UZOMA N. NKWONTA IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Uzoma N. Nkwonta, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a Partner at Elias Law Group LLP in Washington, DC. I am a member of the bar in the District of Columbia. I am counsel for DSCC, DCCC, Democratic Governors Association, U.S. Senate Minority Leader Charles E. Schumer, U.S. House of Representatives Minority Leader Hakeem S. Jeffries, the Nevada State Democratic Party, and Erick Jose Jimenez ("Plaintiffs").

3. This declaration is made in support of Plaintiffs' Ex Parte Motion for a Temporary Restraining Order and Preliminary Injunction, dated October 26, 2026.

4. Pursuant to Local Civil Rule 65(b), I declare that Plaintiffs did not afford the Clerk's office advance notice of this motion because Plaintiffs directly advised the Court of the likelihood of a forthcoming motion for emergency relief at the October 26, 2026 status conference. *See* October 26, 2026 Minute Order.

5. A true and correct copy of Miles Parks, *Trump Says He Wants Republicans to 'Nationalize' Elections*, NPR (Feb. 3, 2026), https://www.npr.org/2026/02/03/nx-s1-5698095/trump-says-he-wants-republicans-tonationalize-elections is attached hereto as Exhibit A.

6. A true and correct copy of Chris Strohm & Jimmy Jenkins, *Blanche Says More States Could Face DOJ Suits Over Elections*, Bloomberg (Oct. 22, 2026), https://www.bloomberg.com/news/articles/2026-10-22/blanche-says-more-states-could-face-doj-suits-over-elections is attached hereto as Exhibit B.

7. A true and correct copy of *Voter Registration and Citizenship*, Nat'l Conf. of State Legislatures (May 21, 2026), https://www.ncsl.org/elections-and-campaigns/voter-registration-and-citizenship is attached hereto as Exhibit C.

8. A true and correct copy of Maddie Gannon, *Trump Stops in Battleground Georgia to Talk Economy, Voter ID Ahead of Midterms*, Spectrum News (Feb. 19, 2026), https://perma.cc/TZC6-RH6W is attached hereto as Exhibit D.

9. A true and correct copy of Geoff Harris, *Exclusive: DOJ's Harmeet Dhillon on Election Integrity, Fair System Heading into Midterms*, Fox26News (June 9, 2026), https://kmph.com/news/nation-world/exclusive-dojs-harmeet-dhillon-on-election-integrity-fair-system-heading-into-midterms-voter-rolls is attached hereto as Exhibit E.

10. A true and correct copy of Letter from Nancy Morales Gonzalez, Assoc. Gen. Counsel for Soc. Sec. Admin., to Jon Sherman, Litig. Dir. & Senior Counsel for Fair Elections Ctr. (July 13, 2023), https://perma.cc/KS2N-U2US is attached hereto as Exhibit F.

11. A true and correct copy of Jen Fifield & Zach Despart, *A Federal Tool to Check Voter Citizenship Keeps Making Mistakes. It Led to Confusion in Texas*, The Tex. Trib. (Feb. 13, 2026), https://perma.cc/PCQ4PG5E is attached hereto as Exhibit G.

12. A true and correct copy of Judd Legum & Rebecca Crosby, *The Federal Database that Could Upend the Midterm Elections*, Mother Jones (Apr. 9, 2026), https://www.motherjones.com/politics/2026/04/save-database-errors-faulty-state-voter-rolls-lists-trump-administration-doj-ice-2026-midterm-elections/is attached hereto as Exhibit H.

13. A true and correct copy of Nick Corasaniti, *Justice Department Threatens Top Election Officials Over Noncitizen Voting*, N.Y. Times (July 7, 2026), https://www.nytimes.com/2026/07/07/us/politics/justice-departmentelections-noncitizen-voting.html is attached hereto as Exhibit I.

14. A true and correct copy of Letter from Harmeet Dhillon, Assistant Att'y Gen. U.S. Dep't of Just., to Steve Simon, Pa. Sec'y of State (July 7, 2026), https://perma.cc/6FYL-FR4E is attached hereto as Exhibit J.

15. A true and correct copy of Letter from Markwayne Mullin, Sec'y U.S. Dep't of Homeland Sec., to Shirley N. Weber, Cal. Sec'y of State (July 16, 2026), https://perma.cc/RT38-GCFZ, is attached hereto as Exhibit K.

16. A true and correct copy of Letter from Markwayne Mullin, Sec'y U.S. Dep't of Homeland Sec., to Francisco Aguilar, Nev. Sec'y of State (July 16, 2026), https://perma.cc/CQY9-YK3U is attached hereto as Exhibit L.

17. A true and correct copy of Letter from Markwayne Mullin, Sec'y U.S. Dep't of Homeland Sec., to Al Schmidt, Sec'y of Commonwealth of Pa. (July 16, 2026), https://www.documentcloud.org/documents/28524325-public-file-letter-pa/ is attached hereto as Exhibit M.

18. A true and correct copy of Letter from Shirley N. Weber, Cal. Sec'y of State, to Markwayne Mullin, Sec'y U.S. Dep't of Homeland Sec. (July 23, 2026), https://perma.cc/6VWD-APH9 is attached hereto as Exhibit N.

19. A true and correct copy of Letter from Francisco Aguilar, Nev. Sec'y of State, to Markwayne Mullin, Sec'y U.S. Dep't of Homeland Sec. (July 29, 2026), https://perma.cc/F7HN-Z597 is attached hereto as Exhibit O.

20. A true and correct copy of Nick Corasaniti, *From 16,000 to 185 to Zero: Trump's Claims of Illegal Voting in Nevada Fizzle*, N.Y. Times (Sep. 24, 2026), https://www.nytimes.com/2026/09/24/us/politics/nevada-votershomeland-security-trump.html is attached hereto as Exhibit P.

21. A true and correct copy of E-mail from Greg Ott to U.S. Dep't of Homeland Sec., Off. of Intergovernmental Affs. (Sep. 23, 2026, at 2:54 PM), https://perma.cc/UY3B-LCGT is attached hereto as Exhibit Q.

22. A true and correct copy of Letter from Al Schmidt, Sec'y of the Commonwealth of Pa., to Markwayne Mullin, Sec'y U.S. Dep't of Homeland Sec. (July 29, 2026), https://perma.cc/369K-NBQG is attached hereto as Exhibit R.

23. A true and correct copy of Letter from Al Schmidt, Sec'y of the Commonwealth of Pa., to Markwayne Mullin, Sec'y U.S. Dep't of Homeland Sec. (Aug. 25, 2026), https://perma.cc/4CGS-49N9 is attached hereto as Exhibit S.

24. A true and correct copy of Letter from U.S. Dep't of Homeland Sec., Off. of Intergovernmental Affs., to Al Schmidt, Sec'y of the Commonwealth of Pa. (Sep. 9, 2026), https://www.documentcloud.org/documents/28652211-9926-dhs-pennsylvania-letter/ is attached hereto as Exhibit T.

25. A true and correct copy of Zachary B. Wolf & Annette Choi, *Trump's Speech Claiming US Election Vulnerabilities, Annotated*, CNN (July 17, 2026), https://www.cnn.com/interactive/2026/07/politics/annotatedtranscript-trump-speech-us-election-vis/ is attached hereto as Exhibit U.

26. A true and correct copy of Doina Chiacu & A.J. Vicens, *DHS Threatens States with Fines, Charges Over Election Measures*, Reuters (July 17, 2026), https://www.reuters.com/legal/government/us-dhs-chief-asks-four-states-check-voter-rolls-non-citizens-2026-07-17/ is attached hereto as Exhibit V.

27. A true and correct copy of Jane C. Timm, *Conservative Voter Fraud Hunters Pitch New Computer Programs to State Officials*, NBC News (Mar. 18, 2026), https://www.nbcnews.com/politics/elections/conservative-voter-fraud-hunters-pitch-new-programs-state-officials-rcna263738 is attached hereto as Exhibit W.

28. A true and correct copy of Caleb Groves, *Georgia Election Board Promotes New Voter-Roll Tool Ahead of Midterms*, Atl. J.-Const. (July 23, 2026), https://www.ajc.com/politics/2026/07/georgia-election-board-promotes-new-voter-roll-tool-ahead-of-midterms/ is attached hereto as Exhibit X.

29. A true and correct copy of @brendan_fischer, X.com (Oct. 20, 2026), https://x.com/brendan_fischer/status/2112553038032310747?s=20 is attached hereto as Exhibit Y.

30. A true and correct copy of Letter from R. Trent McCotter, Acting Deputy Att'y Gen., U.S. Dep't of Just., to Shirley N. Weber, Cal. Sec'y of State (Oct. 13, 2026), https://perma.cc/9XH8-2Z9S is attached hereto as Exhibit Z.

31. A true and correct copy of Brittany Gibson & Avery Lotz, *DOJ Gives California 48 Hours to Check Voters or Face Lawsuit*, Axios (Oct. 15, 2026), https://www.axios.com/2026/10/14/doj-california-noncitizen-voters-mail-ballots is attached hereto as Exhibit AA.

32. A true and correct copy of Letter from R. Trent McCotter, Acting Deputy Att'y Gen., U.S. Dep't of Just., to Dean Logan, L.A. Cnty. Registrar-Recorder/Cnty. Clerk (Oct. 13, 2026), https://rrcc.app.box.com/s/jwladrl77dwd9ud2hexcw2yeuvm1gnic/file/2526768778856 is attached hereto as Exhibit AB.

33. A true and correct copy of Letter from Shirley N. Weber, Cal. Sec'y of State, to R. Trent McCotter, Acting Deputy Att'y Gen., U.S. Dep't of Just. (Oct. 15, 2026), https://perma.cc/2RFW-AMKA is attached hereto as Exhibit AC.

34. A true and correct copy of Press Release, Cal. Sec'y of State, California Secretary of State Shirley N. Weber, Ph.D., Shares Response to U.S. Department of Justice Demands (Oct. 15, 2026), https://perma.cc/K552-T4G6 is attached hereto as Exhibit AD.

35. A true and correct copy of @USAttyEssayli, X.com (Oct. 16, 2026), https://x.com/usattyessayli/status/2111235463428419898?s=46 is attached hereto as Exhibit AE.

36. A true and correct copy of Jasper Ward, *Trump Threatens California Officials with Imprisonment over Stance on Mail Ballots*, Reuters (Oct. 16, 2026), https://perma.cc/44RT-JDV4 is attached hereto as Exhibit AF.

37. A true and correct copy of Laurel Rosenhall & Shawn Hubler, *Justice Dept. Demands That California Counties Help Identify Noncitizen Voters*, N.Y. Times (Oct. 24, 2026), https://www.nytimes.com/2026/10/23/us/justice-dept-california-noncitizen-voters.html is attached hereto as Exhibit AG.

38. A true and correct copy of Julia Ainsley, et al., *DOJ Weighs Election Litigation Against More States*, NBC News (Oct. 21, 2026), https://www.nbcnews.com/politics/justice-department/doj-weighs-election-litigation-states-rcna604872 is attached hereto as Exhibit AH.

39. A true and correct copy of Ryan J. Reilly & Jane C. Timm, *Blanche Won't Rule Out DOJ Post-Election Action in a 'Doomsday' Scenario*, NBC News (Oct. 22, 2026), https://www.nbcnews.com/politics/justice-department/blanche-wont-rule-doj-post-election-action-doomsday-scenario-rcna605035 is attached hereto as Exhibit AI.

40. A true and correct copy of Press Release, Cato Inst., Cato Legal Scholar Comments on Justice Department Suit against Alaska Election Results (Oct. 23, 2026), https://www.cato.org/news-releases/cato-legal-scholar-comments-justice-department-suit-against-alaska-election-results is attached hereto as Exhibit AJ.

41. A true and correct copy of Miles Parks & A. Martinez, *Election Tensions Escalate in California as DOJ Charges 28 People with Voting Crimes*, NPR (Oct. 20, 2026), https://www.npr.org/2026/10/20/nx-s1-6008023/election-tensions-escalate-in-california-as-doj-charges-28-people-with-voting-crimes is attached hereto as Exhibit AK.

42. A true and correct copy of Jen Rice, *'I Will Hunt You Down': U.S. Attorney Baselessly Threatens Voters as Polls Open in Texas*, Democracy Docket (Oct. 19, 2026), https://perma.cc/2NN4-4YM8 is attached hereto as Exhibit AL.

43. A true and correct copy of Letter from Charles Neil Floyd, Acting U.S. Att'y, U.S. Dep't of Just., to Steve Hobbs, Wa. Sec'y of State (Oct. 26, 2026), https://perma.cc/M42U-ZQJD is attached hereto as Exhibit AM.

44. A true and correct copy of Gene Johnson, *Trump Administration Asks Washington to Set Aside Ballots from 400 Voters It Says May Be Noncitizens*, AP (Oct. 26, 2026),

https://apnews.com/article/washington-noncitizen-voting-63c17a3eadc9ed232fbd897afbd29b9d is attached here as Exhibit AN.

45. A true and correct copy of Dyer Oxley & Amy Radil, *Federal Attorneys Allege Hundreds of Non-citizens are Voting in Washington Elections*, KUOW (Oct. 26, 2026), https://perma.cc/TAZ5-R2JX, is attached here as Exhibit AO.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of October, 2026.

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta

# Exhibit A

Case No. 1:26-cv-03674-JEB

# Trump says he wants Republicans to 'nationalize' elections

**npr.org**/2026/02/03/nx-s1-5698095/trump-says-he-wants-republicans-to-nationalize-elections

Miles Parks February 3, 2026




## [Politics]



[Miles Parks]

President Trump said in an interview he wants Republicans to "nationalize" elections. It's the latest instance of Trump's willingness to meddle in election administration.

**Transcript**

JUANA SUMMERS, HOST:

The Constitution is clear. In the U.S., states run elections, but yesterday President Trump made waves when he said Republicans should nationalize how the country votes. Joining us

now to talk about what that means and how it could affect the midterms is NPR voting correspondent Miles Parks. Hi.

SUMMERS: Miles, let's start there. What exactly did the president say?

PARKS: I mean, he was pretty clear. This was on a podcast appearance with Dan Bongino, the conservative host who is also recently deputy FBI director. And Trump started this moment by repeating a claim he has made a lot in recent years, this idea that noncitizens are voting in big numbers and stealing elections for Democrats. Here's the full clip.

(SOUNDBITE OF PODCAST, "THE DAN BONGINO SHOW")

PRESIDENT DONALD TRUMP: These people were brought to our country to vote, and they vote illegally. And, you know, amazing that the Republicans aren't tougher on it. The Republicans should say we want to take over. We should take over the voting in at least many - 15 places. The Republicans ought to nationalize the voting.

PARKS: Now, today the White House claimed Trump was only referencing support for Republican legislation that would require more documentation for people to register to vote. But it seems notable that this comes less than a week after the FBI raided the elections office in Fulton County, Georgia, looking for material specifically related to Trump's loss in 2020.

SUMMERS: Right. And Miles, I know we ask this question a lot when it comes to things that President Trump says, but nationalizing voting, is that something he can actually do?

PARKS: It is not. The short answer is that Article 1, Section 4 of the Constitution is clear. States run their own elections with oversight from Congress, as well. The president has no role. Theoretically, though, Congress could step in to do whatever President Trump is imagining here, but obviously, that's a no-go from Democrats on the Hill. And at this point, no election legislation, including the most recent draft of this Republican voting overhaul that I referenced earlier, has broad enough support to overcome the filibuster in the Senate. Also, for years, the Republicans' perspective on this has actually been that states should run elections with as minimal a role from the federal government as possible. So honestly, it's a little striking to hear this sentiment from a Republican president.

SUMMERS: I understand that he legally cannot take elections over, but does this tell us anything about Trump's willingness to interfere in the midterm elections?

PARKS: Absolutely. I think that's going to be the big takeaway, especially for local election officials. I was talking the other day with Michigan's secretary of state, Jocelyn Benson, who's a Democrat also running for governor there. She's been overseeing voting in the state since

2019, and she said her office is actively preparing for the possibility of some sort of federal interference in the midterms.

JOCELYN BENSON: We are always prepared for anything in Michigan, given what we - I mean, you know, armed protesters came to my home in 2020. False electors stood outside of our state Capitol building and demanded to be seated. So, yes, we know we continue to be locked in this ongoing battle over our democracy, over election administration.

PARKS: In addition to the raid in Fulton County, the Justice Department is suing roughly half the states in the country trying to access their voter rolls, but only at this point, suing states that Trump lost in 2020. This is not news at this point, but Trump is willing to use the federal government - the levers of the federal government to push forward his political aims.

SUMMERS: Before I let you go, I do want to ask, Miles, about that search warrant in Fulton County, Georgia. Have we learned anything more about what's happening there?

PARKS: So we still don't know the exact allegations that made a judge sign off on the warrant, but two more details have come to light. One is that the director of national intelligence, Tulsi Gabbard, was on scene there, and a big part of her job seems to be overseeing the federal government's new - fairly new investigation into the 2020 election. And two, President Trump spoke by phone to the agents carrying out the search warrant in Fulton County last week. Gabbard confirmed that in a letter to two Democrats in Congress this week, which is important because it just about shatters any illusion of there being a separation between the DOJ's actions and the president's desires at this point.

PARKS: Thank you.

Copyright © 2026 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.

Accuracy and availability of transcripts for NPR programming may vary. Transcript text may also be revised to correct errors or match updates to audio. Audio may be edited after its original broadcast or publication. The authoritative record of NPR’s programming is the audio record. Please note that NPR platforms and products also include some programming produced by third parties; NPR cannot guarantee transcripts for that content and some transcripts may be produced using automated or other tools.

**NPR does not offer or accept money for coverage or interviews.** Anyone who makes such an offer or request is not an NPR employee and does not represent NPR.

# Exhibit B

Case No. 1:26-cv-03674-JEB

Politics

# Blanche Says More States Could Face DOJ Suits Over Elections



Todd Blanche *Photographer: Samuel Corum/Sipa/Bloomberg*

By Chris Strohm and Jimmy Jenkins
October 22, 2026 at 1:20 PM EDT

Save Translate Listen 1:13

US Attorney General Todd Blanche said the Justice Department could file lawsuits against more states over election-integrity claims before the Nov. 3 midterms, after the Trump administration sued California last week.

“There’s a number of states that we’re looking at,” Blanche told reporters Thursday at a press event in Virginia.

The attorney general said more court fights are possible with states that refuse to work with the Justice Department on administration efforts to bolster the reliability of voting results. In a suit last week, the department accused California of failing to join an effort to remove suspected non-citizens from voter rolls and is seeking a court order barring the state from counting ballots until the citizenship status of more than 20,000 individuals can be verified.

President Donald Trump has been pursuing extraordinary legal tactics to assert greater federal control over US elections, testing the boundaries of Washington’s power over how Americans vote as his Republican Party seeks to keep its majority in Congress in the midterm elections.

While the Constitution largely puts states in charge of elections, Trump has sought to reach into virtually every corner of the voting process as he boosts baseless accusations of widespread voter fraud for his loss in the 2020 election.

# Exhibit C

Case No. 1:26-cv-03674-JEB

# Brief Voter Registration and Citizenship

ncsl.org/elections-and-campaigns/voter-registration-and-citizenship

November 2, 2026

Related Topic: Elections

The act of registering to vote is the first point of contact for any new voter, and the first and best opportunity for a state to confirm eligibility. Eligibility is based on identity, residency, age and citizenship. Voter registration already requires voters to prove their identity, residency and age, but in most cases, citizenship is addressed by asking for a voter's attestation, not documentary proof, although a handful of states do ask for proof.

Registration can be done through many avenues. The bulk of registrations come through motor vehicle bureau transactions (or similar transactions at other state agencies). Others are done on paper forms such as might be used by third-party registration drives, through an online voter registration portal in most states, or through Election Day registration in the states where this option is available. Registrations on a federal form are possible, too.

Read on about how each registration method relates to proof of citizenship.

## Voter Registrations Through Motor Vehicle Bureaus

The National Voter Registration Act of 1993, also known as the Motor Voter Act, requires most states to include an opportunity to register to vote for people doing business with their bureau of motor vehicles. The NVRA requires state voter registration applications to state eligibility requirements and an attestation that applicants meet the requirements, including citizenship, under penalty of perjury. Six states are exempt from the NVRA because they offered Election Day registration when it passed—Idaho, Minnesota, New Hampshire, North Dakota, Wisconsin, and Wyoming. Two of these states—New Hampshire and Wyoming—have additional documentary proof of citizenship requirements to register to vote. Fifty-nine percent of new registrants nationwide are added to state voter registration databases through transactions at motor vehicle bureaus, according to the 2024 Election and Voting Administration Survey, conducted by the U.S. Election Assistance Commission.

Using these transactions to ensure that only citizens are given the opportunity to register reduces the likelihood of noncitizens getting on voter rolls.

With all states now offering REAL ID-compliant licenses, the data at the BMV is better than ever. To obtain a REAL ID, either proof of citizenship (such as a birth certificate, U.S. passport or naturalization papers) or documents indicating lawful presence in the United States is required. A REAL ID card does not indicate citizenship; the same insignia is on an ID card for a citizen as for a lawfully present noncitizen. And yet, the information provided to obtain the REAL ID can be used to ensure that the option to register to vote at a BMV is offered only to those who have shown proof. (Some citizens may choose to not get a REAL ID, perhaps because an alternative state-issued, non-REAL ID-compliant driver's license may be less expensive. These citizens have the right to vote, too, but their information at the BMV would not prove citizenship.)

States that offer a paper application form to prospective new voters at BMVs can:

- Enhance training for BMV staff so they know to *only* offer paper forms to people who have shown a passport or birth certificate or other proof of citizenship, rather than handing the form to all people doing business at the BMV. This will reduce potential errors.
- Review the form to ensure that it not only has a check box to indicate citizenship but also requires an affidavit (a signature attesting to citizenship) and information on penalties associated with perjury. Having this information at the top of the form may be more effective than near the signature.

States that have an automatic voter registration application process at their BMVs can:

- Check citizenship at the BMV office. The software can be reviewed to ensure that only those who have shown proof of citizenship for BMV purposes are provided the opportunity to register to vote, or, in states that automatically register voters, to register them. In other words, if proof of citizenship has been shown at the BMV, voter registration proceeds. If the identification offered does not show citizenship (a green card, for instance), the software does not advance to voter registration. In Minnesota, which uses automatic voter registration, if a person at the BMV shows documentary proof of citizenship, they are automatically added to the rolls. If they are seeking a non-REAL ID driver's license, which can be obtained without showing proof of citizenship, they are provided information regarding voter registration and eligibility criteria. Anyone who shows a green card or similar document to obtain a driver's license is not offered voter registration. In Ohio, applicants for driver’s licenses and state IDs are only offered voter registration if they provide or have previously provided proof of citizenship. In Georgia, the registration form asks for the driver's license number, and if the person doesn't have that, the last four digits of their social security number. These can be used to match up records.

- Use the automated system to capture alien registration numbers for noncitizens who are in the United States legally. (These people are not offered voter registration.) If at some point they register to vote, the alien registration number can be used to compare to the Department of Homeland Security's SAVE database (see below). In Georgia, 4,000 people were in "pending" status related to their citizenship in 2024; after checking SAVE records, 2,000 of them were shown to, in fact, be citizens and thus were added to the rolls.
- Anyone who has not been affirmatively identified as a citizen at the BMV can be kept in a separate list from those who have shown proof. Staff can contact people on the separate, or pending, list to determine their status. This is standard practice in Michigan, where the secretary of state oversees both the bureau of motor vehicles and the voter registration rolls. Since the advent of REAL ID, the number of errors has plummeted in Michigan, and likely throughout the nation.
- A BMV database can maintain images of documentation used to obtain a driver's license or state identification card. This is the case in Colorado and Oregon at least, and election officials can refer to that documentation if needed.

## State Voter Registration Applications Completed Outside the BMV

While most people register to vote at the BMV, other methods are available. When offering registration on a paper or electronic form outside the BMV, it is common to have a checkbox for the applicant to indicate that they are, or are not, a citizen. This is done under penalty of perjury.

Registrations done on a state form (30%): For those who register to vote on a state form, whether downloading it, during an in-person interaction at an election office or as part of a third-party registration drive, they are likely to be asked to sign an affidavit attesting to their citizenship. Some states request the applicant's driver's license or state identity number on the form too, so the election officials can compare the registration form to data at the BMV to see if proof of citizenship (a birth certificate or passport or similar) was provided at that point. A social security number is not proof of citizenship.

Online voter registration (14%): Forty-two states plus the District of Columbia and Guam offer online voter registration. Most systems ask for the driver's license or state identity number. When that is the case, a new registration can be automatically compared to the data already on hand at the BMV, including information on whether they showed proof of citizenship for that transaction.

Election Day registration (4.8%): In 23 states, those who are eligible to vote but are not registered can show up at a polling place, prove eligibility including identity, residency and

age, and be added to the voter rolls and vote. Citizenship is often ascertained at this point by an affidavit rather than by documentary proof. In some cases, Election Day registrants use a provisional ballot, which is counted only after the information provided is confirmed after the polls close. In all cases, the state can follow up to verify citizenship by checking the new registration against information from other sources, typically the BMV. If a new voter is shown to not to be a citizen, they can be charged with perjury.

## Federal Voter Registration Applications

The federal government offers a voter registration application that is applicable in all states. (North Dakota is the only state that does not use voter registration, although it does maintain a list of people who vote.) The instructions on the form state that it is only for U.S. citizens, and the form starts with a checkbox: "Are you a citizen of the United States of America?" The form states that false statements carry a penalty for perjury.

The instructions for filling out the federal form include state-specific information. That information includes deadlines, preregistration if available and, again, that all states require a registrant to be a U.S. citizen. These state-specific instructions do not include a requirement for documentary proof of citizenship in the handful of states that require it. In 2016 in Fish v. Kobach the U.S. Court of Appeals for the Tenth Circuit ruled that state law cannot require documentary proof of citizenship on top of the federal form. The federal form must be accepted as-is in all states.

No centralized data exists on the use of federal forms, although election officials indicate its use has dropped considerably since the adoption of online voter registration in most states. One state example: In 2023, Virginia received 1,735 federal forms out of approximately 300,000 new registrations, or 0.6% of new registrations.

In 2025, President Trump issued an executive order requiring the EAC to update the national mail voter registration form and require registrants using the federal form to provide proof of citizenship documentation. This section of the order was permanently enjoined by the U.S. District Court for the District of Columbia on Oct. 31, 2025. Per the court order, the EAC may not modify the form to include documentary proof of citizenship. The federal form must be accepted as-is in all states.

Voters in 40 states will deliver verdicts on over 140 ballot measures in the November 2026 election. This year’s most common ballot measure topics include taxes, bonds, elections and education. Overall, there are many more legislatively referred measures on this year’s ballot than citizen-initiated questions.

# Exhibit D

Case No. 1:26-cv-03674-JEB

# Trump talks economy, voter ID in Georgia ahead of midterms

spectrumlocalnews.com/us/snplus/politics/2026/02/19/trump-visit-georgia

Maddie Gannon February 19, 2026



POLITICS

## Trump stops in battleground Georgia to talk economy, voter ID ahead of midterms

UPDATED 6:20 PM ET Feb. 19, 2026 PUBLISHED 11:08 AM ET Feb. 19, 2026

ROME, Ga. — President Donald Trump traveled to the battleground state of Georgia on Thursday, marking his latest domestic trip aimed at selling his leadership and record with less than nine months to go until November's midterm elections.

### What You Need To Know

- President Donald Trump traveled to the battleground state of Georgia Thursday, where he stopped at a local drive-in chain restaurant and steel factory before delivering remarks
- The trip was framed as set to be centered on the economy but featured significant focus on Trump's desire for a national voter ID requirement and an end to mail-in voting

- The president has stepped up his travel within the U.S. in recent weeks as he hopes to help Republicans keep control of the House and Senate in this year's midterm elections and specifically pitch Americans on the state of the economy under his watch
- The trip also came just weeks after the FBI came to Fulton County – which is Georgia's biggest by population and is home to many registered Democrats – to enter election offices and take voting records and ballots from the 2020 election

The visit, which saw the president stop at a local drive-in chain restaurant and steel factory before delivering remarks, was framed by the White House as set to be centered on the economy. But it also had a heavy focus on Trump's false claims of voter fraud in a state that was at the center of his qualms with the 2020 election and as the FBI's recent visit to election offices in Fulton County hung over the trip.

Trump's first stop upon touching down in Rome, Georgia, was at The Varsity, a local chain restaurant serving American classics. The president mingled with people and workers in the joint, signing hats and touting his no-taxes-on-tips-and-overtime policies implemented in his signature legislation passed by Republicans in Congress this past summer. One man said he had a lifetime achievement award with former President Joe Biden's signature on it and asked Trump to sign it instead.

The president then visited Coosa Steel where he was set to tour the facility and talked tariffs with the company's owner, Andrew Saville, ahead of giving formal remarks.

The president has stepped up his travel within the U.S. in recent weeks as he hopes to help Republicans keep control of the House and Senate in this year's midterm elections. He's hoping specifically to pitch Americans on the state of the economy under his watch. Despite some polls showing concerns about prices and the impacts of his tariff agenda, Trump has insisted an "economic boom" is taking place under his leadership and recently took ownership of it after many in his adminsitration said they were digging out of a hole Biden left them.

The latest consumer price index report from the Bureau of Labor Statistics showed inflation fell to 2.4% in January compared to a year earlier, marking an unexpected cooling even with the figure still slightly above the Federal Reserve's target rate of 2%.

Delivering remarks after touring the steel factory, Trump lauded the state of the economy, insisting his tariffs have made a positive difference in turning things around. But he lamented that he has been waiting "forever" for a decision from the Supreme Court that is set to determine whether the president has the authority to impose the tariffs under the emergency power he has cited and made fun of the media's focus on "affordability," which played a large role in off-year local elections in 2025 in which Democrats scored some major victories. He reiterated his belief that the focus on affordability was a "con job."

Ahead of his stop in Georgia, the White House issued a press release highlighting gas prices in the state, the money it says residents will save as a result of the tax relief in his signature legislation and the impact of his immigration crackdown, which has caused controversy around the country.

But the trip also came just weeks after the FBI came to Fulton County — which is Georgia's biggest by population and is home to many registered Democrats — to enter election offices and take voting records and ballots from the 2020 election. Director of National Intelligence Tulsi Gabbard was also spotted on-site, sparking questions and speculation.

Trump also used much of his remarks Thursday to repeat his false 2020 election claims while urging an end to voting by mail and the addition of a requirement for people to show an ID to cast a ballot.

“We'll never lose a race — for 50 years, we won't lose a race," Trump said of Republicans if the two policies are implemented. "We want voter ID, we want proof of citizenship, and we don't want mail-in ballots."

The president and Republicans in Congress have been pushing legislation that would implement such an ID requirement, but a handful of Democrats in the Senate would have to back the bill for it to clear the chamber's filibuster rules. On mail-in voting, Trump said he would allow it for members of the military, people who are ill or disabled, or those "away, even for a vacation.”

His stop at the steel facility, meanwhile, was located in the district once represented by former Republican Rep. Marjorie Taylor Greene until just last month, when she stepped down from Congress after weeks of public feuding with Trump — particularly over Jeffrey Epstein and the president's focus on foreign policy — despite previously being one of his most vocal supporters in the House.

There is a special election to fill her seat set to take place in just weeks and the Trump-backed candidate, district attorney and Air Force veteran Clay Fuller, spoke ahead of the president Thursday.

# Exhibit E

Case No. 1:26-cv-03674-JEB

# Exclusive: DOJ's Harmeet Dhillon on election integrity, fair system heading into midterms

**kmph.com**/news/nation-world/exclusive-dojs-harmeet-dhillon-on-election-integrity-fair-system-heading-into-midterms-voter-rolls

GEOFF HARRIS | The National News Desk

June 10, 2026










CITY OF INDUSTRY, CALIFORNIA - JUNE 05: An election worker processes mail-in ballots for the California state primary election at the Los Angeles County Ballot Processing Center on June 05, 2026 in City of Industry, California. The U.S. Department of Justice sent a federal prosecutor to observe ballot counting in Los Angeles County after President Donald Trump alleged, without evidence, that delays in counting ballots were the result of election fraud. (Photo by Justin Sullivan/Getty Images)

WASHINGTON (TNND) — With state primaries in full swing, the Justice Department's Civil Rights Division is putting election integrity at the top of its priority list. Civil Rights Assistant Attorney General Harmeet Dhillon told The National News Desk Tuesday they've requested voter data from every state plus Washington, D.C. About one-third have voluntarily complied with or reached settlements to turn over that information. While some others continue to push back.

When it comes to election integrity, Dhillon said that under various federal rights statutes, the Attorney General does have the right to audit various election data. (TNND)

> We found hundreds of thousands of duplicate registrations. Hundreds of thousands of dead people on the voter rolls. Tens of thousands of noncitizens on the voter rolls,"

> Dhillon said.

When it comes to election integrity, Dhillon said under various federal rights statutes, the Attorney General does have the right to audit various election data.

> What we have found in successive elections is that voter rolls are not being kept updated throughout the U.S. It's a common problem in red states and blue states," said Dhillon.

Among the blue states Dhillon says isn't complying, Maryland. Adding they're also in litigation with the state for not handing over its voter rolls.

> Eventually we do expect to be able to get that information from Maryland but they're dragging their feet, kicking and screaming and refusing to give it to us. So, it's a just a process we have to go through," said Dhillon.

When asked how the DOJ and the Civil Rights Division handle states that won't turn over information, Dhillon said litigation is the last resort.

> Sometimes our response is a rude press conference by state officials who say they're going to be in resistance mode and refuse to comply. So, then you know that's the end of the conversation and you draft your lawsuit and you go to court," Dhillon said.

Dhillon added, she'd like all Americans, regardless of party affiliation, to go to the polls and feel comfortable they can vote and trust the outcome. But she believes the lack of transparency, sloppiness and contempt for law enforcement is widely affecting election integrity.

> My concern is that we have sloppy voter rolls. We have frankly Secretaries of State throughout the country, I won't say throughout but a lot of them, who don't take their job seriously. We have apparatus of counting votes and voting that has been hijacked by the left," Dhillon said.

Dhillon also shed some light on the mail-in ballot system. Saying she feels most confident voting when she goes in and makes sure her ballot reaches its final destination.

# Exhibit F

Case No. 1:26-cv-03674-JEB

SOCIAL SECURITY
Office of the General Counsel
Office of General Law

July 13, 2023

Sent via email and U.S. Mail

Jon Sherman
Litigation Director & Senior Counsel
Fair Elections Center
1825 K Street NW, Suite 450
Washington D.C. 20006
(Tel.) 202-331-0114
jsherman@fairelectionscenter.org

Re: Application for Records and Testimony of a Social Security Administration (SSA) Employee in a Federal Civil Case, *Mi Familia Vota, et al. v. Adrian Fontes, in his official capacity as Arizona Secretary of State, et al.*, 22-cv-509 et al. (consolidated) (D. AZ)

Dear Mr. Sherman:

You filed an application requesting deposition testimony and supporting documents in this matter from an SSA employee regarding the accuracy and reliability of using SSA databases to verify current U.S. citizenship status. Your case involves two consolidated actions challenging Arizona statutes that implement new citizenship investigation procedures for voter registration applicants and existing registered voters. The procedures require local election officials to compare county voter registration information with data contained in SSA's databases to verify citizenship status and voter eligibility. You allege that doing so will cause naturalized voter registration applicants and registered voters to be erroneously flagged as non-citizens based on old or inaccurate data in SSA databases.

You requested information concerning the frequency SSA databases are updated regarding U.S. citizenship status and the procedures SSA uses to update those databases. You also requested any recent Office of the Inspector General (OIG) report, study, or investigation that includes a review of the accuracy and reliability of U.S. citizenship data or information contained in SSA databases. You stated that you do not seek any internal SSA communications or the underlying data stored in SSA databases. You assert that the information sought from SSA is directly relevant to the claims at issue in your case. This letter constitutes the final decision on your application pursuant to the agency's regulations governing a request for testimony by employees and the production of records and information in legal proceedings. As discussed in further detail below, I am denying your application for testimony but providing information and references to publicly available information about the accuracy of SSA's citizenship status.

Further, to the extent you seek nonpublic records or testimony from the Office of the Inspector General, you should direct a request in compliance with 20 C.F.R. Part 403 to: Office of the Inspector General, Social Security Administration, 300 Altmeyer Building, 6401 Security Boulevard, Baltimore, MD 21235-6401. *See* 20 C.F.R. § 403.125.

Citizenship Information in SSA Records

While SSA records provide an indication of citizenship, they do not provide definitive information on U.S. citizenship. The Department of Homeland Security (DHS) is responsible for maintaining current immigration and work authorization status for all noncitizens. Individuals achieve citizenship in various ways. The agency responsible for recording and confirming citizenship status depends on how citizenship was achieved. The responsible agency may be DHS, Department of State, or the States. See SSA - POMS: GN 00303.100 - United States (U.S.) Citizenship - 06/05/2018. SSA is not the agency responsible for making citizenship determinations. Individuals report their citizenship status to SSA when they apply for a Social Security number (SSN). See SSA - POMS: RM 10210.500 - General Information on Evidence of U.S. Citizenship for a Social Security Number (SSN) Card - 07/31/2019. SSA did not begin to consistently maintain citizenship information until 1981. See Social Security History (ssa.gov) (explaining that SSA requirements regarding citizenship arose in the 1970s). Accordingly, SSA does not have citizenship information for all individuals who have been issued an SSN. Moreover, there is no obligation for an individual to report to SSA a change in their immigration status unless the individual is receiving Social Security payments. See SSA - POMS: GN 00303.001 - Requirement of United States (U.S.) Citizenship or Appropriate Alien Status - 06/27/2012 and SSA - POMS: RS 00204.010 - Lawful Presence Payment Provisions - 01/04/2017. As such, the citizenship SSA maintains merely represents a snapshot of the individual's citizenship status at the time of their interaction with SSA. SSA's records do not provide definitive information about an individual's citizenship status.

Moreover, we have publicly posted on our website information about the accuracy and reliability of the citizenship data that we maintain in the limited data exchanges in which we provide this information, such as:

- Section VI of Model State Computer Matching and Privacy Protection Act Agreement: Individuals applying for SSNs report their citizenship status at the time they apply for their SSNs. There is no obligation for an individual to report to SSA a change in his or her immigration status until he or she files for a Social Security benefit. State Agencies must independently verify citizenship data through applicable State verification procedures and follow the notice and opportunity to contest procedures specified in Section V of this Agreement before taking any adverse action against any individual.

- Section VII of Match 1051:
  The SSA Enumeration System database used for SSN matching is 100 percent accurate based on SSA's Office of Quality Review 'FY 2018 Enumeration Accuracy Review Report (April 2019).' This review includes the citizenship information provided at the time the individual applied for their SSNs. However, there is no obligation for an individual to report to SSA a change in his or her citizenship or immigration status until he or she requests a replacement card or files a claim for a Social Security benefit. While the citizenship information is accurate for SSA's program purposes, if used later for other purposes, it may not be current. SSA is not the custodian of U.S. citizenship records.

- Section X of Match 1097:
  SSA's assessment of its citizenship data indicates that approximately ¼ of those records do not have an indication of citizenship present. However, SSA notes that while the indication of citizenship present in its records has increased over the years, it still only represents a snapshot in time. Accordingly, while SSA may have more records with an indication of citizenship, this information may not be available at the time of SSA's data exchange with CMS.

*See* Computer Matching Programs (ssa.gov) (providing a copy of all SSA matching agreements).

Testimony Denial

An agency employee may appear in a legal proceeding to which the agency is not a party and testify about any SSA function or any information or record SSA created or acquired as a result of the discharge of official duties. However, under SSA regulations, such appearance and testimony require the prior authorization of the Commissioner or her designee. 20 C.F.R. § 403.100. Similar regulations governing Federal employee testimony have consistently been upheld as legitimate. *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951); *Smith v. Cromer*, 159 F.3d 875 (4th Cir. 1998); *Swett v. Schenk*, 792 F.2d 1447 (9th Cir. 1986).

We may consider several factors in determining whether to authorize testimony in cases in which SSA is not a party. Those factors include but are not limited to: the risk of violation of law or compromise of Government privilege; the burden on SSA; and the interest served by allowing the testimony. 20 C.F.R. § 403.130. Your application does not establish the criteria necessary to allow an SSA employee to testify.

While your request may not risk violation of law, granting your request for testimony would burden the agency and unduly expend the resources of the agency for a lawsuit that does not involve SSA. *See* 20 C.F.R. § 403.130(b). To provide the requested testimony, SSA would be required to divert at least one SSA employee from his or her assigned duties, thereby reducing SSA's ability to timely perform its own work, with no counterbalancing benefit to SSA. *See* 20 C.F.R. § 403.130(b)(1). Moreover, as explained above, the information sought is available through public information. *See* 20 C.F.R. § 403.130(b)(2). In addition, this request presumes SSA would be authorized to share such information with the State of Arizona and we have not identified any request from the State of Arizona to share such information for this purpose, or agency approval to such data sharing.

Further, we have considered the interests that would be served by providing testimony in this case and find that the testimony would not serve SSA's interests. 20 C.F.R. § 403.130. While a state government official is involved in this case, permitting testimony would provide no benefit to SSA as SSA has no interest in the outcome of this case. 20 C.F.R. § 403.130(c)(2)-(3). Moreover, the testimony is not needed to prevent fraud or misconduct, prevent a miscarriage of justice, or preserve the rights of an accused individual to due process in a criminal proceeding. *See* 20 C.F.R. § 403.130(c)(4)-(5).

Thank you for your cooperation in this matter. If you have any questions, please contact Marty Budetti at (913) 219-0672.

Sincerely,

*/s/ Jessica Vollmer for*

Nancy Morales Gonzalez
Associate General Counsel
for General Law, Division 1

# Exhibit G

Case No. 1:26-cv-03674-JEB

# SAVE tool keeps mistakenly flagging voters as noncitizens

**texastribune.org**/2026/02/13/save-voter-citizenship-tool-mistakes-confusion

Jen Fifield, Zach Despart February 13, 2026



*This article is co-published with ProPublica, a nonprofit newsroom that investigates abuses of power. Sign up for ProPublica's Big Story newsletter to receive stories like this one in your inbox as soon as they are published.*

When county clerk Brianna Lennon got an email in November saying a newly expanded federal system had flagged 74 people on the county's voter roll as potential noncitizens, she was taken aback.

Lennon, who'd run elections in Boone County, Missouri, for seven years, had heard the tool might not be accurate.

The flagged voters' registration paperwork confirmed Lennon's suspicions. The form for the second person on the list bore the initials of a member of her staff, who'd helped the man register — at his naturalization ceremony. It later turned out more than half the Boone County voters identified as noncitizens were actually citizens.

A similar situation has been playing out in Texas, where county clerks have likewise found numerous examples of misidentified voters across the state.

The source of the bad data was a Department of Homeland Security tool called the Systematic Alien Verification for Entitlements, or SAVE.

Once used mostly to check immigrants' eligibility for public benefits, SAVE has undergone a dramatic expansion over the last year at the behest of President Donald Trump, who has long falsely claimed that millions of noncitizens lurk on state voter rolls, tainting American elections.

At Trump's direction, DHS has pooled confidential data from across the federal government to enable states to mass-verify voters' citizenship status using SAVE. Many of the nation's Republican secretaries of state have eagerly embraced the experiment, agreeing to upload all or part of their rolls.

But an examination of SAVE's rollout by ProPublica and The Texas Tribune reveals that DHS rushed the revamped tool into use while it was still adding data and before it could discern voters' most up-to-date citizenship information.

As a result, SAVE has made persistent mistakes, particularly in assessing the status of people born outside the U.S., data gathered from local election administrators, interviews and emails obtained via public records requests show. Some of those people subsequently become U.S. citizens, a step that the system doesn't always pick up.

According to correspondence between state and federal officials, DHS has had to correct information provided to at least five states after SAVE misidentified some voters as noncitizens.

Texas and Missouri were among the first states to try the augmented tool.

In Missouri, state officials acted on SAVE's findings before attempting to confirm them, directing county election administrators to make voters flagged as potential noncitizens temporarily unable to vote. But in hundreds of cases, the tool's determinations were wrong, our review found. Lennon was among dozens of clerks statewide who raised alarms about the system's errors.

"It really does not help my confidence," she said, "that the information we are trying to use to make really important decisions, like the determination of voter eligibility, is so inaccurate."

In Texas, news reports began emerging about voters being mistakenly flagged as noncitizens soon after state officials announced the results of running the state's voter roll through SAVE in October.

Our reporting showed these errors were more widespread than previously known, involving at least 87 voters across 29 counties. County election administrators suspect there may be

more. Confusion took hold when the Texas secretary of state's office sent counties lists of flagged voters and directed clerks to start demanding proof of citizenship and to remove people from the rolls if they didn't respond.

"I really find no merit in any of this," said Bobby Gonzalez, the elections administrator in Duval County in South Texas, where SAVE flagged three voters, all of whom turned out to be citizens.

Even counting people flagged in error, the first bulk searches using SAVE haven't validated the president's claims that voting by noncitizens is widespread. At least seven states with a total of about 35 million registered voters have publicly reported the results of running their voter rolls through the system. Those searches have identified roughly 4,200 people — about 0.01% of registered voters — as noncitizens. This aligns with previous findings that noncitizens rarely register to vote.

Brian Broderick leads the verification division of U.S. Citizenship and Immigration Services, the DHS branch that oversees SAVE. In an interview this month, he acknowledged the system can't always find the most current citizenship information for people not born in the U.S. But he defended the tool, saying it was ultimately up to states to decide how to use SAVE data.

"So we're giving a tool to these folks to say, 'Hey, if we can verify citizenship, great, you're good. If we can't, now it's up to you to determine whether to let this person on your voter rolls,'" Broderick said.

In Texas, Secretary of State Jane Nelson declined an interview request. Her spokesperson, Alicia Pierce, said the office hadn't reviewed SAVE's citizenship determination before sending lists to counties because it isn't an investigative agency. In a statement, Pierce added that the use of SAVE was part of the office's "constitutional and statutory duty to ensure that only eligible citizens participate in Texas elections."

A spokesperson for Missouri Secretary of State Denny Hoskins called SAVE a valuable resource even though some people it flagged might later be confirmed as citizens. "No system is 100% accurate," Hoskins said in an interview, "but we're working to get it right."

Asked whether it was problematic that his office directed clerks to temporarily bar voters from casting ballots before verifying SAVE's findings, Hoskins said that was a "good point."

While 27 states have agreed to use SAVE, others have hesitated, concerned not only about inaccuracies, but also about privacy and the data's potential to be used in immigration enforcement. Indeed, speaking at a recent conference, Broderick said that when SAVE flags

voters as noncitizens, they are also referred to DHS for possible criminal investigation. (It is a crime to falsely claim citizenship when registering to vote.)

People who've been flagged by SAVE in error say it's jarring to have to provide naturalization records to stay eligible to vote when they know they've done nothing wrong.



Sofia Minotti was erroneously flagged as a potential noncitizen voter by a Department of Homeland Security tool. Shelby Tauber for ProPublica and The Texas Tribune

Sofia Minotti, who lives north of Dallas in Denton County, was born in Argentina but became a U.S. citizen years ago. Nonetheless, she was one of 84 Denton County voters identified by SAVE as a potential noncitizen. She and 11 others have since provided proof of citizenship, giving the system an error rate in the county of at least 14%.

The real rate is probably higher, a county official acknowledged, since some of those sent notices to prove their citizenship might not respond in time to meet the deadline. They'll have to be reinstated to vote in the midterms later this year.

Minotti, though still on the rolls, felt singled out unfairly.

"I'm here legally, and everything I've done has been per the law," she said. "I really have no idea why I had to prove it."

Election administrators in many states have long hungered for better access to federal information on citizenship status.

States don't typically require people to provide proof of citizenship when they sign up to vote, only to attest to it under penalty of perjury. Previous efforts to use state data to catch noncitizens on voter rolls have gone poorly. Texas officials had to abandon a 2019 push after it became clear their methodology misidentified thousands of citizens, many of them naturalized, as ineligible voters.

Until recently, SAVE hadn't been much of a resource. State and local election officials needed to have voters' DHS-assigned immigration ID numbers — information not collected in the registration process — to verify their citizenship status. Plus, officials had to pay to conduct searches one by one, not in bulk.

In March, Trump issued an executive order that required DHS to give states free access to federal citizenship data and partner with the Department of Government Efficiency to comb voter rolls.

The order triggered a series of meetings at USCIS designed to comply with a 30-day deadline to remake SAVE, a document obtained by the American Civil Liberties Union and reviewed by ProPublica shows.

The system's main addition was confidential Social Security Administration data, which allowed states to search using full or partial Social Security numbers and incorporated information on millions of Americans who were not previously in Homeland Security databases.

David Jennings, Broderick's deputy at USCIS, had pressed his team to move quickly, he said on a June video call with members of former Trump lawyer Cleta Mitchell's Election Integrity Network, which has spread false claims about noncitizen voting.

"We tested it and deployed it to our users in two weeks," Jennings said on the call, which ProPublica obtained a recording of. "I think that's remarkable. Kind of proud of it."

Jennings added that to get quick access to the Social Security data, which has been tightly guarded, USCIS partnered with DOGE. (In an unrelated matter, DOGE has since been accused of misusing Social Security data.) Jennings did not respond to questions from ProPublica and the Tribune.

Perhaps because of its accelerated timetable, USCIS expanded the system before meeting legal requirements to inform the public about how the data would be collected, stored and used, according to voting rights organizations that sued. (UCSIS did not respond to a request for comment about this.). It also blew past concerns from voter advocacy groups about the accuracy of SSA's citizenship data, which multiple audits and analyses have shown is often outdated or incomplete. This is particularly true for people not born in the U.S., who often get Social Security numbers well before they become citizens.

According to emails obtained by ProPublica and the Tribune, SAVE first checks SSA's citizenship information. If that shows a voter isn't a citizen, DHS searches other databases, but it can be difficult to locate and match all the data the systems have on a person. This can lead to errors.

Broderick said in the interview that Trump's executive order dramatically accelerated the timetable for launching SAVE, getting agencies to cooperate and move quickly. But he insisted the work was done responsibly.

"Do I think it was reckless? Do I think it wasn't planned? Do I think it wasn't tested? Absolutely not," he said.

By September, Texas had uploaded its entire list of more than 18 million registered voters into SAVE. Alabama, Arkansas, Indiana, Louisiana, Missouri, Montana, Tennessee, Utah and Wyoming put voter data into the system, too.

They would soon start to unveil what SAVE had found.

One of the first out of the gate was Texas. In late October, with early voting underway in state and local elections, Nelson, the secretary of state, announced SAVE had identified 2,724 potential noncitizens on the rolls.

But as Nelson delegated the task of investigating those voters' statuses to local election officials, confusion took hold.

At a meeting, Nelson's staff told county clerks' offices to investigate flagged voters and then send notices to those for whom they were unable to confirm citizenship. In a follow-up email, Nelson's staff told the clerks they should already have heard from someone in the office with more details.

That set off a chain of messages on the local officials' email group

Travis County voter registration director Christopher Davis said he hadn't been contacted and had just learned the county had 97 flagged voters. Marsha Barbee, in Wharton County near Houston, shared that she talked to a Nelson staffer who said she'd been directed not to tell local officials about their lists because they were in the middle of early voting.

"They said we have enough on our plates and didn't want us to worry right now," Barbee wrote.

In the absence of clear state guidance, clerks proceeded inconsistently. Some said they didn't act on their lists, waiting for more direction. Others, unsure how to investigate flagged voters' status, said they simply sent notices asking for proof of citizenship, though some opted not to remove nonresponsive voters from the rolls.

"I give them many chances; I don't just expire them right away," Dee Wilcher, a clerk in East Texas' Anderson County, said about flagged voters, adding that she wanted to avoid removing citizens from the rolls and looking "stupid."

Chris McGinn, executive director of the Texas Association of County Election Officials, said many clerks expressed frustration with the secretary of state's lack of guidance and failure to help with investigations. When he shared clerks' concerns, McGinn said Nelson's staff didn't respond, leading him to conclude that checking SAVE's findings wasn't an agency priority.

He called the state's use of SAVE "more political and appearance-based" than a practical way to ensure election integrity.

One way to check SAVE's findings would have been to get information from the Texas Department of Public Safety, which requires proof of citizenship if residents register to vote when obtaining a driver's license. The secretary of state's office didn't do this and didn't direct counties to either.

Several county officials said they hadn't thought to ask DPS for information; those who did often found the agency had documentation showing some of the voters who SAVE identified

as noncitizens were in fact citizens.

In the Texas Panhandle, Potter County elections officials quickly confirmed through DPS that three of nine voters on their list had proof of citizenship on file. In neighboring Randall County, DPS helped officials verify that one in five had a U.S. passport, according to interviews with the local officials.

In December, Travis County learned that 11 of the 97 voters flagged by SAVE had proven their citizenship to DPS. After getting the data, the county's voter registrar, Celia Israel, said in an interview that she felt even more uncomfortable about moving forward with sending notices to voters, given SAVE's errors.

"It has proven to be inaccurate," she said. "Why would I rely on it?"

To be sure, SAVE also identified some people who weren't eligible to vote, clerks said. Several came across instances in which voters marked on registration forms that they weren't citizens, but were registered by election office staffers in error. Clerks also said voters have told them they'd misunderstood questions about eligibility when getting drivers' licenses. (It's not clear if any of those registered in error voted; overall, noncitizens rarely vote.)

ProPublica and the Tribune surveyed the 177 Texas counties that had voters flagged by SAVE, receiving data from 97 that had either checked DPS records or sent notices to voters to try to verify SAVE's citizenship information. Overall, more than 5% of the voters SAVE identified as noncitizens proved to be citizens. In some smaller counties, most of those flagged were eligible to vote. That includes six of 11 in the Panhandle's Moore County, and two of three in Erath County, near Dallas.

But some of those who didn't respond to notices also might be citizens.

In Denton County, where Sofia Minotti lives, checks by elections administrator Frank Phillips' staff delivered clear answers on the citizenship status of 26 of the 84 voters flagged by SAVE. Twelve, including Minotti, proved they were citizens. Fourteen more had marked on their registration forms that they weren't and the blame rested with workers for registering them nonetheless.

Phillips said he removed anyone who didn't provide proof by the deadline from the rolls to comply with the secretary of state's instructions, but he fears some were eligible voters.

"What is bugging me is I think our voter rolls may be more accurate than this database," Phillips said. "My gut feeling is more of these are citizens than not."

At least initially, Missouri took a more targeted approach to SAVE than Texas did. State officials used the system to search for information on a subset of about 6,000 voters they had reason to think might not be citizens, according to emails between federal and state officials.

The state had results by October, but in early November, a USCIS official wrote to Missouri and four other states to say some people flagged by SAVE as noncitizens were actually citizens, emails obtained through public records requests show.

“We have continued to refine our processes used to obtain and review the citizenship data available to us,” the official wrote, adding that one such improvement revealed the errors.

The staffer attached amended search results, but Missouri officials withheld the attachment from its response to a public records request and did not respond to a question about how many corrections were made.

Based on the updated data from USCIS, Missouri sent lists of flagged voters to county election administrators in November. ProPublica and the Tribune obtained these lists for seven of 10 most populous counties in the state, which show SAVE initially identified more than 1,200 people as noncitizens just in these areas.

The Missouri secretary of state’s office told election administrators it would work to verify SAVE’s citizenship determinations. In the meantime, local officials were instructed to change the status of flagged voters, making them temporarily unable to vote.

The lists were met with swift pushback from county election officials, who, like Lennon, soon spotted people they knew to be citizens and questioned the directive’s legality. On a group call in November, they traded examples, saying they recognized neighbors, colleagues and people they’d helped to register at naturalization ceremonies.

In St. Louis, the Board of Election Commissioners didn’t alter the eligibility of anyone on its flagged voter list after being advised not to by its attorney.

Rachael Dunn, a spokesperson for Hoskins, the Missouri secretary of state, said state law allows officials to change voters’ status during investigations into their eligibility — for example, if there are signs they’ve moved. The laws she cited don’t directly address investigations into citizenship status, however.

In early December, some 70 clerks, Republicans and Democrats, wrote a letter to Missouri House Speaker Jonathan Patterson saying there were better ways than SAVE to keep noncitizens off voter rolls.

Weeks later, the state's election integrity director, Nick La Strada, wrote USCIS to ask why a voter that SAVE had identified as a noncitizen in October had showed up in a more recent search as a citizen.

A USCIS official replied that between the initial search and the follow-up, DHS had gotten access to passport data, which contains more up-to-date citizenship information on some people not born in the U.S.

The USCIS staffer explained that some of the most accurate citizenship information — which is within DHS' own records — still wasn't searchable in SAVE because running that kind of search would require the voter's DHS identifier, which can't always be located. The staffer said they were working on improvements but those could take until March.

"You don't start with something at that scale until you work the bugs out, and that is not the case here," Clinton Jenkins, president of the Missouri Association of County Clerks and Election Authorities, said in an interview. Jenkins is also the clerk for Miller County in the Ozarks.

In early January, in what was framed as a "SAVE review update," the secretary of state's office sent counties across Missouri revised lists with reduced numbers of voters identified as potential noncitizens. It instructed election administrators to move voters who'd been initially flagged in error by SAVE back to active status, restoring their eligibility to vote.

Dunn, Hoskins' spokesperson, didn't specify what prompted these adjustments. Even the new lists may not be final, she acknowledged. Once the review is complete, the state has said it plans to send letters to those still on the lists, demanding proof of citizenship and giving recipients 90 days to respond.

The addition of new data to SAVE makes it a more valuable resource, she maintained, "while also reinforcing the need for careful, layered review before any action is taken."

After the January revision, St. Louis County's initial list of 691 potential noncitizens dropped to 133.

Zuzana Kocsisova, who lives in St. Louis, was among those incorrectly flagged by SAVE on its first pass. Originally from Slovakia, she became a U.S. citizen in 2019. She showed ProPublica and the Tribune a copy of her naturalization certificate, which she keeps with a letter from Trump congratulating her for "becoming a citizen of this magnificent land."

When a reporter told her that SAVE had initially identified her as a potential noncitizen, she said she wasn't surprised. She saw it as part of the Trump administration's targeting of

immigrants. She was more frustrated than relieved to learn that she wasn't on the smaller list of flagged voters sent in January.

"Overall, it seems like this process has done more to worry people who can vote than to identify actual registered voters who don't qualify," she said. "It's just a waste of resources. I don't think it makes the elections any more safe."

In Boone County, where Lennon is the clerk, the count of flagged voters fell from 74 to 33 and the naturalized citizen who Lennon's staff helped register was no longer on the list.

Lennon said she and other county clerks would happily accept data that helps them correctly identify noncitizens on their voter rolls. But so far, SAVE hasn't done that. And until it does, she said, she won't purge voters purely because SAVE has flagged them.

"This is not ready for prime time," Lennon said. "And I'm not going to risk the security and the constitutional rights of my voters for bad data."

*Mollie Simon of ProPublica contributed research. Doug Bock Clark of ProPublica contributed reporting.*

# Exhibit H

Case No. 1:26-cv-03674-JEB

# The Federal Database That Could Upend the Midterm Elections

**motherjones.com**/politics/2026/04/save-database-errors-faulty-state-voter-rolls-lists-trump-administration-doj-ice-2026-midterm-elections

Ari Berman April 9, 2026




New Yorkers wait to cast their votes on November 2, 2025.Stephanie Keith/Getty

*This story was originally published by Popular Information, a substack publication to which you can subscribe here.*

President Donald Trump and the election conspiracy theorists he surrounds himself with are determined to exclude people from voting in the 2026 election based on one database: the Department of Homeland Security's Systematic Alien Verification for Entitlements (SAVE) system.

Why?

SAVE is an incomplete and flawed database that has been shown to produce a massive number of false positives, incorrectly identifying American citizens as aliens. Thus, using SAVE to exclude voters buttresses the lie that a significant number of undocumented immigrants vote in elections.

Trump's latest effort came last week when he signed an executive order directing DHS to use SAVE and other databases to create, for each state, "a list of individuals confirmed to be United States citizens who will be above the age of 18 at the time of an upcoming Federal election and who maintain a residence in

the subject State." Trump's executive order then directs the Department of Justice (DOJ) to prosecute "individuals and public or private entities engaged in, or aiding and abetting, the printing, production, shipment, or distribution of ballots" to anyone not on the list.

The order, in effect, confirms that the administration aims to exclude purportedly ineligible voters by creating a national voter registration list. It is an effort to coerce states to use the SAVE database to purge voters or risk criminal charges. But SAVE, as its full name suggests, was designed to determine eligibility for government benefits—not citizenship. And, crucially, as NPR noted, "Not all of the data is necessarily up to date."

Shortly after Trump's January 2025 inauguration, Elon Musk's Department of Government Efficiency "optimized" the SAVE database over two weeks, quickly adding a lot of additional information, including full social security numbers. DOGE also allowed state officials to search the database for hundreds of thousands of voters at once with bulk uploads.

Used in this manner, SAVE has produced an extraordinarily high error rate.

In Missouri, for example, Republican Secretary of State Denny Hoskins ran the state's voter list through SAVE in November 2025 and distributed the results to county election officials. For St. Louis County, SAVE flagged 691 registered voters as noncitizens. But the county immediately determined that 35 percent of the names were naturalized citizens. After the list was cross-referenced with passport data in January, which has more accurate citizenship information, the list was cut to 133—meaning at least 81 percent of SAVE's noncitizen results were incorrect. Even that list "may not be final" and once a final list is established, anyone remaining on it will receive a letter and have 90 days to appeal.

**MOTHER JONES TOP STORIES**

Seventy county clerks in Missouri, Republicans and Democrats, sent a letter to the state's legislative leaders warning that the SAVE database is repeatedly flagging "individuals we know to be US citizens—our neighbors, colleagues and even voters we have personally registered at naturalization ceremonies."

Texas also uploaded its voter list to SAVE. In Denton County, SAVE identified 84 supposed noncitizens registered to vote. Twelve responded to a notice with proof they were citizens. Fourteen others correctly marked on their registration forms that they were *not* citizens but were mistakenly registered anyway. The rest did not respond to the notice and were removed from the rolls, even though county election officials believe most of that group are eligible voters.

"What is bugging me is I think our voter rolls may be more accurate than this database," Denton County elections administrator Frank Phillips told *ProPublica*. "My gut feeling is more of these are citizens than not."

Trump's executive order also attempts to weaponize the US Postal Service (USPS), prohibiting it from mailing ballots to anyone who does not appear on the new federal voter list.

Trump's executive order, which would inject chaos into the voting process months before the election, is already being challenged in multiple court cases. These challenges have a good chance of success because the Constitution is very clear that states, not the federal government, have the primary authority to administer elections. Congress can pass laws that impact election administration, but Trump is attempting to invalidate state laws and procedures by executive fiat.

Trump's efforts to enlist the USPS are also legally dubious, because it is an independent agency legally obligated to deliver mail throughout the country in a neutral manner. Trump's order would transform it into an arbiter of voter eligibility.

But even if his executive order is blocked by the courts, the push to purge voters from the rolls before November—or challenge ballots after the votes are in—remains a threat.

Trump's executive order is trying to force states to cross-reference their voting list with the SAVE database. But in November 2025, even before the executive order was issued, the US Citizenship and Immigration Services (USCIS) announced that 26 states "already have, or are in the process of establishing, a memorandum of agreement for voter verification with SAVE."

The USCIS website specifically lists 24 states that have formally registered to use SAVE: Alabama, Arizona, Arkansas, Colorado, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Louisiana, Michigan, Mississippi, Missouri, Montana, North Carolina, North Dakota, Ohio, South Carolina, Tennessee, Texas, Utah, Virginia, and Wyoming. It's possible that more will join before the election.

> When asked whether the DOJ could ask DHS to scour state voter rolls for noncitizens, Voting Section chief Eric Neff said, "Yes, and we intend to do so."

According to the DHS, SAVE has labeled 21,000 registered voters submitted by states as noncitizens. Whatever happens with the executive order, the purging of voters based on SAVE data in these states will continue. It's unclear what, if anything, each state will do to verify the list of supposed noncitizens produced by SAVE.

Separately, the DOJ has requested detailed voter roll data from at least 48 states. The states were presented with a memorandum of understanding from the DOJ requiring them to remove any voters the federal government deemed ineligible using SAVE and potentially other databases. In December, the acting head of the DOJ Voting Section, Eric Neff, said 11 states were willing to comply with the MOU.

According to a tracker maintained by the Brennan Center, 12 states have provided (or committed to provide) a full list of registered voters, including drivers license numbers and other personal information, to the DOJ. (Several other states have provided publicly available voter data.)

The DOJ has sued 30 states and the District of Columbia to force them to turn over detailed voter registration. Courts have dismissed cases against California, Oregon, Georgia, and Michigan. But the DOJ has subsequently appealed or refiled in those states. The rest of the cases are still pending.

If the DOJ is ultimately successful in some or all of those cases, it could use the data to pressure states to purge their rolls of voters SAVE identified as noncitizens—just as the executive order contemplates. It could also use SAVE's list of alleged noncitizens to challenge the results of close elections.

The Trump administration has claimed that it is requesting states' voter data to check for compliance with federal laws requiring states to maintain clean voter registration lists, including the Help America Vote Act and the National Voter Registration Act.

At the end of March, however, CBS News reported that the DOJ and the DHS "are close to finalizing an agreement that will allow the federal government to use sensitive voter registration data for immigration and criminal investigations."

According to CBS, under the agreement, the DOJ would share state voter registration data with Immigration and Customs Enforcement to check whether noncitizens have voted or are registered. Sources told CBS that the White House was also involved in discussions about the agreement.

The DOJ's agreement with DHS appears to contradict statements made in court by its lawyers. On March 3, during a hearing in Minnesota, the court asked DOJ attorney James Tucker if the voter data was being used for immigration enforcement. "Not to my knowledge," Tucker said.

On March 19, a federal judge in Connecticut asked Tucker if the DOJ would guarantee that voter data would not be given to DHS. "I simply cannot state what the Attorney General's purpose may be at some other time," Tucker replied. "What I can say is, as of today, there has been no directive or instruction that the data, the non-publicly available data, is going to be transmitted to any other agency." He went on to say, "Under the circumstances it's not consistent with what the United States has specifically stated in its basis and purpose."

But after CBS News asked the DOJ for comment on the agreement, a DOJ attorney acknowledged its true plans to the court. When asked by a Rhode Island judge whether the DOJ could ask DHS to check for noncitizens on the state's voter rolls, Neff said, "Yes, and we intend to do so," the *Rhode Island Current* reported.

The timeline raises serious ethical questions about whether DOJ attorneys knew about the deal with DHS and have intentionally misled the court, which would violate American Bar Association rules. While CBS News "could not determine whether all of the lawyers…arguing the cases in court" knew of the

plan, sources said that "at least a handful of senior attorneys from the Civil Rights Division have been privy to some discussions about the data-sharing plan…in addition to multiple officials in other Justice Department offices, including the deputy attorney general."

# Exhibit I

Case No. 1:26-cv-03674-JEB

# Justice Department Threatens Top Election Officials Over Noncitizen Voting

nytimes.com/2026/07/07/us/politics/justice-department-elections-noncitizen-voting.html

Nick Corasaniti July 7, 2026



Letters from Harmeet Dhillon, who runs the Justice Department’s civil rights division, to all 50 states and the District of Columbia threatened prosecution of top election officials if votes by noncitizens were counted in upcoming elections.Credit...Andrew Harnik/Getty Images

The Justice Department sent letters to all 50 states and the District of Columbia on Tuesday threatening criminal prosecution of top election officials if ballots cast by noncitizens were counted in upcoming elections.

The letters arrived in the midst of an ongoing campaign by President Trump and his allies to tighten election rules to prevent a problem that doesn't exist: widespread noncitizen voting in American elections.

The effort has, however, continued to sow doubt and distrust in the electoral process, most notably among the president's base of supporters. And his proposals could have the effect of making it more difficult for eligible voters to cast their ballots — an outcome that many voting-right activists say is the president's real goal.

The letters sent on Tuesday came from Harmeet Dhillon, who runs the Justice Department's civil rights division. They are largely identical, according to multiple copies obtained by The New York Times. The seven-page letters detail a host of federal election laws that prohibit noncitizens from voting in elections — laws that have been clear for decades.

"Any election officer, including the chief election officer of the state, who knowingly retains noncitizens on the state's" voter list "or facilitates noncitizens in receiving and casting ballots could be subject to criminal liability," Ms. Dhillon wrote.

The letters asked the election officials to respond to the Justice Department "within five days" with details on how their states intended to comply "with these federal laws both at the state and local level and how the Department can assist in those efforts." It is unclear what would happen if a state does not respond in five days, as the letters are not subpoenas requiring a response.

Lt. Gov. Deidre Henderson, the top election official in Utah and a Republican, expressed frustration with the Justice Department's tenor and tactics.

"Got another love letter this morning from the DOJ sprinkled throughout with threats of criminal prosecution," Ms. Henderson wrote on social media. "I'm sure I'm not the only chief election officer of a state who is being targeted for following state and federal laws by resisting DOJ's demands for private voter data that have thus far been ruled illegal by at least a dozen courts. This is truly bizarre behavior by the federal agency that is supposed to be protecting civil rights."

Adrian Fontes, the Democratic secretary of state in Arizona, criticized the efforts by the Justice Department as politically motivated.

"It is insulting to insinuate that the good people at our county recorders' offices across the state are not doing their jobs correctly," Mr. Fontes said. "Arizona election officials have always worked to ensure that only eligible citizens are registered to vote, and we will continue following Arizona law — not directions that come from political rhetoric or intimidation."

Sign up for the On Politics newsletter. It's a pivotal moment for American politics. Join us for 2026 and beyond.
Get it sent to your inbox.

Justice Department officials have said their purpose in seeking voter roll data is to ensure compliance with federal law requiring states to maintain accurate voting rolls. Some voting-rights advocates have speculated that the department's specific aim is to look for evidence of noncitizen voting or use voter roll data to challenge future election results.

Kiersten Pels, a spokeswoman for the Justice Department, confirmed that letters were sent to officials in all 50 states and the District of Columbia, seeking "voluntary compliance in a timely manner with their obligations under federal law to ensure only citizens vote in federal elections."

David Becker, a former voting rights lawyer for the Justice Department who now runs the Center for Election Innovation and Research, a nonpartisan group that works to build confidence in elections, said that the letters from Ms. Dhillon look like a performative display by the Justice Department to show it is working aggressively on one of the president's priorities despite little success.

"This is what panic and desperation looks like," Mr. Becker said. "They've had 18 months to find evidence of a crime that was never committed, and found nothing. And now they fall back on crude and transparent bullying tactics. They sent these letter to several, perhaps all states, with no specific evidence of a crime."

He added that "the election officials I've spoken with aren't intimidated, and are seeing these empty threats for what they are."

The Justice Department also sent letters to three cities in Michigan — Detroit, Lansing and East Lansing — stating that federal election monitors from the department would be going to the areas for the upcoming primary election. The department's stated reasons were observations from the 2024 election, citing a lack of provisional ballots in at least one polling location and voting machines that were not operational in multiple polling locations.

Michigan election officials roundly rejected both the claims from the Justice Department and the reasons for sending monitors. Janice M. Winfrey, the city clerk in Detroit, wrote in response on Tuesday that the Justice Department had made "false assertions that form a baseless conclusion that then becomes the pretext for additional monitoring of Detroit elections."

Ms. Winfrey added that "according to our records, there were no representatives from the Department of Justice, and if so, they did not comply with regulations requiring them to identify themselves and sign in with supervisory staff at the polling place."

For years, Mr. Trump has claimed without evidence that noncitizens voting in American elections have benefited Democrats. After the 2016 election, which he won, he claimed that as many as three million ballots in California had been cast by noncitizens.

Since returning to office, Mr. Trump has led a relentless effort to prove his claims using the levers of the federal government.

None of those investigations has provided any evidence of widespread noncitizen voting. An initial review in January of nearly 50 million voter registration records by the Department of Homeland Security referred roughly 0.02 percent of the names processed for further investigation

# Exhibit J

Case No. 1:26-cv-03674-JEB

**U.S. Department of Justice**

Civil Rights Division

*Assistant Attorney General*
*950 Pennsylvania Ave, NW - RFK*
*Washington, DC 20530*

July 7, 2026

***Via U.S. Mail and Electronic Mail***

The Honorable Steve Simon
Minnesota Secretary of State
Veterans Service Building, 20 West 12th Street, Suite 210
St. Paul, MN 55155
secretary.state@state.mn.us

**Re: The State of Minnesota's Compliance with Federal Law Governing Voter Eligibility.**

Dear Secretary Simon:

This letter is sent to you as the chief election officer of the state of Minnesota. This letter serves as a notice of the federal laws applicable to state and local election officials to ensure free, fair, and transparent elections. Also attached to this letter is a memorandum titled, "Federal Law Requirements for State and Local Election Officials," which outlines various responsibilities for state and local election officials under federal law and the potential criminal penalties for those who fail to carry out their duties.

Federal law mandates that state and local election officials properly maintain election records and undertake certain actions to ensure that only eligible U.S. citizens cast votes in elections for federal office. This includes: (i) Title III of the Civil Rights Act of 1960 (CRA), 52 U.S.C. § 20701 *et seq.*; (ii) the Voting Rights Act of 1965 (VRA), 52 U.S.C. § 10301 *et seq.*; (iii) the National Voter Registration Act of 1993 (NVRA), 52 U.S.C. § 20501 *et seq.*[1]; and (iv) the Help America Vote Act of 2002 (HAVA), 52 U.S.C. § 20901 *et seq*.

In addition to the Civil Rights Division's authority to seek injunctive relief for violations of these laws, we are also authorized to prosecute criminal violations. Section 12(2)(B) of the NVRA makes it a crime for "an election official" in a federal election to "knowingly and willfully deprive[], defraud[], or attempt[] to deprive or defraud the residents of a State of a fair and impartially conducted election process, by— . . . (B) the *procurement, casting, or tabulation* of ballots that are known by the [election official] to be materially false, fictitious, or fraudulent under the laws of the State in which the election is held." 52 U.S.C. § 20511.

In addition, *any* individual who knowingly and willfully gives false information in registering to vote or in actually casting a vote in violation of 52 U.S.C. § 10307(c) of the VRA,

[1] Pursuant to the NVRA, the following six States are exempted from compliance with the NVRA: Idaho, Minnesota, New Hampshire, North Dakota, Wisconsin, and Wyoming. 52 U.S.C.A. § 20503 (b).

or *anyone* who conspires with another to violate such section, can be criminally prosecuted, subject to potential fines and imprisonment, in accordance with such section. 52 U.S.C. § 21144 (HAVA). Furthermore, any individual who knowingly commits fraud or knowingly makes a false statement with respect to the naturalization, citizenry, or alien registry of any individual in violation of 18 U.S.C. § 1015 may be criminally prosecuted and if the prosecution is successful, such persons "shall" be fined or imprisoned, or both, in accordance with 52 U.S.C. § 21144.

Moreover, while federal law obviously makes it unlawful for noncitizens to vote in federal elections, 52 U.S.C. § 21144, state election officers, including the chief election officer of the state, could be criminally prosecuted for aiding and abetting the violation of any of these provisions:

- Under 18 U.S.C. § 1015(f), it is a felony for an alien to "claim that he is a citizen of the United States in order to register to vote or to vote in any Federal, State, or local election (including an initiative, recall, or referendum);"

- Under 18 U.S.C. § 911, it is a felony for an alien to "falsely and willfully represent himself to be a citizen;" and

- Under 18 U.S.C. § 611, it is unlawful for an alien to vote in a federal election.

In conclusion, any election officer, including the chief election officer of the state, who knowingly retains noncitizens on the state's SVRL or facilitates noncitizens in receiving and casting ballots could be subject to criminal liability. An intentional act that is aimed at diluting the votes of citizens could also constitute a violation of 18 U.S.C. § 241, which makes it unlawful for two or more persons to conspire to injure any person in the exercise of that person's constitutional rights. We encourage you to contact us to discuss what steps your state should take to maintain clean voter lists as required by law.

The Department of Justice, Civil Rights Division, would like to assist your state in complying with these federal laws. Please respond to this letter within five days informing us how the state of Minnesota intends to ensure it is complying with these federal laws both at the state and local level and how the Department can assist in those efforts. Please send your written response within five (5) days to William F. Mohrman, Senior Counsel, at william.mohrman@usdoj.gov.

Regards,

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

CC:

The Honorable Keith Ellison, Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
attorney.general@ag.state.mn.us

# Federal Law Requirements for State and Local Election Officials

Multiple federal statutes place requirements on state and local election officials in conducting safe, fair, accurate, and verifiable federal elections and maintaining state voter registration lists. These include but are not limited to:

**Title III of the Civil Rights Act of 1960 (CRA),** 52 U.S.C. § 20701 et seq., requires that election officers, among other things:

- "[R]etain and preserve" for 22 months after a federal election "all records and papers which come into his possession relating to any . . . registration . . . or other act requisite to voting in such election." 52 U.S.C. § 20701. Failure to "retain and preserve" is a crime punishable by fine or imprisonment, or both. 52 U.S.C. § 20702.

- Make these records available for inspection, reproduction, and copying upon demand by the Attorney General or his representative. 52 U.S.C. § 20703.

**The National Voter Registration Act of 1993 (NVRA)**, 52 U.S.C. § 20501 *et seq*.,[1] was based on the finding that the "right of *citizens* of the United States to vote is a fundamental right" and requires election officials, among other things, to:

- Ensure that any *eligible* applicant is registered to vote in an election. 52 U.S.C. § 20507(a)(1) (emphasis added).

- Ensure that when citizens register to vote through a driver's license or mail-in application process, that application includes a statement that—
  - states each eligibility requirement (including citizenship);
  - contains an attestation that the applicant meets each such requirement; and
  - requires the signature of the applicant, under penalty of perjury. 52 U.S.C. §§ 20504(c)(2)(C) & 20508(b)(2).

- Conduct a general program that makes a reasonable effort to remove from the official lists of eligible voters the names of ineligible voters by reason of death or change in residence. 52 U.S.C. § 20507(a)(4).

[1] Pursuant to the NVRA, the following six states are exempted from compliance with the NVRA: Idaho, Minnesota, New Hampshire, North Dakota, Wisconsin, and Wyoming. 52 U.S.C.A. § 20503 (b).

- "[P]rovide that the name of a registrant may not be removed from the official list of eligible voters except" in four situations: (1) the request of the registrant, (2) the registrant's criminal conviction or mental incapacity, (3) the death of the registrant, and (4) the registrant's confirmed change of address. 52 U.S.C. §§ 20507(a)(3), 20507(a)(4).

- Complete, not later than 90 days prior to the date of a primary or general election for federal office, programs to systematically remove the names of ineligible voters from the official lists of eligible voters, 52 U.S.C. § 20507(c)(2), provided that the 90-day cut-off does not apply to the removal of non-citizens who were never eligible to register in the first place. *See, e.g., Bell v. Marinko*, 367 F.3d 588, 591-592 (6th Cir. 2002) ("In creating a list of justifications for removal, Congress did not intend to bar the removal of names from the official list of persons who were ineligible and improperly registered to vote in the first place."); *contra, e.g., Arcia v. Florida Sec'y of State,* 772 F.3d 1335, 1346 (11th Cir. 2014).

- Maintain for at least 2 years and make available for public inspection all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters. 52 U.S.C. § 20507(i)(1).

- Avoid depriving or defrauding the residents of a state of a fair and impartially conducted election process, by the *procurement, casting, or tabulation* of ballots that are known to be materially false, fictitious, or fraudulent under the laws of the state, 52 U.S.C. § 20511, which may include retention of noncitizens on a state's SVRL. Violation of this provision is a crime.

**The Help America Vote Act of 2002 (HAVA)**, 52 U.S.C. § 20901 *et seq*., provides minimum standards to ensure that voter registration records are accurate and updated regularly, and requires states, among other things, to:

- Implement, in a uniform and nondiscriminatory manner, a single, official, centralized, interactive computerized statewide voter registration list at the state level that contains the name and registration information of every *legally* registered voter in the state and assigns a unique identifier to each legally registered voter in the state. 52 U.S.C. § 21083(a)(1)(A).

- Perform voter list maintenance on a regular basis, including removing registrants in accordance with the NVRA, 52 U.S.C. § 21083(a)(2)(A), and removing registrants who are ineligible to vote. 52 U.S.C. § 21083(a)(4)(A).

- Reject for processing an application for voter registration for an election for federal office unless the application includes the applicant's unique identifier for purposes of the state's SVRL:
    - driver's license number;
    - if the applicant has no driver's license, then the last 4 digits of the applicant's social security number; or
    - if the applicant has neither a driver's license nor social security number, then a state-assigned number which will serve to identify the applicant for voter registration purposes. 52 U.S.C. § 21083(a)(5)(A).
- Include the following in the mail-in voter registration form developed under HAVA:
    - The question "Are you a citizen of the United States of America?" and boxes for the applicant to check to indicate whether the applicant is a citizen of the United States. 52 U.S.C. § 21083(b)(4)(a)(i).
    - The question "Will you be 18 years of age on or before election day?" and boxes for the applicant to check to indicate whether or not the applicant will be 18 years of age or older on election day. 52 U.S.C. § 21083(b)(4)(a)(ii).
    - The statement "If you checked 'no' in response to either of these questions, do not complete this form." 52 U.S.C. § 21083(b)(4)(a)(iii).
- Provide voters with an opportunity to privately and independently verify, change, or correct their ballot before it is cast and counted. 52 U.S.C. § 21081(a)(1)(A)(ii).
- Produce through the state's voting systems a permanent paper record for purposes of manual recounts and audits. 52 U.S.C. § 21081(a)(2)(B).

HAVA also provides it is illegal for anyone to provide false information or commit fraud in conjunction with a noncitizen registering to vote or casting a ballot, or conspiring with those who engage in such acts, which may include election officials who knowingly conspire with noncitizens who illegally register to vote or cast a ballot. 52 U.S.C. § 21144 (a) & (b). Violations carry criminal penalties under 52 U.S.C. § 10307(c) and 18 U.S.C. § 1015 of up to a $10,000 fine or imprisonment of up to five years. This includes election officials who knowingly conspire with noncitizens to secure false information on registrations. 52 U.S.C. § 21144 (a).

**Criminal Liability:** In addition, several provisions of federal law make it unlawful for noncitizens to vote in federal elections, and an election officer could be criminally liable for aiding and abetting under 18 U.S.C. §2 for the violation of any of these provisions or knowingly including noncitizens on the state's SVRL:

- Under 18 U.S.C. § 1015(f), it is a felony for an alien to claim that he is a citizen of the United States in order to register to vote or to vote in any federal, state, or local election (including an initiative, recall, or referendum).

- Under 18 U.S.C. § 911, it is a felony for an alien to falsely and willfully represent himself to be a citizen.

- Under 18 U.S.C. § 611, it is unlawful for an alien to vote in a federal election.

- An election officer who knowingly takes an action aimed at retaining noncitizens on the state's SVRL could be subject to criminal liability under 18 U.S.C. § 241.

**Cybersecurity**: The Department of Homeland Security designated election systems as a critical infrastructure subsector in January 2017, and state and local election officials are on the front lines to ensure that election and voting systems are secure and free from interference by foreign or domestic actors.

- The **Cybersecurity and Infrastructure Security Agency** has created the Election Security Risk Profile Tool to assess your local election system risk and ensure that technical cybersecurity assessments and services meet critical needs.

- Election officials should visit the CISA website (https://www.cisa.gov/cybersecurity-toolkit-and-resources-protect-elections) and follow all applicable guidelines to perform their duties in keeping American elections secure from cyberthreats.

# Exhibit K

Case No. 1:26-cv-03674-JEB

*Secretary*

**U.S. Department of Homeland Security**
Washington, DC 20528

July 16, 2026

Shirley N. Weber, Ph.D.
California Secretary of State
1500 11th Street
Sacramento, CA 95814

Dear Secretary Weber:

The Department of Homeland Security is responsible for immigration enforcement and protecting election infrastructure. Both of these responsibilities are critical in my mission to protect the Homeland. I am writing to make you aware of the concerning results of a recent analysis of California's publicly available voter registration database information. Preliminary review of the records revealed **that there may be as many as 190,832 non-citizens** registered to vote in California. As an example, we found 81,336 California registrants for whom the name, date of birth, address and Social Security number match a non-citizen in our files. The most efficient way to ensure the accuracy of our findings is to work collaboratively on identity verification.

I hope that you share in the commitment to ensure that only U.S. citizens participate in our federal elections. Allowing just one non-citizen to vote cancels the vote of one U.S. citizen. States are responsible for voter registration, and the federal government is responsible for maintaining immigration records to enable verification of citizenship. Working together, we can more effectively protect U.S. elections.

My team is ready to support you and has resources available to enable you to positively identify the individual non-citizens registered in your state. We will assist you with the process and provide immigration records, pursuant to 8 U.S.C. § 1373, that will allow you to take steps to protect California voters and ensure that ineligible voters will not impact upcoming federal elections.

Please contact elections@hq.dhs.gov at DHS by July 30, 2026. We look forward to this collaboration as we work together to ensure free, fair and accurate elections.

Sincerely,

Markwayne Mullin
Secretary of Homeland Security

# Exhibit L

Case No. 1:26-cv-03674-JEB

*Secretary*

**U.S. Department of Homeland Security**
Washington, DC 20528

Homeland Security

July 16, 2026

Francisco Aguilar
Nevada Secretary of State
101 North Carson Street, Suite 3
Carson City, NV 89701

Dear Secretary Aguilar:

The Department of Homeland Security is responsible for immigration enforcement and protecting election infrastructure. Both of these responsibilities are critical in my mission to protect the Homeland. I am writing to make you aware of the concerning results of a recent analysis of Nevada's publicly available voter registration database information. Preliminary review of the records revealed **that there may be as many as 15,903 non-citizens** registered to vote in Nevada. As an example, we found 8,576 Nevada registrants for whom the name, date of birth, address and Social Security number match a non-citizen in our files. The most efficient way to ensure the accuracy of our findings is to work collaboratively on identity verification.

I hope that you share in the commitment to ensure that only U.S. citizens participate in our federal elections. Allowing just one non-citizen to vote cancels the vote of one U.S. citizen. States are responsible for voter registration, and the federal government is responsible for maintaining immigration records to enable verification of citizenship. Working together, we can more effectively protect U.S. elections.

My team is ready to support you and has resources available to enable you to positively identify the individual non-citizens registered in your state. We will assist you with the process and provide immigration records, pursuant to 8 U.S.C. § 1373, that will allow you to take steps to protect Nevada voters and ensure that ineligible voters will not impact upcoming federal elections.

Please contact elections@hq.dhs.gov at DHS by July 30, 2026. We look forward to this collaboration as we work together to ensure free, fair and accurate elections.

Sincerely,

Markwayne Mullin
Secretary of Homeland Security

# Exhibit M

Case No. 1:26-cv-03674-JEB

*Secretary*

**U.S. Department of Homeland Security**
Washington, DC 20528

Homeland Security

July 16, 2026

Al Schmidt
Pennsylvania Secretary of State
401 North Street, Rm 302
Harrisburg, PA 17120

Dear Secretary Schmidt:

The Department of Homeland Security is responsible for immigration enforcement and protecting election infrastructure. Both of these responsibilities are critical in my mission to protect the Homeland. I am writing to make you aware of the concerning results of a recent analysis of Pennsylvania's publicly available voter registration database information. Preliminary review of the records revealed **that there may be as many as 14,576 non-citizens** registered to vote in Pennsylvania. As an example, we found 8,594 Pennsylvania registrants for whom the name, date of birth, address and Social Security number match a non-citizen in our files. The most efficient way to ensure the accuracy of our findings is to work collaboratively on identity verification.

I hope that you share in the commitment to ensure that only U.S. citizens participate in our federal elections. Allowing just one non-citizen to vote cancels the vote of one U.S. citizen. States are responsible for voter registration, and the federal government is responsible for maintaining immigration records to enable verification of citizenship. Working together, we can more effectively protect U.S. elections.

My team is ready to support you and has resources available to enable you to positively identify the individual non-citizens registered in your state. We will assist you with the process and provide immigration records, pursuant to 8 U.S.C. § 1373, that will allow you to take steps to protect Pennsylvania voters and ensure that ineligible voters will not impact upcoming federal elections.

Please contact elections@hq.dhs.gov at DHS by July 30, 2026. We look forward to this collaboration as we work together to ensure free, fair and accurate elections.

Sincerely,

Markwayne Mullin
Secretary of Homeland Security

# Exhibit N

Case No. 1:26-cv-03674-JEB

SHIRLEY N. WEBER, Ph.D. | SECRETARY OF STATE | STATE OF CALIFORNIA
LEGAL AFFAIRS OFFICE
1500 11th Street | Sacramento, CA 95814 | www.sos.ca.gov

July 23, 2026

Via Email and U.S. Mail

Markwayne Mullin
Secretary of Homeland Security
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave. SE
Washington, DC 20528
elections@hq.dhs.gov

Dear Secretary Mullin:

I am in receipt of your letter dated July 16, 2026, claiming that the Department of Homeland Security (DHS) has evaluated a list of registered voters in California and identified allegedly ineligible registrants on our State's voter rolls. California's election officials work every day to maintain accurate voter rolls and ensure that only eligible voters are registered. I have serious doubts about the reliability of your data and accuracy of your claims, since my office has not shared our statewide voter registration list with DHS or any other federal agency or official. Indeed, state law prohibits sharing voters' sensitive information, including social security numbers, with any person, including the federal government. *See* Cal. Elec. Code § 2194(b)(1); Cal. Gov't Code § 7924.000; *United States v. Weber*, 816 F. Supp. 3d 1168, 1183-1184, 1189, 1192 (C.D. Cal. 2026) (holding federal election laws do not require California to share voters' sensitive information with the federal government).

Notably, your letter provides no detail whatsoever that my office can use to evaluate the veracity of your allegations. To effectively evaluate your claims, we require the following information:

1. A detailed description of the methodology utilized by DHS to identify these allegedly ineligible voters, including, but not limited to, all data sources, software, and matching criteria utilized in this analysis, and whether AI was utilized in any part of this analysis; and
2. A detailed description of how DHS came into possession of the list of registered voters in California, including the name and contact information of any individual(s) or entity who transmitted said list to DHS, the date that list was transmitted to DHS, and information regarding the currency of the list such as when the list was last updated.

Please provide all of the above information to legalsupport@sos.ca.gov no later than August 3, 2026.

Please be aware that my office will continue to comply with all federal and state law voter list maintenance obligations as we consider your allegations, including the National Voter Registration Act's (NVRA) prohibition on the systematic cancellation of voter registrations

during the 90 days before each federal election. 52 U.S.C. § 20507(c)(2)(A). The "cancellation of registrations based on the systematic comparison of registered voters to various databases" including DHS's SAVE database, "is precisely the type of systematic cancellation program that the 90-day Provision was meant to preclude." *Mi Familia Vota v. Fontes*, 129 F.4th 691, 717 (9th Cir. 2025), cert. granted sub nom. *Republican Nat. Comm. v. Mi Familia Vota*, No. 25-1017, 2026 WL 1855101 (U.S. June 29, 2026); *accord Virginia Coal. for Immigrant Rts. v. Beals*, 803 F. Supp. 3d 454, 473 (E.D. Va. 2025). For the November 3, 2026, General Election, the 90-day "quiet period" begins on August 5, 2026.

I share your dedication to free, fair, and secure elections. As California's chief elections official, I am committed to making every effort to ensure that no eligible voter is erroneously removed from our State's voter rolls, and that no eligible voter is deterred from casting a ballot due to intimidation or coercion.

Respectfully,

Shirley N. Weber, Ph.D.
California Secretary of State

# Exhibit O

Case No. 1:26-cv-03674-JEB

FRANCISCO V. AGUILAR
NEVADA
SECRETARY of STATE

101 N Carson Street, Suite 3
Carson City, NV, 89701
775.687.8683

---

To: Markwayne Mullin, Secretary of Homeland Security
From: Francisco V. Aguilar, Nevada Secretary of State
Date: July 29, 2026

Re: Response Letter

Dear Secretary Mullin:

I write in response to your July 16 letter regarding your "preliminary review" of Nevada's voter registration database. In particular, I note your office's assertion that "*there may be as many as 15,903 non-citizens registered to vote in Nevada*," including "*8,576 Nevada registrants*" you assert match "*a non-citizen in our files*" on "*name, date of birth, address, and Social Security number.*" DHS letter, July 16, 2026. You have not identified any of those individuals.

My office has long upheld the goal of ensuring that *only* eligible U.S. citizens vote in our elections. We follow clear protocols under applicable state and federal law to ensure that only citizens vote. (NRS 293.485, NRS 293.540, NRS 293.5415, 18 U.S.C. § 611, 52 U.S.C. § 10101(a)(1)). For example, Nevada's voter registration form requires the applicant to state that they are a U.S. Citizen and certify under penalty of perjury that the information provided therein is true. (NRS 293.485, *see also* https://www.nvsos.gov/sosvoterregform/). That declaration is a legally enforceable attestation (NRS 293.485) and anyone who provides false eligibility information, fraudulently registers to vote, or votes while ineligible can be prosecuted under state law. (NRS 293.485). In addition, Nevada law sets numerous procedures for election officials to follow to ensure that only eligible voters—who must be U.S. citizens under Nevada and federal law—are registered to vote and remain on the rolls. My office will continue to comply with applicable voter list maintenance obligations.

Against that backdrop, we want to better understand your claims that thousands of alleged noncitizens on Nevada's voter rolls, again, none of which you have identified. You indicate that your team is ready to provide support, so we ask that you provide the following information:

1. Data sources and scope
    - From what specific Nevada voter registration data did your team derive the figure of "*as many as 15,903*" alleged non-citizens, and what was the effective date of that determination?
    - As you are aware, a federal judge has enjoined the removal of U.S. citizens from voter rolls based on inaccurate information from the federal government's SAVE system. *See, e.g.*, *League of Women Voters v. U.S. Dep't of Homeland Sec.*, No. CV

25-3501 (SLS), 2026 WL 1784297, at *16 (D.D.C. June 22, 2026); *see also State v. Trump*, No. 1:26-CV-11581-IT, 2026 WL 1826490, at *13, n.14 (D. Mass. June 25, 2026) ("DHS does not dispute that the SAVE system has erroneously flagged citizens as noncitizens."). Did DHS use that system to assert that these individuals may be non-citizens?

- Did your analysis use the official statewide voter registration database maintained by the Secretary of State, or other compilations or commercial copies, and have you confirmed that the data you relied on accurately reflects our current records?
- Additionally, your letter asserts, "*...we found 8,576 Nevada registrants for whom the name, date of birth, address and Social Security number match a non-citizen in our files.*" Given the current litigation from the Department of Justice for the State of Nevada's non-public voter information, including Social Security and Driver's License numbers, how did your department match social security numbers to Nevada registrants, and what data sources did you use if not the voter information provided by the NVSOS?

2. Matching methodology and error risk

- You assert that 8,576 registrants "*match a non-citizen in our files*." How did you match Nevada voter records to DHS non-citizen files—were matches based on exact or partial name, date of birth, address, or any other identifier?
- Did you use any probabilistic or "fuzzy" or AI matching techniques?
- What steps did you take to account for common names, multi-unit residences, shared addresses (families, roommates), and data-entry errors in either Nevada or DHS records?
- If so, what estimated error rate did you assign to your matching process?

3. Citizenship status and naturalization

- How did your analysis distinguish current non-citizens from individuals who became U.S. citizens after the date of the DHS data?
- Before attributing "non-citizen" status to any identified registrant, did you conduct any case-by-case verification to confirm that the person has not naturalized and is in fact ineligible to vote under Nevada and federal law?

4. Legal authority and use of information

- What legal authorities are you relying on for compiling and sharing these alleged matches with states, including the interpretation of 8 U.S.C. § 1373 in this context, and how are you ensuring that the information is used in a manner consistent with the National Voter Registration Act, ("NVRA") in particular, its quiet period, and other constitutional protections?

We remain committed to ensuring that non-citizens are not registered or permitted to vote. At the same time, we are equally committed to protecting eligible U.S. citizens—including naturalized citizens and citizens whose records may be imperfect—from being wrongly labeled as "non-citizens" or subjected to improper removal efforts. Any collaborative effort with DHS must therefore be designed to minimize false positives, incorporate meaningful due process for affected registrants, and comply fully with Nevada law and the NVRA, which prohibits the systematic cancellation of voter registrations during the 90 days before each federal election. 52 U.S.C. § 20507(c)(2)(A). We also follow state laws that protect voters' privacy. *See, e.g.*, NRS § 293.558.

Our office is open to good faith collaboration that truly enhances the accuracy of our voter rolls and excludes ineligible non-citizens. Once we have received and reviewed the requested information, my office will reach out to discuss next steps.

Respectfully,

Francisco V. Aguilar
Nevada Secretary of State

# Exhibit P

Case No. 1:26-cv-03674-JEB

# From 16,000 to 185 to Zero: Trump's Claims of Illegal Voting in Nevada Fizzle.

nytimes.com/2026/09/24/us/politics/nevada-voters-homeland-security-trump.html

Nick Corasaniti September 24, 2026




Despite its claims, the Trump administration has not yet offered evidence of a single instance of a noncitizen on Nevada's voter rolls. Above, people cast their votes in Las Vegas in 2024.Credit...Frederic J. Brown/Agence France-Presse — Getty Images

When the Department of Homeland Security sent Nevada a list of 185 names last month that it claimed identified noncitizens who had been improperly allowed to register to vote, state election officials got to work.

On Tuesday, the state sent a strongly worded rebuke to the federal government: Every single person on the list was a lawful citizen.

“As for the 185 individuals, our records indicate that they were citizens,” Greg D. Ott, a deputy attorney general in Nevada, wrote, according to a copy of a letter sent to Department of Homeland Security officials obtained through open records requests. “You have provided nothing of substance to suggest otherwise.”

Mr. Ott also stated that D.H.S. officials had still not provided enough data for election officials to investigate their claims. Nor have they turned over the list of nearly 16,000 individuals they claim may be noncitizens.

“Our records do not support DHS’s claims, and DHS has still not provided evidence to change that,” Francisco Aguilar, the Democratic secretary of state in Nevada, said in a statement. “Instead, DHS officials continue their attempts to intimidate election officials into compliance and deter voters with huge claims of fraud with no evidence. Repeating unsupported claims does not make them true.”

It was the Trump administration’s latest stumble in a broad campaign to find proof of widespread noncitizen voting in American elections, despite decades of evidence that it is extremely rare.

The Department of Homeland Security said in a statement that Nevada’s characterization was “false” and “the list of 185 were simply a subset of individuals that had gone through a rigorous manual review process” at the time of the last meeting between the two agencies.

The back and forth began in July, when President Trump and Markwayne Mullin, the homeland security secretary, said they had identified more than 270,000 noncitizens on voter rolls in just four states: Nevada, California, New Jersey and Pennsylvania.

Both men stated the claims as fact, yet letters sent to election officials in the four states in the days that followed indicated that the numbers may have been inflated. Each letter qualified Mr. Trump’s concrete assertions with the phrase “there may be as many as.” None offered actual proof of noncitizens on voter rolls.

In Nevada’s case, Mr. Mullin initially claimed that there were as many as 15,903 noncitizens on the voter rolls. But in a meeting between Nevada election officials and the Department of Homeland Security last month, department leaders admitted that their initial claim was unsubstantiated. That prompted some pointed questions from Nevada election officials, according to a video recording of the virtual meeting.

Sign up for the On Politics newsletter. It's a pivotal moment for American politics. Join us for 2026 and beyond.
Get it sent to your inbox.

“So what you’re saying is the 15,000 number has not been vetted?” asked C. Murphy Hebert, the chief deputy in the Nevada secretary of state’s office.

“I probably wouldn’t use the sentence, ‘It hasn’t been vetted,’” replied Kimberley Vogt, an official with Homeland Security. “Because definitely we’ve done something with it to get down to 15,000. So I wouldn’t say that. But it hasn’t had a full manual review of each one.”

Following the meeting, Ms. Vogt sent a clarifying email to Nevada officials. “I also wanted to be sure I clarified that we did not reduce the 15,903 to 185,” she wrote. “We’ve manually reviewed some of the 15,903 and confirmed 185 are not U.S. Citizens.”

Now, Nevada officials are saying even that 185 number is wrong. They also took issue with a letter D.H.S. sent them in early September, in which the agency reiterated its initial claims about nearly 16,000 noncitizens on the rolls and pressured state officials to review each case in a letter to Nevada officials in early September.

“Each one of the 15,903 individuals identified should be carefully reviewed by your state to determine eligibility for voting in a federal election,” read a letter from the Department of Homeland Security sent on September 9.

But Nevada election officials said in their letter that D.H.S. “has never provided Nevada with a list of 15,903 individuals.” Instead, they said, the department sent them a smaller batch of roughly 6,000 individuals, identified only by what Homeland Security called a voter case number.

“D.H.S. still has not provided any additional verifiable information for the individuals it suggests are noncitizens,” they wrote.

The Department of Homeland Security said in a statement that the 6,218 individuals had “the highest number of matching attributes” to a potential noncitizen in their records, and that the smaller tranche of voters “was at the request of Nevada. They wanted to start with a subset less than the 15,903 registrants DHS originally identified.”

Nevada officials disputed that claim, and records reviewed by the Times did not show Nevada making that request.

Mr. Ott also said the use of so-called voter case numbers, which Nevada officials took to mean voter registration numbers, was imprecise.

Using only “voter case numbers” without any other information such as a name, date of birth, address, or another verifiable data point, could lead to the identification of multiple individuals, Mr. Ott said. This is because Nevada recently transitioned to a statewide voter-registration system that was previously run by counties. So an individual may have been assigned one number by a county in the past and a different number under the new statewide system.

“The number also doesn’t tell us whether an individual was born in the United States, naturalized, derived citizenship through a parent, or holds any particular immigration status,” Mr. Ott wrote. “A number that matches a voter record thus establishes only that a number exists in, or once existed in, a voter registration system.”

Mr. Trump’s demand for evidence of fraud has prompted multiple governmental efforts. The New York Times this month reported that hundreds of agents with Homeland Security had been temporarily pulled from their duties investigating international crimes and terrorism for a roughly three-week intensive search noncitizens on voter rolls. The methodology was criticized by Democrats as faulty and potentially illegal, and the Virginia attorney general wrote a letter demanding more information.

# Exhibit Q

Case No. 1:26-cv-03674-JEB

**From:** Greg D. Ott

**Sent:** Wednesday, September 23, 2026 2:54 PM

**To:** 'dhs.iga@hq.dhs.gov' <dhs.iga@hq.dhs.gov>

**Subject:** FW: Election Security Follow Up

Dear DHS Office of Intergovernmental Affairs,

I write in response to your email dated September 9, 2026, in which you asserted—incorrectly—that Nevada has all the information it needs to conduct an analysis with confidence of whether the individuals described by DHS are United States citizens. Once again, unless your Office can provide the information that Nevada has repeatedly requested since Secretary Mullin first raised this issue in his July 16 letter to me, the State will be unable to determine with confidence whether the individuals referenced by DHS are non-citizen voters.

1. **To Date, DHS's Assertions Have Not Given Us Reason to Believe the Individuals it Cites are Ineligible to Vote**

On July 16, 2026, DHS sent the Nevada Secretary of State a letter, alleging that there may be as many as 15,903 non-citizens registered to vote in Nevada, and asked for collaboration.

On July 29, 2026, the Nevada Secretary of State responded to DHS's letter and requested the data sources and methods used to calculate the 15,903 number. The Nevada Secretary of State's Office reiterated its request for this information prior to its virtual meeting with DHS.

On August 13, 2026, we had a virtual meeting with DHS to discuss the allegations in DHS's July 16 letter. On the call, DHS officials said that they had identified 185 individuals whom, following a manual review, they believe are non-citizens. The DHS officials said that they were still reviewing the rest of the individuals that were referenced in the 15,903 number. Also, the DHS officials said that they had used a copy of Nevada's voter file from July 2025. On the call, we requested more information about the list of individuals DHS thinks may be non-citizens.

On August 14, 2026, we received an email from Ms. Kimberley Vogt, attaching a spreadsheet list of 185 "voter case numbers" on whom DHS completed its manual review, as well as 6,218 voter case numbers that had not yet been similarly reviewed.

On August 19, 2026, we responded, asking for the first name, middle name, last name, date of birth, residential address, and any other data points DHS matched for the 185 individuals identified in the spreadsheet.

On August 20, 2026, Ms. Vogt responded that DHS would "prefer to limit our information sharing to just providing you the voter ID from your public voter list."

Also on August 20, 2026, we reiterated that the State was "unable to conduct an analysis without real verifiable information."

On September 9, 2026, we received your email in which you purported to describe matching criteria that may have been used to generate a list of 15,903 individuals and noted that the more attributes of the individual voter that match an individual in DHS's records, the higher the confidence level of a match. But the response did not indicate the number of criteria that matched for individuals included on the 15,903 list or the confidence level in that list. The September 9 email further states that "each one of the 15,903 individuals identified should be carefully reviewed by your state to determine eligibility for voting in a federal election." However, DHS has never provided Nevada with a list of 15,903 individuals. Even as to the 6,218 voter identification numbers that have been provided, DHS still has not provided any additional verifiable information for the individuals it suggests are non-citizens.

As for the 185 individuals, our records indicate that they were citizens. You have provided nothing of substance to suggest otherwise.

We understand that "voter case numbers," as used in DHS's spreadsheet, mean Nevada's voter registration numbers, which are an administrative identifier that point to a person's registration record. A person's voter registration number is not proof of a person's identity, nor citizenship status.

The problem with using only voter registration numbers to identify non-citizen voters is that a single voter registration number may belong to multiple individuals. This is because Nevada recently transitioned to a single statewide voter-registration system. Previously, counties operated their own voter registration databases and assigned county voter identification numbers. When the legislature passed a new law to move to a centralized statewide system, voters were assigned new state voter identification numbers. As a result, the same number may appear at different points in time in connection with different voter records.

For example, assume DHS provides the number "123456." Our records might show that 123456 was once assigned by one county to Jane Smith, while the statewide system later assigned that same number to John Doe. So, without additional information, such as a name, date of birth, address, or another verifiable data point, the number does not tell us whether DHS is referring to Jane Smith, John Doe, or potentially neither person.

The number also doesn't tell us whether an individual was born in the United States, naturalized, derived citizenship through a parent, or holds any particular immigration status. Election records commonly reflect the information supplied during registration. For example, if someone registered to vote in 1970, the registration record may be incomplete; the name, address, and date of birth may be incomplete, changed, entered differently, or shared by more than one person. A number that matches a voter record thus establishes only that a number exists in, or once existed in, a voter registration system.

2. **The Evidence Upon Which DHS Has Generally Relied to Determine the Citizenship Status of Prospective Voters Is Unreliable**

There is mounting evidence that the information upon which DHS has relied to determine the status of prospective voters is unreliable. The federal district court for the District of Columbia noted that DHS was aware of "[s]hortfalls in data accuracy" in SSA citizenship data integrated into the new SAVE system, which "could cause incomplete or false results." *League of Women Voters v. U.S. Dep't of Homeland Sec.*, 835 F. Supp. 3d 79, 101 (D.D.C. 2026). For example, there is no obligation for individuals to report a change in their citizenship status to SSA unless they need to request a replacement card or file a claim for a Social Security benefit, so any naturalized citizen who "interacted with SSA prior to naturalization may be incorrectly identified as a non-citizen in SSA records." *Id*.

In addition, a whistleblower disclosure that was made public last week confirms that DHS is using unreliable data and techniques to identify noncitizens who may be registered to vote. *See* Letter from Senator Padilla and Senator Schumer to DHS leadership (Sept. 13, 2026),

https://www.padilla.senate.gov/wp-content/uploads/09.13.26-Senate-Whistleblower-Letter-DHS-USCIS_combined_signed.pdf. According to the whistleblower disclosure, DHS and USCIS leadership abruptly diverted FDNS staff to an "Unlawful Voter Initiative" that has been "using highly questionable data methods to identify purported unlawful voters." *Id.* DHS "materials admit these investigations will include naturalized U.S. citizens," and "USCIS personnel are being tasked with unreliable DHS voter data of dubious origins, that is compiled with 'supplemental magic', which they are required to accept as accurate." *Id*. The training video provided to FDNS staff "establishes that both headquarters and USCIS personnel understand the shortcomings of both the state voter data and the federal immigration citizenship data … but personnel are required to accept the data even when they believe it to be inaccurate." *Id*. This "sudden surge indicates that the Department's top priority is now manufacturing evidence for election conspiracy theories, rather than FDNS's fraud detection and national security mission." *Id*.

The whistleblower disclosure further notes that FDNS staff have been using potentially unlawful collection methods to obtain data, including by impersonating voters to access state voter databases. *Id*.; *see also* Nick Corasaniti & Hamed Aleaziz, *Whistle-Blower: Federal Agents May Have Broken State Laws in Search of Voter Fraud*, NY Times (Sept. 14, 2026), https://www.nytimes.com/2026/09/14/us/politics/homeland-security-voter-fraud-investigation.html?smid=url-share. As you may know, Nevada's voter database contains an attestation that "[b]y continuing, you confirm that you are that voter or are directly helping that voter." https://www.nvsos.gov/votersearch/. The attestation continues that "[b]y using this site, you agree not to use or share the information for any reason that the law does not allow." *Id.*

The Virginia Attorney General has already called for an investigation into whether DHS violated Virginia law by attesting on its voter database website that "the information provided to access my voter registration is my own or I am expressly authorized by the voter to access this information." *See* News Release, Office of the Virginia Attorney General (Sept. 18, 2026), https://www.oag.state.va.us/media-center/news-releases/3120-what-virginians-are-seeing-attorney-general-jay-jones-shares-weekly-roundup-of-actions-taken-15. The attestation continues that it is "unlawful to access the record of any other voter." *Id.*

Senators Padilla and Schumer have submitted questions to DHS and USCIS leadership about the legality of these initiatives to which DHS and USCIS have not yet responded and both Senators have called for an immediate end to these initiatives and related activities. At least 18 Senators have called for an Office of Inspector General investigation related to these initiatives. *See* Press Release, Office of Senator Mark Warner, *Following Whistleblower Disclosure, Warner, Kaine Demand Investigation Into DHS Data Misconduct in Virginia, Nationwide* (Sept. 18, 2026), https://www.warner.senate.gov/newsroom/press-releases/following-whistleblower-disclosure-warner-kaine-demand-investigation-into-dhs-data-misconduct-in-virginia-nationwide/?utm_source=chatgpt.com.

Moreover, on September 18, 2026, a coalition of civil rights groups filed a lawsuit against DHS, ICE, and other defendants, alleging a violation of 11(b) of the Voting Rights Act related to the federal agencies' voter intimidation conduct, which included the Unlawful Voter Initiative. *See* Compl., *NAACP v. DHS*, No. 1:26-cv-03263 (D.D.C. Sept. 18, 2026).

3. **Nevada Has a Strong Interest in Preventing the Disenfranchisement of Eligible Voters Ahead of the 2026 Election and Will Continue to Follow Applicable Federal and State Laws**

Nevada takes allegations of noncitizen voting seriously, but it also has a strong interest in preventing the wrongful disenfranchisement of voters ahead of the fast-approaching 2026 election. The State is committed to preventing the chilling effect on the right to vote from taking actions based on unfounded and unverifiable allegations of noncitizen voting.

Nevada continues to follow applicable state and federal laws governing voter list maintenance, including the National Voter Registration Act and the Help America Vote Act. The State will also continue to comply with state laws to determine voter eligibility.

class=WordSection2>

Best Regards, Greg

---

**From:** DHS.IGA <dhs.iga@hq.dhs.gov>

**Sent:** Wednesday, September 9, 2026 11:21 AM

**To:** Mark Wlaschin <mwlaschin@sos.nv.gov>

**Cc:** Elections <elections@hq.dhs.gov>

**Subject:** Election Security Follow Up

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Dear Deputy Secretary Wlaschin,

We are writing in response to your recent emails in which you mischaracterize DHS findings and indicate that you "are unable to conduct an analysis without real verifiable information."

As discussed during our meeting, in prioritizing national security regarding elections, President Trump made the SAVE system available to states free of charge. Many states have processed their full voter lists to identify and remove ineligible aliens. As you have not processed Nevada's voter list through the SAVE system, FDNS – the Fraud Detection and National Security Directorate (FDNS) conducted an analysis of Nevada's publicly available voter file.

States are required by federal law to ensure that voter registration records are accurate. To assist Nevada with this important effort, FDNS employees tirelessly reviewed millions of records. As outlined by the FDNS representatives during the call, there are potentially **15,903 aliens on Nevada's voter rolls**. As described in the meeting, this number was arrived at through a review of matching criteria – the more attributes from the individual registered voter that match an individual in DHS immigration records, the higher the confidence level. The highest confidence level of matching indicators, for example, first name, last name, middle name, date of birth, address, and phone number would be a 6-attribute match. If an individual did not have the same phone number or the same address, this would be listed as a lower confidence match but likely still the same individual. An address that does not match does not mean that they are not the same individual as people often move and do not update their address. DHS holdings often contain other data points which were also reviewed – such as previous addresses or spousal information to increase the confidence of the match.
**Each one of the 15,903 individuals identified should be carefully reviewed by your state to determine eligibility for voting in a federal election.**

Based upon your request for further assistance during our meeting, FDNS agents offered to have each file manually reviewed – a laborious process that often includes the review of paper documents in addition to those held electronically. The manual process described by FDNS included the steps taken when FDNS makes a law enforcement referral. Here, they are not making a law enforcement referral to Nevada, instead, they are offering assistance to you to protect the voting rights of US citizens. By narrowing your list of nearly 2.3 million registered voters to just 15,903 who match an alien in DHS records, we are reducing the effort required by your office. DHS is providing a service to the citizens of Nevada.

The Department of Homeland Security is responsible for immigration enforcement and protecting election infrastructure. Alien voting is a crime. President Trump and Secretary Mullin are committed to ensuring free, fair, and honest elections. To that end, we are requesting that instead of mischaracterizing good faith efforts by FDNS agents, Nevada does its part to investigate and remove ineligible registrants – as the vote of each alien dilutes the vote of a U.S. citizen.

If you would like to provide FDNS with federal enumerators for the registrants already identified, we can help you to eliminate any mismatched records and false positives. We would then be in the position to provide you with a refined list of non-citizens so that you can take the steps necessary to remove ineligible registrants. Conversely, you can use the list provided to engage in your own analysis. Since each voter ID is unique to an individual registrant, you already have the information necessary to conduct the necessary review.

Sincerely,

DHS Office of Intergovernmental Affairs

# Exhibit R

Case No. 1:26-cv-03674-JEB

**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF STATE

***Via Electronic Mail: elections@hq.dhs.gov***

July 29, 2026

Hon. Markwayne Mullin
Secretary of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Dear Secretary Mullin:

The Pennsylvania Department of State is dedicated to ensuring that elections in Pennsylvania remain free, fair, safe, and secure, and that all eligible voters—and only eligible voters—have the opportunity to make their voices heard. We continue to uphold our election integrity duties, and we take very seriously any credible claim of voting by ineligible voters, just as we do claims involving denials of the right of eligible voters to participate.

All 67 counties in Pennsylvania undertake robust efforts, pursuant to both Federal and Pennsylvania law, to cancel the records of moved, deceased, and other ineligible voters each year, with 338,295 registrations cancelled in 2025 alone.[1] Because the right to vote is sacred, the cancellation of any record is based on a prescriptive statutory process and reliable data sources. And both the Department of State and county election officials are legally obligated to protect the privacy of Pennsylvania's voters, and therefore take steps to ensure that voters' confidential information is protected during this process.[2]

Your July 16, 2026, letter claims the Department of Homeland Security has identified as many as 14,576 non-citizens purportedly registered to vote in Pennsylvania. Notably, DHS has not identified its methodology or what data it relied on in reaching this conclusion.

---

[1] *See* https://www.pa.gov/content/dam/copapwp-pagov/en/dos/resources/voting-and-elections/reports/voter-registration/dos-voter-registration-report-2025-final-pdf.pdf at 5. A recent audit by Pennsylvania's Auditor General of the Pennsylvania Department of Transportation's processing of voter registration applications through Pennsylvania's Automatic Voter Registration system identified only one instance in which an ineligible individual was given the opportunity to register to vote—and that incident was caught immediately, and the individual is not registered and has never voted in Pennsylvania.

[2] *See* Brief of Secretary of the Commonwealth Al Schmidt at 22-25, *U.S. v. Commw. of Pa.*, 2026 WL 1850016 (W.D. Pa. 2026) (No. 2:25-cv-01481), Dkt. No. 92.

As you know, past analyses of voter lists have relied on faulty methodologies that can lead to inaccurate results and false claims about the citizenship status of eligible voters. DHS has previously acknowledged that its SAVE database may not return accurate information about individuals whose citizenship status has not been updated in the records of the Social Security Administration.[3] An audit by SSA's Office of Inspector General identified numerous errors in those records, and recent reporting has demonstrated that SAVE has mistakenly flagged eligible voters as noncitizens in Texas and Missouri.[4] In fact, the U.S. Citizenship and Immigration Services official who oversees SAVE has "acknowledged that the system can't always find the most current citizenship information for people not born in the U.S."[5] Finally, as you are aware, a federal judge has recently concluded that the establishment of the modified SAVE system was unlawful in several respects.[6]

In order to evaluate the claims in your letter and determine appropriate next steps, please provide a document explaining your methodology, which identifies the data sources you relied on (including all sources of data that connect the personal identifying information of an individual with their Pennsylvania voter record), the date you obtained any Pennsylvania voter registration records, and any other relevant information you utilized to reach your conclusions.

I look forward to your response.

Sincerely,

Al Schmidt
Secretary of the Commonwealth

---

[3] *See* https://abcnews.com/Politics/system-dhs-urging-states-assess-voter-rolls-return/story?id=134863557

[4] *See* https://oig-files.ssa.gov/audits/full/A-08-06-26100_0.pdf at iii; https://www.texastribune.org/2026/02/13/save-voter-citizenship-tool-mistakes-confusion/

[5] *Id.*

[6] *See League of Women Voters v. U.S. Dep't of Homeland Sec.*, No. CV 25-3501 (SLS), 2026 WL 1784297 (D.D.C. June 22, 2026).

# Exhibit S

Case No. 1:26-cv-03674-JEB

**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF STATE

August 25, 2026

Hon. Markwayne Mullin
Secretary of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

***Via Electronic Mail: elections@hq.dhs.gov***

Dear Secretary Mullin:

I am writing to follow up on the August 13 virtual meeting between the Pennsylvania Department of State and representatives of DHS. We met with DHS officials to discuss your letter dated July 16, 2026, related to non-citizens on Pennsylvania's voter rolls, and for DHS to provide information as to the methodology underlying the conclusions in that letter.

During the meeting, DHS representatives explained that they did not have high confidence that the 14,576 individuals referenced in your letter were, in fact, non-citizens who had improperly registered to vote in Pennsylvania. In addition, they agreed to provide DHS's methodology in writing, which we expect will include a list of specific data sources used in your analysis. We await this information.

In particular, we look forward to understanding how you attempted to match registered voters in Pennsylvania with information in DHS's data sources, and how you determined which "matches" were associated with greater or lesser degrees of confidence. Furthermore, we ask you to explain what data from your review that DHS is offering to provide to the Department of State. As we understand it, DHS is willing to provide a list of Pennsylvania voter identification numbers of individuals you have determined may be non-citizens, but without any additional context, such as an explanation of why you believe each individual to be a non-citizen. Please let us know if our understanding is incorrect.

We reiterate concerns raised in our July 29, 2026 letter—the right to vote is sacred, and the cancellation of any voter registration record must be based on reliable data sources and done in accordance with Pennsylvania and federal law.

We appreciate your providing this additional information so that we may further review and determine appropriate next steps.

Sincerely,

Al Schmidt
Secretary of the Commonwealth

# Exhibit T

Case No. 1:26-cv-03674-JEB

Dear Secretary Schmidt,

We are writing in response to your August 25, 2026, letter seeking additional information regarding the methodology behind the DHS analysis of Pennsylvania's publicly available voter registration database information which revealed 14,576 potential aliens registered to vote in Pennsylvania.

As discussed during our meeting last month, in prioritizing national security regarding elections, President Trump has made the SAVE system available to state and local election officials at no cost. Many states have processed their entire voter lists to identify and remove ineligible aliens and deceased registrants. With the SAVE system, the first and last name, date of birth, and a federal enumerator are used. Federal enumerators – such as a Social Security number or an alien number, provide a reliable matching criterion.

As you have not processed Pennsylvania's voter rolls through the SAVE system, the Fraud Detection and National Security Directorate (FDNS) of USCIS conducted its analysis using a publicly available voter file from your state. As you know, publicly available voter files do not contain federal enumerators. However, public voter files generally have a variety of fields that can be matched to DHS holdings. DHS, through its many agencies, has a vast amount of information which is regularly used to determine eligibility for benefits, immigration status changes, etc. When FDNS is able to match a first name, last name, date of birth, phone number, and address of a registered voter to an alien in DHS systems, this is a fairly reliable indicator that it is the same person.

In your letter you state that "DHS representatives explained that they did not have high confidence that 14,576 individuals" were "non-citizens who had improperly registered to vote in Pennsylvania." **This is a blatant mischaracterization**. As outlined by FDNS representatives on the call, there are potentially 14,576 aliens on Pennsylvania's voter rolls. As they explained, this number was arrived at through a review of matching criteria – the more attributes from the individual registered voter that match an individual in DHS immigration records, the higher the confidence level of the match. The highest confidence level of matching indicators, for example, first name, last name, middle name, date of birth, address, and phone number would be a 6-attribute match. If an individual did not have the same phone number or the same address, this would be a lower confidence match but likely still the same individual. An address that does not match does not mean that they are not the same individual as people often move and do not update their address. DHS holdings often contain other data points which were also reviewed – such as previous addresses or spousal information to increase the

confidence of the match. **Each one of the 14,576 individuals identified should be carefully reviewed by your state to determine eligibility for voting in a federal election.**

The manual process described by FDNS included the steps taken to make a law enforcement referral. Here, we are not making a law enforcement referral to the Commonwealth, instead, we are offering assistance to you to protect the voting rights of US citizens. By narrowing your list of nearly 9 million registered voters to just 14,576 who match an alien in DHS records, we are reducing the effort required by your office. DHS is providing a service to the citizens of the Commonwealth.

As you know, the Department of Homeland Security is responsible for immigration enforcement and protecting election infrastructure. Alien voting is a crime. The federal government does not remove individuals from state voter rolls. The states are required by federal law to ensure that voter registration records are accurate. As President Trump and Secretary Mullin are committed to ensuring free, fair, and honest elections, FDNS employees have tirelessly reviewed millions of records to assist Pennsylvania in that endeavor.

FDNS will send you the list of state voter IDs for which we have identified a potential non-citizen match. If you provide DHS with federal enumerators for those individuals, we can assist your team and help to eliminate mismatched records and false positives. We would then be in the position to provide you with a list of **confirmed** non-citizens so that you can take steps necessary to remove ineligible registrants. Conversely, you can use the list to engage in your own analysis.

Our team at FDNS is ready to support you.

Sincerely,
DHS Office of Intergovernmental Affairs

# Exhibit U

Case No. 1:26-cv-03674-JEB

# Trump's speech claiming US election vulnerabilities, annotated

cnn.com/interactive/2026/07/politics/annotated-transcript-trump-speech-us-election-vis

CNN July 17, 2026




Published July 17, 2026

President Donald Trump tried to convince Americans in a primetime address Thursday night that their elections are vulnerable to fraud and need immediate attention. While he did not repeat his frequent mantra that he actually won the presidential election he lost in 2020, Trump did declassify documents he said showed an influence campaign by China, a coverup by US intelligence officials and fraud in Michigan.

The evidence, offered mostly in highly redacted out-of-context emails, did not live up to those claims. But it will certainly be grist for Trump's efforts to curtail mail-in voting and add new voter ID requirements.

The speech, along with context, is below.

Good evening. Before we begin, I'm proud to report that our country is safer, stronger, and far wealthier than it has ever been before. We are doing great. Less than two years ago, we inherited an economic and social disaster after the worst inflation in 48 years, the wide open

borders with millions and millions of people pouring in from all over the world, including criminals of all types, and 11,888 murderers, many of whom killed more than one person.

We had transgender for everybody, men in women's sports, crime ravaging our cities, and the whole world was laughing at us as a nation, but not anymore. Two years ago, our country was dead. Now, we are the hottest country anywhere in the world. America is respected like we have never been respected before.

*This speech was billed as a major address on election security. It's starting with some standard Trump talking points.*

We have more money being invested in the United States than at any time in the history of our country. More Americans are working today than ever before. This week, it was announced that inflation saw the largest monthly decline in more than six years, just happened. It was just given out. The media reported it and we accept it, the best in six years.

The tax cuts in our Great Big Beautiful Bill are saving hardworking families thousands and thousands of dollars, like with the provisions, no tax on tips, no tax on overtime and no tax on Social Security for our great seniors, along with the interest deduction on a loan used to purchase a car, but only if that car is made in America.

And a 100 percent expensing for our job-creating businesses. Our stock markets are at their highest point in many years, but we can actually say of all time. And your 401(k)s, pensions and retirement accounts are setting records every single day, the highest in history. For years we paid the highest price for prescription drugs anywhere in the world.

Now we pay the lowest price under my Most-Favored-Nations policy, because I was able to get the rest of the world and the pharmaceutical companies to act responsibly. Drug prices are coming down by 70, 80 and 90 percent. Trumprx.gov, this will ultimately reduce the cost of health care. You have to go to Trumprx.gov and take advantage of it. But the cost of health care is coming way down because of what we've done with prescription drugs.

And with Trump accounts, every child in America now has access to a tax free investment account to save for their future. Billions and billions of dollars are being invested, put in by companies and individuals to take care of our children, so that at age 18, they will have potentially hundreds of thousands of dollars in their account, and they'll get off to a great start in life.

So for that, go to Trumpaccounts.gov and sign up your child or any child you'd like to sign up. Our previously wide open borders have been transformed into the most secure borders in the

history of our country, with zero illegal aliens being admitted to the United States in the past 14 months. That is zero.

Nobody thought it was possible. **We had the worst border in the history of our country, and now we have the best.**

*Many of Trump's claims above have been the subject of CNN reporting. I recently about the crackdown on immigration, illegal and otherwise, in the US. She told me it's an overstatement to say that zero people have crossed into the country illegally. But certainly the number has dropped under Trump. Still waiting for the election meat of this speech.*

Crime is plummeting nationwide, with the murder rate at its lowest level since 1900 - or more than 125 years ago. We're making a record investment in our armed forces, and we have the strongest and most powerful military by far anywhere in the world. I built it during my first term and, unfortunately, we're forced to use it now. We won in Venezuela, which is now working with us to produce millions and millions of barrels of oil.

We are likewise winning big in Iran, and you will see the fruits of that labor very, very shortly. America is back and doing really well. But we still have a major challenge that must be urgently addressed, because no country can be great without fair and honest elections. You have to trust your country because, if there can be no trust, there can be no greatness.

And that's very simple — no trust, no greatness. For many years I've called for bold, swift and decisive action to protect the integrity of America's elections. Every American deserves to know that, when they cast their vote, that vote will be counted accurately in a system, and that is to make that system secure.

One where cheating and interference are not just difficult, but virtually impossible. Unfortunately, the system we have today falls catastrophically short of that standard. Tonight, I'm announcing the immediate declassification and release of critical intelligence, revealing **shocking vulnerabilities in our election infrastructure.**

"*Vulnerabilities" are different than evidence of interference.*

This evidence shows that the election system we have dangerously exposes and really exposes, like levels never thought possible, to hacking, exploitation, and foreign interference. Just as disturbingly, this vital information has for many years been covered up and hidden from you, the American people — our beautiful, our great American people.

But that all changes right now. The documents we will release starting tonight have been gathered by the White House Government Transparency Task Force, a great group of people, along with the staff of the president's Intelligence Advisory Board, supported by our top

intelligence agency chiefs who have all personally reviewed the findings we are presenting this evening and fully confirmed their authenticity.

You can see these documents for yourself at whitehouse.gov, that's whitehouse.gov, go check it out. Our purpose in disclosing this information is not to weaken confidence in elections, but to earn that confidence by confronting vulnerabilities and correcting them very, very quickly, and that's what we're doing.

The documents cover five major areas of concern. First, they show that, over a period of years, starting during the 2020 election cycle, the People's Republic of China carried out what is believed to be the largest compromise of election data in history, resulting in **China's illicit acquisition of 220 million US voter files**.

*This is indeed an alarming disclosure if the US Intelligence Community fears China is compiling information on US voters. It's important to note, however, that there is general information on US voters publicly available or available for purchase from states.*

That information includes **names, addresses, phone numbers, political party preferences** and other sensitive data that would be needed to register to vote and engage in other nefarious activities, which is exactly what was happening. This data loss presents an unprecedented election security nightmare. The intelligence even shows that China assigned a data exploitation unit specifically to this new project.

CNN's Izzy Lippolis writes: "A foreign adversary can learn a lot about Americans from accessing US voter rolls. And it creates a real possibility of chaos on Election Day, if the foreign actor somehow accesses live databases and starts manipulating entries. But the US has never accused China of tainting or deleting voter records."

Compounding the travesty, the second set of documents we are releasing reveals that **members of the Deep State** — a very, very famous group of people, in many cases — in our intelligence agency, **worked to actively suppress** and downplay **information about the extent of China's sinister election meddling**, covering it up from both the president and the American people like nobody thought was possible.

This is a bold accusation. The official intelligence assessment suggested Russia and Iran were more actively trying to influence the 2020 presidential election.

US spy agencies began learning about the compromise of voter registration files in 2020, when they discovered that tens of millions of voter data — think of that, tens of millions of voters' data — in 18 states have been **bought, stolen or hacked** by China. Yet those responsible for sounding the alarm instead kept the information secret and hidden.

*It would be important to know how much was bought versus stolen or hacked.*

They did not disclose to me as president or to anyone else. And to the best of our knowledge, they did not inform Congress. In fact, **all they kept saying is, this is the most secure election** in the history of our country — a standard, very pat line that was divvied out to say.

*He says this in a mocking tone as if it's not true. CNN's Marshall Cohen has reported extensively about US elections and explains why they are still viewed to be more secure than those in other countries.*

*From Cohen:*
*Unlike many countries, American elections are administered by thousands of state and local officials – as opposed to a centralized federal agency that could be vulnerable to foreign cyberattacks or internal manipulation from the incumbent president.*

The cover up of this colossal security breach is even more disturbing in light of the additional information showing that China engaged in other election-related activities to undermine my first administration and our 2020 campaign.

They did not want — and they just didn't want it. They fought like hell not to have it, Donald Trump to win, and for good reason. As the documents we are releasing show, CIA reporting explicitly stated, and I quote, in mid-2018, the Chinese Communist Party's policy was to leverage all domestic and foreign elements that were opposed to the US president in an effort to reduce the US president's votes and make him resign or prevent his reelection.

Isn't that nice? Also, in mid-2018, China was working to influence the results of the US midterm elections and **later the results of the 2020 presidential election itself**. Separately, in mid-2019, the Chinese government's strategy against the United States was focused on undermining domestic confidence in the US president.

*This is not what the official Intelligence Community assessment concluded after assessing all of the material related to the 2020 election. The intelligence services agreed that China, rather than actively fighting to block Trump from winning, did not try to interfere in the election because they felt such meddling would not be worth the risk. Read more*

**They wanted to just make you sound like your president wasn't so hot**, when actually your president has done a great job. And they did everything possible to do exactly that. Going on this document says, and this is by the CIA, the strategy included efforts to use Chinese contacts with big US companies to influence US business leaders to turn against the president of the United States of America.

*Trump's approval rating in mid-2019 was hovering in the high '30s and low '40s.*

The Chinese government sought to identify US journalists who had reported negatively on the US president and pay them large sums of money to write more negative articles about him, as many as they could and they didn't care what they said. **The Chinese government wanted US president to lose the next election.**

*This is true, according to the Intelligence Community assessment. China did prefer a Trump loss in 2020. So did Russia and Iran, two other countries that were also identified as trying to influence in the election.*

And the reason they wanted me to lose is because they knew I was wise to them. Charged them billions and billions of dollars' worth of tariffs and built the strongest military anywhere in the world. We have the strongest military anywhere in the world. These are exact quotes from the CIA reporting. The name of the person doing the quote is now under review, but it gets even worse.

**Raw intelligence** obtained by the FBI in 2020, yet buried by rogue bureaucrats, stated that China's activities even included an attempt to manufacture illegal ballots for Joe Biden. Documents show that during this period, dozens of significant CIA and NSA reports about China's election targeting were kept out of the presidential briefing.

*Unverified intelligence is frequently incorrect, as Trump well knows from refuting the infamous dossier that included unverified claims about him. It's important to note he uses that phrase here. There's no evidence that China actually sought to manufacture ballots.*

**These were briefings I would get almost every day; everything was kept out that was of importance**. One email among intelligence analysts admitted that they had, quote, deliberately massaged the presidential daily briefing to withhold information regarding Chinese activities related to the election. Another official inside the FBI wrote that she was running, quote, a shadow government, unquote, to keep intelligence about China's election meddling from becoming known and to keep it away from the honorable press.

*Trump is essentially alleging a coverup here. It will be interesting to see how or whether the administration pursues this inside the Intelligence Community.*

Other officials who witnessed such efforts perceived the motivations to be blatantly political. Recently, we found **significant numbers of burn bags information**, and this is a group of bags that were used to destroy information, **given by President Barack Hussein Obama to be burned**, it was supposed to be burned.

These bags were supposed to be at a different level by different people, incinerated and checked, but it never happened. Maybe we got lucky. We believe this was not done on purpose, but rather through gross incompetence of the people that were supposed to burn the bags. But the findings are stunning.

*Burn bags! Obama! That is meant to sound very bad. But it's extremely hard to follow what he's trying to say here and there is nothing immediately evident about black bags in the released documents. What was in the bags? How do we know Obama had anything to do with them?*

Today, I'm asking the Office of **the Director of National Intelligence**, the Department of Justice, the FBI and the CIA to investigate how and why such crucial information was hidden. To fire those involved in the cover up and to file criminal charges, if appropriate, against these people.

*Trump recently appointed a fellow election denier, Bill Pulte, as acting Director of National Intelligence. Pulte is a housing official and has no background in intelligence gathering. Trump's nominee to be a permanent DNI is Jay Clayton, who is currently US Attorney for the Southern District of New York.*

Yet concealing China's meddling was only the beginning. The third set of documents we are releasing proves that for many years, **Americans were blatantly lied to about the security of our election infrastructure**, including electronic voting machines and ballot counting systems, dishonest, almost all.

*The emails released by the White House are heavily redacted. Officials repeatedly try to make clear their belief that China is not actively trying to interfere in the election. Follow along with CNN's team reading the newly released documents.*

They're vulnerable and they're easily compromised and people within our government knew that. Tonight, we're publishing a series of previously classified US intelligence community assessments and other reports proving that our government has long known these machines are extremely exposed to attack. As one assessment states, we judge that the United States' adversaries, including at a minimum Russia, China, Iran, North Korea, as well as non-state groups have the capability to compromise US election infrastructure.

That's unquote but that's some statement, isn't it, made by supposedly great patriots of our country? The document goes on to further state that, quote, we assess that centralized election-related data repositories, such as voter registration databases, poll books, and other official election websites are **most vulnerable to exploitation, and adversaries could use**

**this access to these systems to disrupt election processes** within the United States of America.

*Trump is likely overstating things here. The US election system is completely decentralized. Each state runs its own elections in its own way and with different systems. Which is not to say that maintaining election security should not be a priority.*

Tonight, we're releasing all of those findings and spanning from January 2020 to June 2026. This is a cyber threat aimed at the very heart of our democracy. Many people have questioned whether it could actually be possible to electronically manipulate vote totals or change election results on these terrible machines.

Today, we are releasing documents that show the CIA obtained reporting of **a specific plot to do a big number in favor of the corrupt Maduro regime in Venezuela**, and that's exactly what happened, conspiring to digitally rig their own country's elections in 2020. And that's what they did. This reporting included precise details about methods to regime develop, to digitally alter vote totals in ways that could not be detected, even with an audit, no matter how deep they went.

*There is no evidence this plot was ever carried out, but it is certainly true that elections in Venezuela have been disputed and questioned.*

**This intelligence underscores why we must take urgent action to ensure that our own system can never, ever be hacked or compromised like it was in the past**. The fourth set of documents reveals that even when significant evidence of fraud has been detected, it has been buried and covered up. Among the disclosures tonight are FBI files detailing evidence of alleged fraud by a large scale voter registration operation in Michigan.

*What action, exactly? Trump doesn't say. So stay tuned.*

In 2020, Michigan State Police raided a Democrat Get Out the Vote Organization, corrupt group in Muskegon, and were so concerned by what they found. They were just so concerned, they couldn't believe it, actually, that they contacted the FBI in Detroit. The documents state that some canvassers admitted to FBI agents that they signed voter registration forms in other people's names, submitted fraudulent registration for people who did not exist, and received gift cards tied to their number of applications that they produced.

In other words, it was pay, play and cheat. The FBI agents working on the case believe that crimes were committed, yet the Biden Department of Justice slow-walked the investigation and killed it. **Tonight, I'm asking the FBI director to ensure that the matter is fully**

**investigated** and to work with the Department of Justice to prosecute those responsible for any crimes.

*According to local reporting at the time, no ballots were issued as a result of this incident. Will this speech kick off a follow-up investigation? Trump was president in October of 2020 and his Attorney General at the time said there was no evidence of widespread voter fraud despite efforts to find it.*

Finally, to reveal just how vulnerable our elections continue to be, we are releasing the results of a stunning investigation by the Department of Homeland Security. **According to the DHS review, state voter rolls and public records, they identified approximately 278,000 non-citizens who are registered to vote in federal elections.**

the data-matching program Trump cited is known to present an inflated number of suspected non-citizens, in part because naturalized citizens are often flagged wrongly as non-citizens. The agreement that DHS has entered with states that use the program – SAVE (Systematic Alien Verification for Entitlements) – to vet their rolls warns that they must do their own due diligence in reviewing the results, in compliance with the law, before using it for voter purges."

Since Democrat states refuse to share their voter files the real number is actually much higher than that. Yet even this limited analysis found more than a quarter of a million foreigners illegally registered to vote. Put together, **these disclosures reveal an election system so broken and so vulnerable that no one can possibly defend it.** It is not defensible.

Despite his earlier claim to the contrary, *the bottom line of this speech seems to be to undercut Americans' confidence in their election system. But Trump does not ever say that votes were not properly cast or counted.*

Hundreds of millions of US voter files are in the hands of foreign governments. Our machines and ballot counting systems are exposed to hacking and manipulation and corruption. China and other countries have been trying to meddle in our elections. Evidence of fraud has been buried. Hundreds of thousands of non-citizens and dead people are listed and active on the voter rolls.

**And yet we still have elections with no voter ID**, no proof of citizenship, and tens of millions of ballots floating aimlessly through the mail. As one example of the insanity, California's recent election for mayor of LA and governor, was held on June 2nd, long time ago, but it was just completed a few days ago, on July 10th. Think of that, much more than one month.

*Most states do have some form of voter ID requirement. It is illegal for noncitizens to vote and there's little evidence that they do. Each state is different, but each mail-in ballot in every state is attached to a specific voter.*

Took a month to count the votes. I wonder what they were doing. This is worse than any third world country. There's no third world country that has elections like we have.

*Everyone can agree that California can do better to count ballots faster. One issue is that it accepts ballots postmarked by Election Day but received later on. The Supreme Court recently declined to ban that practice.*

**In a rare move, NBC and ABC fake news have both said that they would not cover this speech.** They knew what it was about, because of the fact that they don't like the topic, because they know how corrupt our system is and they don't want to reveal it. They and others in the media are part of a plot.

*Those networks, like CNN, did not carry the speech live given Trump's history of saying false things about elections. But not carrying a speech live is different than not covering it. You're reading this annotation right now.*

They want to continue this fraud for whatever reason. They want to keep it going. They want to protect the radical left. They can't have a great country and that's true; you can't have a great country without free and fair elections. Fraud like this should mean a revocation of their licenses. They use our public multibillion dollar in value airways for absolutely no money.

They pay nothing. All we want is honesty in our elections and honesty in reporting. They pay nothing for multi-billion dollar assets. Great damage has been done to our country. **Our elections were left vulnerable to being rigged and stolen,** and the trust of the American people was lost. This cannot be allowed to continue.

*One thing Trump has not said is that the 2020 election was rigged and stolen from him. He believes it and says routinely that he actually won the 2020 election, but interestingly does not say it here.*

Every American, whether you're a Republican, Democrat, independent or otherwise, should be able to agree that we deserve the most secure, honest, and fair election system anywhere in the world. Secure elections should be a partisan — really, should just, we should be together Democrats, Republicans, independents, everybody, and it should not be a partisan issue.

It should cause to unite us, not to divide us. This should be a cause, we should be united, not divided. In light of the brand new and irrefutable information, I have revealed tonight my

administration is in the process of notifying the states whose election data was compromised by the People's Republic of China and many others.

We will be working closely to mitigate any harm and we're taking swift action to ensure that sensitive voter data is better protected so we can never be bought, **we can never be hacked, and we can never watch a stolen election again.**

*It's quite a leap from bought or hacked voter roll data to stolen election. Nothing released by the White House for this speech suggests a stolen election.*

Tomorrow, the Secretary of Homeland Security will hold a briefing to outline his department's recent work confirming cyber vulnerabilities in our electronic voting systems.

They are bad. We're in the process of informing governors, Senators and members of Congress of potential issues in their states. If you look at voting today, it's in such bad shape in so many states, and we are committing to fix it and we're also committing to be **working with those states and local jurisdictions to help them fix and patch known technical vulnerabilities** before the midterm elections.

*The needed context here is that Trump recently fired members of the Election Assistance Commission, which was created by Congress to help states administer secure elections.*

We have very important elections coming up. We want those elections to be honest. I've also ordered DHS to notify every state about noncitizens on their voter rolls and direct them to remove all ineligible voters from the lists immediately. But most importantly, addressing this crisis of election security demands that **Congress must pass the SAVE America Act**. How easy is that to do, unless you want to cheat.

**The only reason you wouldn't do it is you want to cheat** because your policies are so bad, and your candidates are so pathetic that you can't get away or can't get elected any other way. This landmark bill requires that all voters must show photo voter ID. How simple is that? Could I have your photo, please? Photo voter ID. All voters must provide proof of citizenship.

The House passed this legislation, but it does not have the support of all Republicans in the Senate, which means it has no path to becoming law this year.

One Republican, Sen. Thom Tillis, says the bill is impossible to implement this year and threatened to block the bill if Republicans try to cram it through in this Congress.

"I have been trying to explain for nearly a year that the SAVE Act, whether it's the SAVE Act, the SAVE America Act, the new SAVE legislation that's being proposed in the House, SAVE goes to Hollywood, SAVE goes to Hawaii, whatever the sequels are, all of them are fundamentally flawed and impossible to implement by this election," Tillis recently said on the Senate floor.

Are you a citizen of our country, please? And **hopefully there will be no corrupt mail-in ballots**, which, if you watched California and so many other places, mail-in ballots are inherently corrupt. So, you would have no mail-in ballots except for illness, disability, military deployment, or travel if you're going away on business or vacation.

Many states *allow some form of mail-in voting and some states, including the entire West Coast and Utah, do most of their elections by mail. There's no evidence of widespread fraud in mail balloting.*

These reforms are urgently needed to stop the vulnerabilities that I've mentioned. To all Americans, I ask you to pick up your phone tomorrow, call your Representatives in the House and Senate and demand that they pass the SAVE America Act without delay. Together, we will restore faith and confidence in our country, and we will be bigger, better and stronger than ever before.

Thank you. God bless you. God bless our great military. And God bless America. Thank you very much.

# Exhibit V

Case No. 1:26-cv-03674-JEB

# DHS threatens states with fines, charges over election measures

**reuters.com**/legal/government/us-dhs-chief-asks-four-states-check-voter-rolls-non-citizens-2026-07-17

Doina Chiacu, A.J. Vicens July 17, 2026




By Doina Chiacu and A.J. Vicens
0 seconds of 29 secondsVolume 0%
Mullin says Homeland Security will pursue voting offenses

- Summary

- Homeland Security secretary warns state officials to comply with election measures
- DHS says potential non-citizens are registered to vote across the four states
- Mullin seeks responses within two weeks from California, New Jersey, Nevada and Pennsylvania
- Nevada's secretary of state rejects DHS numbers as speculative and unsupported
- Pennsylvania says voter fraud rare, will evaluate DHS claims

WASHINGTON, July 17 (Reuters) - U.S. Homeland Security Secretary Markwayne Mullin threatened state officials with fines and criminal charges on Friday if they do not comply with election security measures, as President Donald Trump renewed false claims of past election fraud.
At a news conference on Friday following the Republican president's prime-time address on election security, Mullin outlined steps the Department of Homeland Security wanted states to take to ensure people who are not U.S. citizens cannot vote.

Jumpstart your morning with the latest legal news delivered straight to your inbox from The Daily Docket newsletter. Sign up here.

Advertisement · Scroll to continue

The steps include securing voting machines and reviewing voter registration lists to verify citizenship status. If states do not follow the instructions, Mullin said, the federal government will look at who voted in those states and hold election officials accountable.

"If the election officials, once we gave them the information they need to secure their elections, and they chose not to, then those individuals can also be held accountable by fines, by penalties, and even depending on how far it goes, prison time," Mullin said.

On Thursday evening, Trump escalated his effort to make election security a central issue in November's midterm elections, asserting that China interfered in the 2020 presidential campaign despite a U.S. intelligence assessment that found no evidence to support that claim.

Advertisement · Scroll to continue

Republicans are facing the prospect of losing one or both chambers of Congress in November with Trump's approval rating weighed down by the unpopular Iran war and high energy prices.

## CLASH OVER NUMBERS

Mullin said DHS had identified more than 250,000 potential non-citizens illegally registered to vote in just four states. He said he sent a letter asking secretaries of state in California, New Jersey, Nevada and Pennsylvania to review their voter rolls and respond within two weeks.

DHS listed a number of what it said were potential violations in each state, but offered no evidence to corroborate its tallies. Mullin did not detail the criteria DHS used to compile the figures.

Nevada's top election official disputed Mullin's data.

"We can affirm that on its face, we refute these claims," Secretary of State Francisco Aguilar said in an email. "These numbers are wildly speculative at best and the Department of Homeland Security hasn’t shared anything that backs it up."

He said Nevada has repeatedly provided DHS with detailed information on how it maintains its list of eligible voters and the safeguards that are in place to prevent fraud.

Item 1 of 2 Election workers extract mail-in ballots at the registrar of voters' office during the California primary election in San Diego, California, U.S., June 2, 2026. REUTERS/Mike Blake

**[1/2]**Election workers extract mail-in ballots at the registrar of voters' office during the California primary election in San Diego, California, U.S., June 2, 2026. REUTERS/Mike Blake Purchase Licensing Rights, opens new tab

Pennsylvania's secretary of state, Al Schmidt, said the state would review information provided by DHS "to evaluate the validity of these claims" but would not share citizens' private information.

Every person in Pennsylvania must verify their identity before voting, he said, adding: "All evidence has shown that noncitizen voting is extremely rare across the country, including in Pennsylvania."

California did not respond to a request for comment on the DHS letter. New Jersey referred to a joint statement from 24 Democratic governors criticizing Trump's false claims about elections as attempts to intimidate and silence voters.

Courts have blocked Trump administration efforts to obtain state voter rolls, dealing a blow to its effort to boost the federal government's role in elections.

## VOTING MACHINES

Trump has spent years raising doubts about electoral outcomes, falsely asserting that his 2020 loss to Democrat Joe Biden was rigged. He has also advanced other false claims, including that mail-in balloting is rife with fraud, voting machines are untrustworthy and non-citizen voting is widespread.

Numerous courts and vote recounts found no evidence of large-scale fraud in the 2020 election.

During his comments Friday, Mullin said that foreign adversaries "have parts that are vital pieces in our voting machines," and that "they can access what they consider the key to the back of these machines."

He added that the adversaries "can change voter registration and your vote. We know it's possible."

Mullin did not provide evidence for his claims. There have been no known attacks by foreign countries to manipulate U.S. elections directly.

Mullin also said the Cybersecurity and Infrastructure Security Agency will release an "updated election infrastructure plan within 30 days."

CISA did not immediately respond to questions about the updated plan.

Reporting by Doina Chiacu, AJ Vicens in Detroit; editing by Michelle Nichols, Deepa Babington and Cynthia Osterman

Our Standards: The Thomson Reuters Trust Principles., opens new tab

A.J. Vicens
Thomson Reuters

Cybersecurity correspondent covering cybercrime, nation-state threats, hacks, leaks and intelligence

# Exhibit W

Case No. 1:26-cv-03674-JEB

# Conservative voter fraud hunters pitch new computer programs to state officials

nbcnews.com/politics/elections/conservative-voter-fraud-hunters-pitch-new-programs-state-officials-rcna263738

Jane C. Timm March 18, 2026

A previous program designed to clean up voter rolls was criticized by election officials, experts and some of the activists who tried to use it.
Listen to this article with a free profile




A voter casts a ballot during the North Carolina primary election in Gastonia on March 3.Cornell Watson / Bloomberg via Getty Images file

The creators of a controversial program designed to hunt for voter fraud that was promoted by conservative activists are pitching two new programs to state election officials ahead of the midterms.

The first election software from Dr. John W. "Rick" Richards Jr. and his son, John W. Richards III, called EagleAI, promised to help officials and activists root out inaccurate voter registrations in the run-up to the 2024 election. The program was embraced by members of the Election Integrity Network, the group founded by Cleta Mitchell, a former election lawyer

for President Donald Trump. But it was also criticized as inaccurate by election officials and experts, as well as some of the activists who tried it.

Now, the father-son duo is back with two new programs: ELLY and Psephos. They have pitched election officials in Missouri, North Carolina and Rhode Island, according to email correspondence and pitch materials obtained through Freedom of Information requests made by the nonpartisan government watchdog American Oversight and shared with NBC News.

Richards Jr., a medical doctor, also presented ELLY at an "Election Integrity Summit" last month in Washington, D.C., according to attendees who spoke publicly about the closed-media event.

And on Wednesday, Richards III said both programs will be presented to the Georgia State Election Board, Richards III said, where Trump allies have a majority. Richards III and his father declined to speak further with NBC News before the meeting.

According to promotional materials shared with election officials, the ELLY and Psephos programs are similar to EagleAI (pronounced "eagle eye"). All three programs aggregate public records like obituaries, U.S. Postal Service data, property tax information or maps from Google to help users cross-reference the data with voter registrations.

ELLY is being marketed to county officials and headed up by Richards Jr., while Psephos is geared to state-level officials and led by Richards III, according to promotional materials in the emails with state government officials.

In the wake of Trump's false claims that he won the 2020 election, a cottage industry of activist groups and programs has sprung up, organizing physical or digital canvasses to try to check election results and voter rolls.

America's voter rolls are largely built for registration, not removal, and election officials do struggle to keep them up to date. But mass challenges often create huge workloads with little payoff, since many of the challenged voters remain on the rolls and aren't deemed ineligible. What's more, there's no evidence that voter fraud is widespread.

"Election integrity demands reliable tools to safeguard sensitive voter information yet platforms like ELLY and Psephos fall short, relying on outdated data lags, high false positive rates from probabilistic matching, privacy and legal compliance risks, and unvalidated accuracy claims that threaten eligible voters' rights," Chioma Chukwu, the executive director of American Oversight, said in a statement.

ELLY, the county-focused program, will rely entirely on public records, while Psephos plans to incorporate more government and commercial data along with public records, according to

materials Richards III shared with election officials. They could run into the same problems as EagleAI. Publicly available data is less reliable than the personal, protected information government entities have and use for to maintain voter rolls, like Social Security and driver's license numbers.

"Even names and birthday[s] or birth date[s] result in huge numbers of false positives, far more false positives than true positives. And so in order to get quality data, you need to have the sensitive information," said David Becker, who helped a group of states build the Electronic Registration Information Center (ERIC).

ERIC is an interstate partnership that uses sophisticated technology to share encoded data to help states update their voter rolls when people move or die in other states. Becker, who now runs the nonpartisan, nonprofit Center for Election Innovation & Research, which seeks to boost trust in elections, said ERIC didn't use public data because it was clear the rate of false positives would be too high.

ERIC was a little-known tool for helping states make their voter rolls more accurate, before Mitchell and conservative activists began to lobby against it after a conservative website falsely claimed the system was helping Democrats and inflating the voter rolls. A spate of states have since left the partnership.

A promotional document for ELLY said volunteers would be made available to help officials administer the program. The document doesn't indicate who those volunteers will be. In 2023, Richards Jr. spent months training activists from Mitchell's Election Integrity Network.

"ELLY can also make approved data available to a curated group of volunteers who are trained to review voter registrations in the context of federal and state laws," the document read. "This volunteer-supported service is provided as a courtesy, with no cost to counties, making it a cost-effective supplement to existing processes in resource strapped offices."

Before Wednesday's public meeting of the Georgia State Election Board, Richards Jr. and his son have privately pitched officials in other states on the programs.

According to emails and Zoom records obtained by American Oversight, the two met with Missouri Republican Secretary of State Denny Hoskin's chief of staff, Matthew Alsager, last year.

"Our chief heard the presentation, nothing substantial and no further action," Hoskins' director of communications, Rachael Dunn, said in an email.

Richards III discussed Psephos with Kathy Placencia, the state director of elections in Rhode Island, according to an email she wrote, while Richards Jr. pitched a staffer at the North

Carolina State Board of Elections on ELLY, as first reported by NC Newsline.

The election officials in Rhode Island and North Carolina who were pitched didn't respond to requests for comment.

In February, Richards Jr. briefed election activists on ELLY at a Washington, D.C., summit convened by Michael Flynn, a former Trump national security adviser and prominent advocate of election conspiracy theories.

"We had a briefing on a data system that's just phenomenal," Flynn said in an interview with Tommy Robinson, a far-right activist in Britain and a convicted criminal whom the Trump administration hosted at the State Department the following week. "ELLY, it's called."

Patrick Byrne, the former Overstock.com CEO who was a major funder in the effort to overturn the 2020 election, spoke about ELLY in an interview on LindellTV, run by MyPillow CEO Mike Lindell, after the summit. He called it the "alternative to ERIC," adding that "it's available for activists within their own states, and your own states can be using it."

A photo posted online and first reported by ProPublica pictures Richards Jr. dining with Mitchell and two Department of Homeland Security officials — Heather Honey, a political appointee focused on election integrity, and Marci McCarthy, the public affairs director for the Cybersecurity and Infrastructure Security Agency.

It's unclear what was discussed, but it's clear the group's work brought them together.

"Grateful for the friendships forged through years of standing shoulder-to-shoulder, united by purpose and conviction. The mission continues…and so does the fellowship," McCarthy wrote as a caption to the photo, which has been taken offline but was shared with NBC News by the nonprofit Campaign Legal Center.

Kris Jurski, a Florida activist who has promoted election conspiracy theories and built his own voter roll review program called "The People's Audit," is also in the photo.

Jurski said in social media posts that he helped build ELLY and has been promoting it to activist groups and on social media. Last week, he posted a screen recording on Telegram of ELLY, with a user clicking through various state voter rolls.

The video suggests the program had incomplete data: 94% of New Jersey voter registrations and 100% of Washington, D.C., registrations are flagged as "incomplete data or error."

"The most extensive voter roll analysis tool in the country doesn't just build itself," Jurski wrote below the video.

As for EagleAI, it's unclear whether the program is still being used. The only known county or state to sign on to use it, Columbia County, Georgia, ended its contract last March.

Nancy Gay, the executive director of the county's board of elections, said in an interview that her office never actually used the program after it initially struggled to log in.

"We were coming up on a year anniversary, and we hadn't had time to train on it or use it," Gay said.

She said that the contract was "mutually" terminated and that Richards Jr. hadn't been in touch since.

# Exhibit X

Case No. 1:26-cv-03674-JEB

# Georgia election board promotes new voter-roll tool ahead of midterms

AJC ajc.com/politics/2026/07/georgia-election-board-promotes-new-voter-roll-tool-ahead-of-midterms

Caleb Groves July 23, 2026






The creator of a controversial software used by conservative activists to challenge voter registrations they view as suspect is pitching a new program ahead of the 2026 midterm elections.

Rick Richards, a retired doctor from Augustaand creator of the program ELLY, frames it as a neutral, data-driven tool for identifying discrepancies in voter rolls and ineligible registrants. Election officials say the program is prone to errors, but it is being promoted by people who have cast doubts about the 2020 election, including staffers of the Georgia State Election Board.

In an unusual move last month, State Election Board Investigator Larry Duckworth sent the Chatham County Board of Registrars spreadsheets of about 220 voter registrations identified

by ELLY that Duckworth deemed questionable, according to records obtained byThe Atlanta Journal-Constitution.

“PLEASE INVESTIGATE ALL,” he wrote.

Election officials endlessly vet Georgia’s voter rolls. The rolls change frequently as new voters are added. Others move out of the state or are removed after years of inactivity.

But since the 2020 election, it’s become common for right-wing activists to analyze long lists of registrations and challenge voters for removal — an effort fueled by President Donald Trump’s false claims of widespread election fraud.

After the Republican-controlled General Assembly passed a 2021 law allowing citizens to challenge an unlimited number of voter registrations, conservative activists filed challenges by the thousands.

The Brennan Center for Justice, a voting advocacy organization, published a report Tuesday that found Georgia accounted for nearly half the more than 185,000 voter challenges made across the country in 2024. Very few were successful in removing voters, the Brennan Center found, “but they caused extensive problems for voters and election officials.”

Activists have used data from Richards’ earlier software, EagleAI, to file mass challenges. Those challenges have oftenbeen dismissed by county election boards for either not knowing enough about the underlying data or for the data’s inaccuracies.

Richards defends the approach, claiming county election boards didn’t seriously consider the voter challenges. “They just denied it,” he said at a recent State Election Board meeting.

## ‘No politics, just data’



Challenger Steven Bartelski and EagleAI CEO Rick Richards present challenges to the Forsyth election board concerning the eligibility of 800 voters at the Forsyth County Voter Registrar in Cumming, Ga., on June 28, 2024. (Jamie Spaar for the AJC)

Richards billed ELLY as an “upgrade” to voter roll list maintenance, drawing its data from more than 20 sources.

“No politics, just data,” he told the Republican-controlled state board.

Like EagleAI, ELLY uses a combination of publicly available sources, including property tax records, address changes, obituaries and voter roll information, according to Richards. But the data is missing key personal identifiers of voters, like driver’s license numbers, full birth dates and Social Security numbers that would help the software to pinpoint voters.

Voting rights organizations say the program’s inaccuracies could be used to disenfranchise voters. They also note that Richards isn’t a neutral figure and has worked with activists who believe Trump’s 2020 defeat was the result of fraud.

Kristin Nabers, Georgia director of the left-leaning All Voting Is Local, said the tool “appears to be nothing more than a rebrand of EagleAI.”

Cherokee County Elections Director Anne Dover tested ELLY against the official voting history data. It didn't take her long to find problems.

"The voting history data in ELLY is consistently incorrect," she wrote in an email to State Election Board members.

Dover said it flagged her spouseas potentially voting twice in the same election. The program also marked the wife of a county election board member listed as possiblydead. She's alive, Dover said.

"It concerns me there are overzealous people out there that would turn someone in for voting twice when in fact it is just bad data," she wrote in an email to board members.

Doveralso checked a list of 50 voters flagged as living in nonresidential addresses. That also was not true, she said in an email to the board on Wednesday.

Georgia election officials do find errors or outdated registrations among the millions of properly registered voters. There are incorrectly spelled names, typos in addresses, wrong birth years. Some voters are registered with P.O. boxes, which isn't allowed. To activists, this is evidence that people could commit fraud and influence the outcome of an election.

Richards acknowledged the false positives flagged by the tool but said determination of what to do with such information lies in the hands of election officials.

"ELLY surfaces discrepancies; it does not look for fraud, allege fraud, or claim to prove it," he wrote to the AJC.

Over the course of several months, Richards and his son, John Richards III, have pitched ELLY and another programto election officials in Missouri, North Carolina and Rhode Island, according to email records and pitch materials obtained by left-leaning government watchdogAmerican Oversight and first reported by NBC News.




Dr. Rick Richards, eighth from right, was among the conservative activists and officials who attended the summit. Marci McCarthy, second from the right, posted about the event on LinkedIn. McCarthy later took down the post. (Screenshot)

The two also made a stop in Washington in February to present their software at a summit attended by federal officials and pro-Trump activists. And although Richards claims his efforts are not partisan, he has participated in Zoom calls hosted by Cleta Mitchell, an attorney who supported efforts to overturn Trump's 2020 loss.

Holly Kesler, a conservative activist in Georgia, hailed Richards' presentation as "one of the best" at the Washington summit, according to an audio recording of a Zoom call obtained by the AJC. In an interview on LindellTV after the summit, former Overstock.com CEO Patrick Byrne, who bankrolled efforts to overturn the 2020 election, called ELLY an alternative to a multistate voter accuracy organization Georgia is a member of.

"It's available for activists within their own states, and your own states can be using it," he said. Trump's former national security adviser Michael Flynn said ELLY "is just phenomenal."



Georgia State Election Board members, from left, Sara Tindall Ghazal, Salleigh Grubbs, James Mills (Executive Director), John Fervier (Chairman), Janice Johnston (Vice Chairman), and Janelle King discuss on agendas during the State Election Board's monthly meeting at the Historic Barrow County Courthouse, Wednesday, Jan. 21, 2026, in Winder. This is the first meeting with the board's newest member — Salleigh Grubbs, the first vice-chair of the Georgia Republican Party. (Hyosub Shin/AJC)

Blake Evans, elections director in the secretary of state's office, said it's the job of election officials to maintain clean voter rolls using "good data" and protect "eligible Georgia voters that are living at valid addresses."

Voter fraud is rare in Georgia, and allegations of ballot-stuffing, dead voters and underage voters have been dismissed by state investigations.

Georgia already has processes for removing ineligible voters. County election officials regularly reviewthe voter rolls, and the state performs mass cancellations on odd years. Georgia purged nearly 471,000 voter registrations last year — one of the largest mass cancellations of inactive voters in U.S. history.

But the push for ELLY continues.

State Election Board Investigator Jason Frazier, an election skeptic and prolific voter challenger in Fulton County quietly hired by the board in May, presented ELLY after a county election board meetingin Chatham County last week, a county attorney told the AJC. State Election Board Executive Director James Mills and Frazier also promoted the program last week at a regional meeting of county election officials, according to Wayne County Election Supervisor Robby Smart.

Whether ELLY will catch on remains to be seen. The only known test of a county using EagleAI, ELLY's predecessor, went nowhere.

Records show Columbia County, where Richards lives, entered a one-year, $2,000 contract with EagleAI in July 2024. Elections Board Executive Director Nancy Gay said the county never used it and terminated the contract.

Caleb Groves is a political reporter for The Atlanta Journal-Constitution. He writes about voting issues, democracy and state government. He is a Kennesaw State University graduate.

# Exhibit Y

Case No. 1:26-cv-03674-JEB

X

Home
Explore
Notifications
Follow
Chat
Calls
Grok
History
Premium
Profile

**Post**

**Brendan Fischer**
@brendan_fischer

ELLY--the unreliable voter purge software formerly known as Eagle AI--"has already been given to the Department of Homeland Security and DOJ, and they are using the tool themselves to do their criminal investigations."




10:34 AM · Oct 20, 2026 · **673** Views

1 7 6 2

Search

**Relevant people**

**Brendan Fischer**
@brendan_fischer
Follow
Director, Strategic Investigations @CampaignLegal

**What's happening**

Sports · Trending
**Texas Tech**
Trending with Cincinnati

Politics · Trending
**Michigan**
Trending with #lufb

Trending in United States
**Jason Beck**
Trending with #GoBlue, Quenda

Trending in United States
**Malachi Toney**

Show more

# Exhibit Z

Case No. 1:26-cv-03674-JEB

**U.S. Department of Justice**

950 Pennsylvania Ave, NW
(202) 514-2000
Washington, DC 20530

October 13, 2026

Shirley N. Weber, Ph.D.
California Secretary of State
1500 11th Street
Sacramento, CA 95814

Via legalsupport@sos.ca.gov

Re: Noncitizen Voting in the 2026 Federal Election

Dear Secretary Weber:

As you are aware, federal law prohibits noncitizens from voting in federal elections. *See* 18 U.S.C. § 611. The Supreme Court has also recognized that States "may not induce, encourage or promote private persons to accomplish what it is constitutionally forbidden to accomplish." *Norwood v. Harrison*, 413 U.S. 455, 465 (1973) (citation omitted). I write to seek your help to protect the integrity of the ongoing federal election.

On July 16, Secretary Mullin made you aware that there are likely numerous noncitizens registered to vote in the federal election in California. He then asked for your cooperation to ensure the accuracy of those findings and to prevent noncitizen votes from diluting citizen votes. Your response the following week did not refute that noncitizens are registered to vote in California. Nor did it contest that noncitizens receive ballots through California's vote-by-mail regime, which automatically sends voting materials to "every registered voter." 2021 Cal. Stat. ch. 312 (codified at Cal. Elec. Code § 3000.5). Instead, you asked for more information. I am now providing you additional details.

Earlier today, we provided the Los Angeles County Registrar-Recorder / County Clerk with a password-protected thumb drive with a list of names of people the Federal Government believes are likely noncitizens who were sent a vote-by-mail ballot to participate in the November 2026 federal election. We can also provide you a digital copy of the list if you send us a secure email address.

We request that you review the list within 48 hours to determine whether any citizens are listed. For individuals whom you cannot independently confirm citizenship status, we request that you immediately instruct the appropriate elections official to segregate—not cancel—those individuals' vote-by-mail ballots until their citizenship status can be determined. If individuals on the list have not yet been sent a

vote-by-mail ballot, take all immediate and reasonable steps to not provide a ballot to those individuals until we confirm their citizenship status. If a ballot for any individual on the list has been returned, instruct the appropriate elections official to not verify the signature and/or tabulate the ballot until citizenship can be determined. This process will protect American citizens' votes while preventing noncitizens from participating in the federal election in violation of federal law.

The United States hopes that you share our commitment to ensure that only American citizens participate in our federal elections. Allowing noncitizens to vote cancels citizen votes. States are responsible for voter registration, and the Federal Government is responsible for maintaining immigration records to enable verification of citizenship. Working together, we can more effectively protect against voter dilution and promote election integrity.

Please ensure that the process described above to prevent noncitizens from voting in the federal election is implemented by contacting election@hq.dhs.gov by October 15 at noon EST. If you cannot implement this process by then, given the ongoing federal election, the United States will have no choice but to seek emergency relief.

We look forward to our collaboration as we work together to ensure free, fair and accurate elections.

Sincerely,

R. Trent McCotter
Acting Deputy Attorney General
United States Department of Justice

cc:

Bilal A. Essayli
First Assistant U.S. Attorney
Central District of California

# Exhibit AA

Case No. 1:26-cv-03674-JEB

# DOJ gives California 48 hours to check voters or face lawsuit

axios.com/2026/10/14/doj-california-noncitizen-voters-mail-ballots

Brittany Gibson, Avery Lotz October 15, 2026

Updated Oct 15, 2026 - Politics & Policy




Early voting at a a ballot box outside of the LA County Registrar-Recorder building on Monday, June 1, 2026 in Norwalk, CA. Ronaldo Bolaños / Los Angeles Times via Getty Images

The Trump administration is threatening emergency court action unless California officials investigate potential ineligible voters within 48 hours and set aside ballots from anyone whose citizenship they cannot verify, according to two letters sent to state officials from the Justice Department.

**Why it matters:** With voting already underway, President Trump's DOJ could delay ballots from eligible Californians mistakenly flagged as noncitizens and set up a court fight just three weeks before Election Day.

**Driving the news:** Acting Deputy Attorney General R. Trent McCotter sent a letter Tuesday to Los Angeles County Registrar-Recorder/County Clerk Dean Logan along with a thumb drive

of "likely noncitizens who were sent a vote-by-mail ballot," according to a copy of the letter shared with Axios.

- McCotter asks local officials to investigate their citizenship status by noon October 15. The letter did not say how many people are on the list.
- For anyone whose status can't be confirmed, DOJ asks the officials to "segregate—not cancel" those ballots and suspend signature verification or countingof any ballots already returned.

- DOJ also asks officials to withhold ballots from people on the list unless their citizenship has been confirmed.
- California Secretary of State Shirley Weber received a similar letter.

**Friction point:** McCotter closed his letter with a threat: "If you cannot implement this process by then, given the ongoing federal election, the United States will have no choice but to seek emergency relief."

**What they're saying:** "This should not be controversial, as the criminal statute is clear: only American citizens may vote in federal elections. It is a federal crime for noncitizens to vote in U.S. elections, and the DOJ is asking California to ensure that is not occurring," a DOJ spokesperson said in a statement.

- California Secretary of State Shirley Weber said in a statement that the DOJ's "relentless efforts to unlawfully gain access to states' protected voter data and purge voter rolls serve only to cause chaos and fuel public distrust in our elections."
- She added that "California has robust state law requirements that only U.S. citizens can register to vote and that any non-eligible registrants are removed from the State's voter rolls."
- The Los Angeles County office did not respond to request for comment.

**The other side:** "One must question why the Justice Department would violate its own rules about investigating elections so close to Election Day, particularly when their past claims have been full of errors," said David Becker, executive director of the nonpartisan Center for Election Innovation & Research, in a statement.

> Becker added that the administration could have investigated California's voter rolls long before mail-in ballots began going out Oct. 5.

**The big picture:** The demand escalates the administration's push to uncover suspected noncitizen voters.

- In July, Homeland Security Secretary Markwayne Mullin alleged more than 190,000 voters were erroneously registered in California, a claim state officials disputed.
- ICE investigators, FBI agents and DOJ prosecutors have dedicated significant resources to ramp up the number of cases and charges against illegal voting, with about 1,600 on-going cases as of mid-September.

**Yes, but:** The administration's sweeping claims of mass illegal registrations and noncitizen voting have quickly deflated after inspection.

- After alleging 16,000 illegal registrations in Nevada, a review from state election officials saw that number dwindle to potentially 185, according to the New York Times.
- In Pennsylvania, DHS officials conceded it had varying degrees of confidence in the flags it made on about 14,000 voters, according to Votebeat.
- DHS also claimed that New Jersey had 35,000 noncitizen voters. Gov. Mike Sherril (D-NJ) did admit to mistake registrations from a software error, but the number was a fraction of DHS' claim: about 6,600.

**Flashback:** There have been software errors leading to registrations problems before, particularly for people using DMV services like getting a driver's license.

But election experts note actual voting by noncitizens remains rare.

*Editor's note: This story has been updated with the California secretary of state's statement.*

**What to read next**

# Exhibit AB

Case No. 1:26-cv-03674-JEB

**U.S. Department of Justice**

950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 514-2000

October 13, 2026

Dean C. Logan
Los Angeles County Registrar-Recorder / County Clerk
12400 Imperial Highway
Norwalk, CA 90650

Via hand delivery

Re: Noncitizen Voting in the 2026 Federal Election

Dear Mr. Logan:

As you're aware, federal law prohibits noncitizens from voting in federal elections. *See* 18 U.S.C. § 611. The Supreme Court has also recognized that States "may not induce, encourage or promote private persons to accomplish what it is constitutionally forbidden to accomplish." *Norwood v. Harrison*, 413 U.S. 455, 465 (1973) (citation omitted). I write to seek your help to protect the integrity of the ongoing federal election.

On July 16, Secretary Mullin made the California Secretary of State aware that there are likely numerous noncitizens registered to vote in the federal election in California. He then asked for her cooperation to ensure the accuracy of these findings and to prevent noncitizen votes from diluting citizen votes. The Secretary's response the following week did not refute that noncitizens are registered to vote in California. Nor did it contest that noncitizens receive ballots through California's vote-by-mail regime, which automatically sends voting materials to "every registered voter." 2021 Cal. Stat. ch. 312 (codified at Cal. Elec. Code § 3000.5). Instead, the Secretary of State asked for more information. I am now providing you, along with the Secretary of State, additional details.

Accompanying this letter is a password-protected thumb drive with a list of names of people the Federal Government believes are likely noncitizens who were sent a vote-by-mail ballot from California to participate in the November 2026 federal election.

We request that you review the list within 48 hours to determine whether any citizens are listed. For individuals whom you cannot independently confirm citizenship status, we request that you immediately instruct the appropriate elections official to segregate—not cancel—those individuals' vote-by-mail ballots until their citizenship status can be determined. If individuals on the list have not yet been sent

2026 OCT 13 PM 2:55

a vote-by-mail ballot, take all immediate and reasonable steps to not provide a ballot to those individuals until we confirm their citizenship status. If a ballot for any individual on the list has been returned, instruct the appropriate elections official to not verify the signature and/or tabulate the ballot until citizenship can be determined. This process will protect American citizens' votes while preventing noncitizens from participating in the federal election in violation of federal law.

The United States hopes that you share our commitment to ensure that only American citizens participate in our federal elections. Allowing noncitizens to vote cancels citizen votes. States are responsible for voter registration, and the Federal Government is responsible for maintaining immigration records to enable verification of citizenship. Working together, we can more effectively protect against voter dilution and promote election integrity.

Please ensure that the process described above to prevent noncitizens from voting in the federal election is implemented by contacting election@hq.dhs.gov by October 15 at noon EST. If you cannot implement this process by then, given the ongoing federal election, the United States will have no choice but to seek emergency relief.

We look forward to our collaboration as we work together to ensure free, fair and accurate elections.

Sincerely,

R. Trent McCotter
Acting Deputy Attorney General
United States Department of Justice

cc:

Bilal A. Essayli
First Assistant U.S. Attorney
Central District of California

PASSWORD:

[redacted]

# Exhibit AC

Case No. 1:26-cv-03674-JEB

Shirley N. Weber, Ph.D.
California Secretary of State
1500 11th Street | Sacramento, CA 95814 | Tel 916.653.7244 | Fax 916.653.4620 | www.sos.ca.gov

R. Trent McCotter
Acting Deputy Attorney General
United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
Trent.McCotter@usdoj.gov

Via electronic mail

Re: October 13, 2026 Letter

Dear Mr. McCotter:

I am in receipt of your letter dated October 13, 2026, in which you allege that an unspecified number of individuals that "the Federal Government believes are likely noncitizens" were mailed a ballot for the November 2026 General Election. As California's chief elections official, I write to set the record straight.

On July 16, 2026, my office received a letter from DHS Secretary Markwayne Mullin alleging that over 190,000 registered voters in California "may be" non-citizens, with no further detail. I responded on July 23 expressing serious doubts about the accuracy of the claim and requested information about the underlying data and methodology so my office could attempt to verify DHS's vague and unsubstantiated allegations. I also reminded Secretary Mullin that federal law prohibits systematically cancelling voter registrations for the General Election beginning August 5, 2026. *See* 52 U.S.C. § 20507(c)(2)(A). In response, DHS officials refused to provide any information in writing and requested a call. When my office asked for the information in writing to ensure an accurate record, DHS officials insisted on a meeting and declined to address our concerns on paper. To date, DHS still has not provided any information about the underlying data or methodology requested by my office.

Your October 13 letter repeats Secretary Mullin's vague allegation that non-citizens may be registered to vote in California. You then insist my office "immediately instruct the appropriate elections official to segregate" mail ballots and "not [to] verify the signature or tabulate the ballot" of any of these individuals. And you threaten to seek "emergency relief" if we do not "implement this process" by "October 15 at noon EST."

As you fully acknowledge, ballots have already been delivered to voters and voting is well underway. Despite this, and with less than three weeks before the election, you are demanding unprecedented measures that threaten thousands of Californians' right to vote, based on unverifiable information or methodology that you still fail to explain or provide. Your letter states that you presented the Los Angeles County Registrar-Recorder/County Clerk with a list of individuals that the federal government "believes" are "likely" non-citizens. I am informed that

the list contains the names of approximately 20,000 individuals statewide (a fraction of Secretary Mullin's initial allegation) and lacks both the detail and function to be of any investigative use. Nowhere has the federal government clarified the basis for suspecting—not even confirming with any level of certainty—the listed individuals are non-citizens. And as one court recently noted, the federal government's citizenship records are "known to be unreliable." *Common Cause, et al. v. Department of Justice, et al.*, No. 1:26-cv-01352, 2026 WL 3033772, at *8 (D.D.C. Oct. 9, 2026). To give just one example, in a similar incident in the State of Nevada, DHS initially alleged that Nevada's voter roll included nearly 16,000 potential non-citizens. However, after working with the State of Nevada, DHS officials failed to establish that a single non-citizen was on the voter rolls.[1]

More remarkable still, despite failing to send the list of alleged non-citizens to my office, you demand that we request transmittal of the list, review and confirm the citizenship status of each of the approximately 20,000 individuals on the list on the eve of an election and within a mere 48 hours. This is an emergency of the DOJ's creation.

California's election administration will continue to be governed by applicable federal and state law, not by unsubstantiated claims and outrageous demands.

California administers its elections in full compliance with federal election law. For instance, in accordance with the National Voter Registration Act of 1993 (NVRA), 52 U.S.C. § 20501 *et seq.*, and Help America Vote Act of 2002 (HAVA), 52 U.S.C. § 20901 *et seq.*, California requires all voter registration applicants to attest to U.S. citizenship under oath, under penalty of perjury and by signature, Cal. Elec. Code §§ 2101, 2102(c), 2111, 2150(a)(1), 2264(a)(3), (b), and maintains robust voter list maintenance processes. *See, e.g.*, Cal Elec. Code § 2200 *et seq.*; Cal. Code Regs. tit. 2, §§ 19060–62, 19079, 19080–81, 20070, 20075, 20076. California law further provides that a person "shall not be registered" unless they are "a United States citizen." Cal. Elec. Code §§ 2100, 2101. These requirements satisfy every federal standard for establishing voters' citizenship and managing voter rolls. *See, e.g.*, 52 U.S.C. §§ 20505(a), 20507, 20508(b)(2), 21083(b)(4). They represent just a few of California's many robust safeguards for ensuring that only citizens register to vote and that any non-eligible registrants are removed from the State's voter rolls.

The extraordinary measures you demand are contrary to both federal and state law. Most critically, they strike at affected voters' "constitutionally protected right to vote . . . and to have their vote counted." *Reynolds v. Sims*, 377 U.S. 533, 537 (1964). Withholding ballots from some duly registered voters and segregating and refusing to tabulate voted ballots submitted by others, is an unprecedented suspension—and even denial—of voting rights. For the same reason, these measures threaten to violate the Voting Rights Act of 1965. *See* 52 U.S.C. § 10307(a) (officials shall not refuse to allow qualified voters to vote or willfully refuse to tabulate and report their votes). Treating the thousands of voters on DOJ's list as ineligible until proven otherwise also violates federal law prohibiting states from "systematically remov[ing] the names of ineligible voters from the official list of eligible voters" in the 90-day quiet period before a federal election. *Id.* § 20507(c)(2).

---

[1] Nick Corasaniti, *From 16,000 to 185 to Zero: Trump's Claims of Illegal Voting in Nevada Fizzle*, N.Y. Times (Sept. 24, 2026), https://www.nytimes.com/2026/09/24/us/politics/nevada-voters-homeland-security-trump.html.

The measures you demand also violate state law. In California, "[n]o right is more precious" than voting. *Canaan v. Abdelnour*, 40 Cal.3d 703, 714 (Cal. 1985). California's Constitution provides that eligible voters are entitled to vote and "have that vote counted." Cal. Const. art. II, § 2. Elsewhere, state law affirms that Californians "have the right to cast a ballot if you are a valid registered voter." Cal. Elec. Code, § 2300(a)(1)(A); *see also id.* § 2000(a). To facilitate the right to vote, a mail ballot "shall be available to any registered voter," *id.* § 3003, and local elections officials must mail those ballots to registered voters, *id.* § 3000.5(a). Once returned in accordance with state law, mail ballots must be tabulated like any other ballot. *See id.* § 15109. These obligations cannot be reconciled with your demand that elections officials arbitrarily deny registered voters mail ballots and refrain from tabulating ballots already issued.

Finally, I am concerned that your letter violates an order entered by the U.S. District Court for the District of Columbia on October 9, 2026, in *Common Cause, et al. v. U.S. Department of Justice, et al.*, Case No. 1:26-cv-01352-SLS. In that order, the court vacated the DOJ's policy of, among other things, comparing state voter roll information "against a federal database to identify purportedly ineligible voters," in collaboration with DHS, "and demanding that states remove voters from their rolls based on the results of those comparisons." It appears that your letter may utilize a policy that a federal court has already deemed unlawful.

California's elections officials work every day to ensure that only eligible voters are registered, to maintain accurate voter rolls, and to guarantee that no eligible voter is denied the opportunity to vote. If the federal government possesses proof that certain registered voters in California are ineligible, we will welcome the opportunity to review that evidence and any supporting data or methodology. In that event, once we have had an opportunity to review that information, we would take the appropriate steps in compliance with federal and state law. However, I will not disenfranchise thousands of Californians—or order any county elections official to do so—based solely upon an unsupported and likely inaccurate "belie[f]" that certain voters are "likely" non-citizens.

Sincerely,

Shirley N. Weber, Ph.D.
California Secretary of State

# Exhibit AD

Case No. 1:26-cv-03674-JEB

# California Secretary of State Shirley N. Weber, Ph.D., Shares Response to U.S. Department of Justice Demands

sos.ca.gov/administration/news-releases-and-advisories/2026-news-releases-and-advisories/california-secretary-state-shirley-n-weber-phd-shares-response-us-department-justice-demands

**PRESS RELEASE**

PR26-128 **FOR IMMEDIATE RELEASE** October 15, 2026 Contact: sospress@sos.ca.gov

**Sacramento, Calif.** – Today, California Secretary of State Shirley N. Weber, Ph.D., shared a letter provided to the U.S. Department of Justice (USDOJ) in response to their demand to review a list of an unknown number of individuals the "Federal Government believes are likely noncitizens".

Click here to view the Secretary of State's response to the USDOJ.

###




Click here for key dates and deadlines for the November 3, 2026, General Election.

Click here for the full November 3, 2026, General Election Calendar.

# Exhibit AE

Case No. 1:26-cv-03674-JEB

Post

Log in Sign up

**F.A. United States Attorney Bill Essayli**
@USAttyEssayli

California on Notice: Federal agencies identified over 20,000 suspected noncitizens registered to vote in California who have already been mailed ballots. Under 18 U.S.C. §§ 611 and 2, officials who knowingly tabulate unlawful ballots risk aiding and abetting a federal offense. @TheJusticeDept urges the County and the Secretary of State to temporarily segregate the flagged ballots pending citizenship verification or face legal consequences.



U.S. Department of Justice

950 Pennsylvania Ave, NW
Washington, DC 20530

(202) 514-2000

October 16, 2026

Peter M. Bollinger
Assistant County Counsel
Los Angeles County Counsel's Office

Re: Response to October 15, 2026 Letter

Mr. Bollinger:

The Department of Justice has reviewed your October 15 letter responding to the federal investigative materials provided to the Los Angeles County Registrar-Recorder/County Clerk ("County ROV"). I write to address several legally untenable assertions and to make unmistakably clear the legal implications for violating 18 U.S.C. § 611.

Your letter asserts that the County ROV is "legally prohibited" from taking even minimal steps—such as temporarily segregating ballots—after receiving credible federal evidence identifying tens of thousands of individuals suspected to be noncitizens. That position is incorrect as a matter of federal law and places officials in both the California Secretary of State ("SOS") and County ROV offices at risk of knowingly facilitating violations of federal criminal statutes.

On October 13, the Department hand delivered a password-protected dataset identifying more than 20,000 individuals who federal agencies reasonably believe are likely noncitizens registered to vote in California. This list was developed through a multilayered, multiagency investigative methodology that relied upon internal immigration records, data matching, supervisory verification procedures, and more.

The legal consequences for either facilitating or ignoring a federal crime are significant. Noncitizen voting in a federal election is a federal crime—and knowingly facilitating such conduct is equally unlawful. Under 18 U.S.C. § 611(a), noncitizens are prohibited from voting in any election involving federal offices. Under 18 U.S.C. § 2, anyone who aids, abets, counsels, induces, or procures the commission of a federal offense is equally liable. If persons knowingly tabulate ballots cast by individuals identified by federal agencies as noncitizens, they risk becoming aiders and abettors to a federal crime. Your assertion that ballots must be counted simply because California's registration system relies on self-attestation does not relieve election officials of their obligations under federal law ***when they are on actual notice of noncitizen voting.*** Nor can state procedures supersede federal criminal statutes.



Your argument that the County is "not authorized" to pause or segregate ballots because California relies on attestation-based registration is immaterial. Section 611 does not excuse unlawful voting simply because a State employs a permissive registration method. The Department has not asked the County to adjudicate immigration status; it has asked the County to temporarily set aside ballots from individuals whose eligibility is credibly in question—a standard election-administration practice implemented nationwide.

Likewise, your reliance on the National Voter Registration Act's ("NVRA's") "quiet period" is misplaced. The NV 's 90-day limitation applies only to systematic list-maintenance programs—not to targeted, individualized evidence of unlawful voting identified by federal law enforcement. The Department has not requested a purge, cancellation of registrations, or any programmatic action. We requested only temporary ballot segregation pending citizenship verification. Invoking the NVRA to justify counting ballots unlawfully cast is both legally incorrect and operationally irresponsible.

Additionally, the administrative burdens, timing constraints, or the fact that the investigative list includes individuals residing outside Los Angeles County do not permit the County to knowingly tabulate ballots that federal law prohibits. Once the United States provides credible evidence that certain ballots may be unlawful to count, election officials may not disregard that information because it is inconvenient to process. Administrative difficulty is not a defense to violating federal law or aiding or abetting a federal offense.

The Department strongly urges the County and the SOS to reconsider their positions before taking actions that risk significant federal scrutiny and legal exposure.

Sincerely,

/s/
Trent McCotter
Acting Deputy Attorney General
United States Department of Justice

cc: Shirley N. Weber, Ph.D, California Secretary of State
Dean C. Logan, Los Angeles County Registrar-Recorder/County Clerk

7:18 PM · Oct 16, 2026 · **50.7K** Views

208 797 2.8K 93

**Brad** @BradTakesOn · Oct 16
It's time to start arresting (

6 6

**DaveOV1Onew** @Dave(
As a legitimate California r
fraudulently negated by th
with ineligible votes, or thc
investigating this with seri

**See all the replies**

Continue to X

4 10 55 754

**Mark Tyndale** @mark_tyndale · Oct 16

They're cheating right in front of us...

1 35 616

**See all the replies**

Continue to X

# Exhibit AF

Case No. 1:26-cv-03674-JEB

# Trump threatens California officials with imprisonment over stance on mail ballots

**reuters.com**/world/us/trump-threatens-california-officials-with-imprisonment-over-stance-mail-ballots-2026-10-17

Jasper Ward

October 17, 2026




A voter drops off their election ballots at a drive-through ballot drop box outside the registrar of voters' office during the California primary election in San Diego, California, U.S., June 2, 2026. REUTERS/Mike Blake Purchase Licensing Rights, opens new tab

- Summary

- Warnings come less than three weeks before US midterm elections
- Justice Department suing to block state from counting ballots from alleged noncitizens
- Voting by noncitizens remains uncommon, according to studies

WASHINGTON, Oct 16 (Reuters) - (This Oct 16 story has been repeated with no changes to the text.) The US Justice Department on Friday warned Los Angeles County and California election officials they could be liable as abettors of a federal crime if they count mail ballots returned by more than 20,000

people the Trump administration says are probably noncitizens.

The Misinformation Monitor newsletter rounds up international misinformation narratives, with a "Real or Fake?" quiz in every edition. Sign up here.

The warning to the Los Angeles County Assistant Counsel Peter Bollinger came less than three weeks before the November 3 midterm elections and days after the department gave California 48 hours to review a list of alleged noncitizen voters or face legal action. On Thursday, the Justice Department sued California to block the state from counting the ballots.

Advertisement · Scroll to continue

"Noncitizen voting in a federal election is a federal crime — and knowingly facilitating such conduct is equally unlawful," Trent McCotter, the acting US deputy attorney general, wrote in a letter released on Friday. McCotter called on the county and California's secretary of state to reconsider their refusal to take steps that the Trump administration argues are needed to deter voter fraud.

US President Donald Trump shared the letter on Truth Social with the comment: "They will all go to jail for a long period of time!!!"

California Secretary of State Shirley Weber and Los Angeles County Registrar-Recorder Dean Logan were copied on McCotter's letter.

Advertisement · Scroll to continue

The county's counsel office did not immediately respond to a request for comment.

Weber's office referred Reuters to an earlier statement in which she said the Justice Department's attempts to "unlawfully gain access to states' protected voter data and purge voter rolls serve only to cause chaos and fuel public distrust in our elections."

An earlier letter that McCotter sent on Tuesday to Weber and Logan said the Justice Department provided officials in Los Angeles County with a "password-protected thumb drive" with the names of people the federal government "believes are likely noncitizens" that were sent mail-in ballots from California.

Los Angeles County Counsel Dawyn R. Harrison said on Thursday the county cannot comply with the Justice Department's requests because the Trump administration did not explain how the list was made.

Friday's letter from McCotter said the Justice Department used "internal immigration records" and data matching.

In July, Trump said his administration had uncovered evidence of more than 275,000 non-citizens registered to vote, but it was not clear how many had actually voted.

In some previous cases, systems intended to verify citizenship have mistakenly flagged some naturalized US citizens as noncitizens. Studies have found that noncitizens casting actual ballots is exceedingly uncommon.

Since July, the Justice Department has ramped up prosecutions of people accused of illegally voting while not holding US citizenship. The White House has also pushed federal agencies to accelerate their review of at least 47 state voter rolls obtained by the Department of Homeland Security, according to an internal email seen by Reuters.

Reporting by Jasper Ward in Washington; Editing by Sergio Non and Tom Hogue

Our Standards: [The Thomson Reuters Trust Principles., opens new tab]

Jasper Ward is a breaking news reporter in Washington. She primarily covers national affairs and U.S. politics. Jasper was previously based in The Bahamas where she covered the collapse of FTX and the subsequent arrest of its founder Sam Bankman-Fried. She was a part of the Reuters team that won the Gerald Loeb Award for breaking news for its FTX coverage.

# Exhibit AG

Case No. 1:26-cv-03674-JEB

# Justice Dept. Demands That California Counties Help Identify Noncitizen Voters

nytimes.com/2026/10/23/us/justice-dept-california-noncitizen-voters.html

Laurel Rosenhall, Shawn Hubler October 24, 2026




A ballot processing center in Industry, Calif., last year. California elections rely heavily on mail voting.Credit...Philip Cheung for The New York Times

The Department of Justice sent letters on Friday to local election officials across California demanding that they help identify potential noncitizens on their voter rolls and set aside their ballots.

The letter — sent to every county in the state, according to a spokesman for the U.S. attorney's office in Los Angeles — also said local officials would "risk significant federal scrutiny" if they failed to comply with the Justice Department's demands.

Dispatched a week and a half before the midterm elections, the threat arrived as the Trump administration has begun a blitz of initiatives aimed at unearthing evidence of noncitizen voting or stalling election processes in states where it has dubiously claimed that large numbers of noncitizens were registered to vote or were regularly voting.

Last week, the Trump administration sued California, a heavily Democratic state, seeking to temporarily pre-empt the counting of more than 20,000 mail ballots sent to people it said were suspected of registering to vote for the Nov. 3 election, even though they were not U.S. citizens. A federal judge has scheduled a hearing next week on the lawsuit, but the Justice Department on Friday filed papers urging an appeals court to decide the issue this weekend.

California elections rely heavily on mail voting, which President Trump claims is rife with fraud, even though evidence shows only a handful of one-off cases. The Justice Department claims that California's practice of sending a ballot to every registered voter could result in voting by noncitizens who are on the voter rolls even though only American citizens can vote in federal elections.

On Friday, Kiersten Pels, a spokeswoman for the Justice Department, said the agency's request to the local officials is a way to "ensure the most secure election in California history."

In a news conference in Los Angeles on Monday, federal prosecutors framed the Trump administration's extraordinary move as a responsible effort to safeguard the election.

"We don't care who you vote for," said Craig Missakian, the U.S. attorney for California's Northern District. "What we care about is making sure that every legitimate vote is counted, that we ensure a level playing field for all Americans."

California officials, however, have denounced the effort as politically motivated and legally questionable. Critics and judges have said that the Trump administration has generated its lists of names from error-filled data, endangering the rights of eligible voters.

On Monday, federal prosecutors announced that they had charged 28 of the state's more than 23 million registered voters with allegedly casting ballots illegally in elections. In a separate federal case, a judge in Oakland on Wednesday blocked the Homeland Security Department from carrying out most field operations focused on uncovering voter fraud in nine states, citing issues with the government's methodology for determining who was eligible to vote.

Get updates when new midterm election polls are added to our poll trackers.  When new polling data drops we'll send an update straight to your inbox.
Get it sent to your inbox.

The letter served on Friday in California says it included a list of people who the Justice Department believes are illegally registered to vote. It describes them as a subset of the 20,000 people throughout California whom the agency identified last week as possible noncitizens who may have received ballots.

The local officials have 48 hours to work with the federal government “to identify who on the accompanying list is a citizen and who is not,” the letter said.

For those whose “citizenship status cannot be confirmed, we request that you immediately instruct the appropriate elections official to segregate — not cancel — those individuals vote-by-mail ballots until their citizenship status can be determined,” the letter said.

Contra Costa County, east of San Francisco, received a letter with an accompanying list of 407 names. But the county will continue to process ballots as normal and has no plans to set any aside, said Dawn Kruger, a spokeswoman for the county’s elections department.

“It’s 11 days from Election Day, and this is just not in line with regular precedents,” she said.

The head of elections in Santa Cruz County said that she received a list with 81 names and that she was still reviewing the information. A letter to San Bernardino County said its list included 1,133 names.

In rural Inyo County, along the Nevada border, the registrar of voters said the list she was sent included just two people, and neither of them had been issued ballots. Danielle Sexton, the registrar, said her records showed they had never voted anywhere in California.

And in Mendocino County, a rugged stretch on the north coast, the registrar said the list she received was completely wrong.

“It’s not our voters that were listed,” said Katrina Bartolomie, the Mendocino clerk-recorder. “It’s from another county.”

In an email sent on Friday to members of the California Association of Clerks and Election Officials, the Los Angeles County registrar, Dean Logan, called the Justice Department dispatch a “posture of intimidation.”

The letter, he wrote, “misrepresents the facts of their own actions, attempts to tarnish the secretary of state and Los Angeles County, and threatens local election officials” days before the election.

But Bill Essayli, the top federal prosecutor in Southern California, said the federal government will enforce the law to ensure that only American citizens vote.

“The letters speak for themselves,” he said in a statement. “Any election official who knowingly processes the ballot of a noncitizen is opening themselves to legal jeopardy.”

Devlin Barrett contributed reporting.

# Exhibit AH

Case No. 1:26-cv-03674-JEB

EXCLUSIVE

FOR SUBSCRIBERS

JUSTICE DEPARTMENT

# DOJ weighs election litigation against more states

The Justice Department sued California to compel it to review 18,000 registered voters amid President Donald Trump's unfounded claims of voter fraud.

Listen to this article

00:00 04:57 1x



A poll worker assists a voter during early voting at San Francisco City Hall on Oct. 8 ahead of the midterm elections. David Paul Morris / Bloomberg via Getty

Oct. 21, 2026, 7:07 PM EDT

**By Julia Ainsley, Ryan J. Reilly, Kelly O'Donnell and Jane C. Timm**

WASHINGTON – The Justice Department is considering bringing litigation against more states in the lead-up to – or possibly after – the Nov. 3 midterm elections as part of its efforts to compel states to comb through voter rolls for noncitizens trying to vote in federal elections, a Justice Department official involved in the investigations told NBC News.

The official would not say which states may soon face litigation but said the Justice Department was looking at states that automatically send mail-in ballots to registered voters. California has that policy, and it was recently sued to compel it to review 18,000 registered voters the Justice Department suspected could be noncitizens seeking to cast fraudulent ballots.

ADVERTISING
Shop now
zoro
Tools, Parts, and Supplies
for Your Business™

Seven other states and Washington, D.C., have all-mail elections and send ballots out automatically: Colorado, Hawaii, Nevada, Oregon, Utah, Vermont and Washington state. Mail voting has frequently been a target for President Donald Trump's voter fraud claims, which have escalated ahead of the 2026 midterms, even as he uses the voting method to cast his ballot in Florida while he resides and works in Washington.

The legal threats came amid a broader campaign by the Trump administration to zero in on what voting experts say is a relatively rare phenomenon of voting by noncitizens. Trump has long made unfounded claims that voting is marred by widespread fraud.

The Justice Department official said the department will continue to push California to segregate ballots from those 18,000 voters and believes it can do so for 30 days after the election, when county election officials certify their votes.

But the official would not say whether the Justice Department would seek to delay the certification of votes until California – or other states that may face similar lawsuits – comply with its request to segregate potentially fraudulent ballots.

Federal law prohibits systemic list maintenance within 90 days of a federal election. At this point, just two weeks from Election Day, the only changes to the voter rolls can come from individualized information, like notification from the Social Security Administration that someone has died.

California Gov. Gavin Newsom called the lawsuit against his state, which was filed last Thursday, “unfounded” and “desperate.”

“The courts have made clear that the federal government has no role in how a state carries out its election process, and now, in the middle of Californians voting, they have asked local officials – who do a damn good job defending democracy – to violate federal law,” he said in a statement.

---

## For Subscribers



* Trump is desperate to bring gas prices down. The solution might be in India.




* New AI tool for voters offers a specialized chatbot to explain your ballot



* What the rural da
looks like, from the pe
lived through it

States and local jurisdictions control the administration and certification of elections. And while the Justice Department can prosecute crimes, it has no statutory authority to urge the delay of certification, according to Justin Levitt, a former Justice Department Voting Section attorney and Biden White House adviser. There are civil rights statutes that allow the department to pressure states to include unlawfully excluded voters, but the opposite does not exist.

California’s attorneys are already challenging both the legality of the department’s claims and the substance of its allegations.

Los Angeles County sampled some voter records and found that half of the registrations were canceled or inactive, while 1 in 4 of the voters had listed birthplaces in the U.S., which the attorneys wrote is “a strong indicator of citizenship status.”

More than 70% of the registrations reviewed by Los Angeles County had no voting histories, Registrar-Recorder/County Clerk Dean Logan said.

“Our office takes voter eligibility seriously, and any credible evidence of unlawful voting or attempts at disrupting elections warrants appropriate review. Claims of unlawful voting must be supported

by verifiable evidence, not assumptions," he said in a statement Wednesday.

The Trump administration made sweeping claims in July that hundreds of thousands of noncitizens were on the voter rolls in the U.S., including 190,000 in California. It sent letters to states demanding action, but since then, the claims have largely fallen apart, resulting in just a handful of arrests and prosecutions. Noncitizens do occasionally end up on the voter rolls – often because of bureaucratic errors or misunderstandings – but very few cast ballots.

This summer, for example, the Trump administration claimed there were 16,000 noncitizens on the voter rolls in Nevada. In August, it sent the state a list of 185 voters. Last month, the state fired back that all 185 people were citizens according to state records.



Julia Ainsley

I am NBC News' Senior Homeland Security Correspondent.



Ryan J. Reilly

Ryan J. Reilly is a justice reporter for NBC News.



Kelly O'Donnell

Chief Justice and National Affairs Correspondent



Jane C. Timm

Jane C. Timm is a senior reporter for NBC News.

Lawrence Hurley contributed.

# Exhibit AI

Case No. 1:26-cv-03674-JEB

# Blanche won’t rule out DOJ post-election action in a ‘doomsday’ scenario

**nbcnews.com**/politics/justice-department/blanche-wont-rule-doj-post-election-action-doomsday-scenario-rcna605035

Ryan J. Reilly, Jane C. Timm

October 22, 2026

The attorney general’s comments come in the middle of a broader campaign by the Trump administration to zero in on what election experts say is a relatively rare phenomenon of voting by noncitizens.

Listen to this article with a free profile




Attorney General Todd Blanche was asked whether he could rule out any action by the Justice Department that could seek to delay the counting of ballots. Anna Moneymaker / Getty

NORFOLK, Va. — Attorney General Todd Blanche on Thursday left open the possibility that the Justice Department could seek to block states from certifying votes in the midterm elections, though he said it wasn’t his intention to “improperly interfere with elections.”

NBC News reported this week that the Justice Department is weighing more election-related litigation against states after it sued California to compel state officials to review 18,000 registered voters it suspected could be noncitizens seeking to cast fraudulent ballots. California has an all-mail election and sends out ballots automatically.

0 seconds of 1 minute, 13 secondsVolume 50%
Blanche does not rule out DOJ post-election action

Washington, D.C., and seven other states do, too: Colorado, Hawaii, Nevada, Oregon, Utah, Vermont and Washington. Mail voting has frequently been a target for President Donald Trump's voter fraud claims, which have escalated ahead of the 2026 midterms, even as he uses the voting method to cast his ballot in Florida.

On Thursday, Blanche was asked whether he could rule out any action by the Justice Department that could seek to delay the counting of ballots.

Blanche said there could be some "doomsday" scenario in which it would seek to get involved.

"It is not DOJ's intention to, and it's never our intention to, improperly interfere with elections or the state confirmation process or certification process," he told reporters before he boarded a plane.

Blanche's comments come in the middle of a broader campaign by the Trump administration to zero in on what voting experts say is a relatively rare phenomenon of voting by noncitizens.

The Justice Department's role in U.S. elections is limited by law, chiefly allowing it to safeguard civil rights and prosecute people who violate election law.

While private citizens and candidates can sue to challenge ballots or election results, no U.S. laws say the Justice Department can challenge ballots or delay certification. U.S. elections are run by state and local officials, who are charged with certifying results.

Blanche said he couldn't say there were zero circumstances under which the Justice Department wouldn't get involved. "Of course, I'm not going to say that," he said. "But am I planning my days around the election to be somewhere to not certify? Of course not."

Blanche and FBI Director Kash Patel traveled to Norfolk for a news conference Thursday to announce racketeering charges against an 82-year-old Virginia state senator.

At that news conference, when he was pressed about the Justice Department's litigation against states, Blanche said the Justice Department was "not trying to create chaos." He said it was trying to alert officials to potential issues.

"I'm not trying to not have an election certified. Of course not," Blanche said. "What we're trying to do is guarantee to the American people that the only people that are voting are people that are eligible to vote."

Senate Minority Leader Chuck Schumer, D-N.Y., reacted to Blanche's comments, saying Senate Democrats "have been preparing for this for months and will be ready for whatever" the Trump administration tries.

"As Trump and his cronies attempt to steal this election, we are fighting them at every turn," Schumer posted on X. "Our elections must always belong to the voters — not Donald Trump."

# Exhibit AJ

Case No. 1:26-cv-03674-JEB

# Cato Legal Scholar Comments on Justice Department Suit against Alaska Election Results

cato.org/news-releases/cato-legal-scholar-comments-justice-department-suit-against-alaska-election-results

October 23, 2026




The Department of Justice has filed a lawsuit seeking to block certification of a narrow Democratic win in the upcoming Alaska senate race, citing possible confusion between candidates.

> *"I believe that this lawsuit is abusive in its intentions and borders on frivolous in its arguments, and that it is destined for defeat in the courts should it reach the merits.*
>
> *It borders on frivolous because it attempts to stretch a federal statute, the National Voter Registration Act (NVRA), beyond recognition by snipping language from the law's preamble and treating it as if it creates vast and open-ended new duties that the federal government can enforce on states. That is not a natural reading of the text nor is it one that courts have taken. If accepted it would massively federalize many issues of local election administration.*
>
> *It is abusive because the supposed federal claims are being sprung from the weeds at the last minute when they could have been raised long ago, when courts could have considered them in a more unhurried way.*

> *It invites suspicions of bad faith by omitting any acknowledgment that Alaska's printed ballot labels one of the two Sullivans distinctly as "incumbent," thus helping dispel any confusion for a reasonable voter. In so doing, Alaska has addressed the hazard without walking into a different hazard (curbing voter choice by striking an otherwise qualified candidate) in a way that is within the balanced discretion of a state administering its own election law. Remarkably, the DOJ filing itself reproduces the relevant section of the ballot that includes the label "incumbent" without mentioning this telling fact.*
>
> *This lawsuit is an assault on the constitutional design by which states, not the federal government, run elections. The issue in question is one for the Alaska Supreme Court to decide under Alaska law, and the Alaska court did just that. If Congress in future wants to use its limited override powers to change things, it will need to speak clearly.*
>
> *In the aftermath of the 2020 election, courts in the United States made clear that they would not allow meritless litigation to steal an election. They may soon have to make that clear again."*

# Exhibit AK

Case No. 1:26-cv-03674-JEB

# Election tensions escalate in California as DOJ charges 28 people with voting crimes

npr.org/2026/10/20/nx-s1-6008023/election-tensions-escalate-in-california-as-doj-charges-28-people-with-voting-crimes

Miles Parks October 20, 2026




## Elections

The Justice Department is escalating a feud with California officials over the state's voting system that looks like it will continue through Election Day and beyond.

**Transcript**

A MARTÍNEZ, HOST:

The Trump administration's fight with California elections officials over the voter rolls is intensifying.

STEVE INSKEEP, HOST:

On Monday, the Department of Justice filed charges against more than two dozen people for voting crimes in previous elections. Just last week, the Department of Justice sued the state and Los Angeles County because local officials declined to investigate the administration's noncitizen-voting allegations. So with Election Day coming, where's all this heading?

MARTÍNEZ: All right. Let's bring in NPR voting correspondent Miles Parks to answer that question. Miles, let's start with that LA lawsuit. What's the latest here?

MILES PARKS, BYLINE: So the Department of Justice filed an emergency motion just yesterday asking a federal court to force LA County and the state of California to do what it wants as soon as possible. This all began, A, about a week ago, last Tuesday, when the DOJ delivered a thumb drive to Los Angeles County that contained the names of 20,000 people all over California who are on the state's voter rolls and who the federal government says are likely noncitizens.

Now, I should say there are a lot of reasons to be skeptical of that number. But the DOJ wants California to segregate the ballots of everyone on this list and for them not to be counted until those people have been investigated. The state says the federal government has not provided evidence for its claims and doing what the DOJ asks would probably violate state and federal law.

MARTÍNEZ: What are the chances the DOJ'll be successful?

PARKS: Election law experts are pretty skeptical. I mean, this DOJ has tried a bunch of different ways to compel states to change how they vote, and there just hasn't been much success. It would be pretty shocking if, two weeks before an election, when ballots have already gone out, that that changes.

MARTÍNEZ: All right. So we mentioned the charges that were filed yesterday against noncitizens in California for alleged voting crimes. Are these two things related somehow?

PARKS: Yes. So the 28 people charged yesterday were supposedly on this broader list of 20,000 names that was provided to local officials. These were all green card holders who allegedly registered to vote. Acting Deputy Attorney General Trent McCotter announced the charges at a press conference yesterday.

(SOUNDBITE OF ARCHIVED RECORDING)

TRENT MCCOTTER: This Department of Justice will not look the other way while noncitizens vote in federal elections. Unfortunately, the same can't be said for California and LA County.

PARKS: I should say there's still a lot we don't know about these cases. Research has found that in many of these cases where legal permanent residents do register to vote, it's often found to be because of bureaucratic errors or because they didn't realize it was illegal. It just usually does not make that much sense that someone would risk their chance at permanent citizenship to cast one vote.

MARTÍNEZ: And so on that, Miles, because 28 people - I mean, that doesn't sound like this big, grand conspiracy that the president has talked about for so many years.

PARKS: Exactly. I mean, just for context, 28 people is roughly 0.0001% of California's registered voters. But election experts I talk to say announcing charges like this - and this is something we've seen more and more in recent days as early voting is beginning across the country - it allows the Trump administration to give the impression that this idea of noncitizen voting is happening more than it is.

MARTÍNEZ: All right. So two weeks short of Election Day here. So what are people worried about?

PARKS: So the No. 1 fear from election experts is that these sort of accusations could be leveraged in some way by federal law enforcement to potentially confiscate ballots in the period after voting ends during counting. But I should say voting officials are preparing for that. Dana Lewis is a Republican election official in Pinal County, Arizona. And she told me election officials everywhere are watching this legal process play out in California and making plans as though they'll be next.

DANA LEWIS: When this impacts another administration, you know, or jurisdiction, you automatically have to feel that. If it's happening in Georgia, if it's happening in Colorado or California, we're all watching.

PARKS: Local officials I talk to say they have their county attorneys on speed dial right now just in case the DOJ comes knocking at their door.

MARTÍNEZ: All right. We'll have you on speed dial as well. NPR's Miles Parks. Thanks a lot.

PARKS: Thanks, A.

Copyright © 2026 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.

Accuracy and availability of NPR transcripts may vary. Transcript text may be revised to correct errors or match updates to audio. Audio on npr.org may be edited after its original broadcast or publication. The authoritative record of NPR's programming is the audio record.

**NPR does not offer or accept money for coverage or interviews.** Anyone who makes such an offer or request is not an NPR employee and does not represent NPR.

# Exhibit AL

Case No. 1:26-cv-03674-JEB

# 'I will hunt you down': U.S. attorney baselessly threatens voters as polls open in Texas

democracydocket.com/news-alerts/i-will-hunt-you-down-u-s-attorney-baselessly-threatens-voters-as-polls-open-in-texas

October 19, 2026




Aaron Reitz speaking at a hearing of the Senate Judiciary Committee at the U.S. Capitol in Washington, D.C. (Photo by Michael Brochstein/Sipa USA)(Sipa via AP Images)

A top federal prosecutor in Texas began the first day of early voting with a stark message to voters and local officials: "If you violate federal election law, I will hunt you down and prosecute you. Election Day is Tuesday, November 3. We'll see you out at the polls."

U.S. Attorney Aaron Reitz posted the video on social media on Monday, as Texans began voting in a high-stakes midterm election with intensely competitive races on the ballot, including the U.S. Senate matchup between Texas Attorney General Ken Paxton (R) and state Rep. James Talarico (D). With Democrats poised to potentially win a statewide seat for the first time in decades, Republicans are more hellbent than ever on intimidating voters and officials with threats of criminal prosecution.

In the video, Reitz threatened election officials as he explained his role in the election.

"It means no crooked local election administrators," Reitz said. "They have a duty to prevent illegal voting, and I'm here to make sure they do their job."

Reitz was appointed to the post in July, just in time for him to post a video spreading misinformation implying that a Houston man shot by ICE had illegal drugs in his vehicle, which was later debunked. He ran a hate-filled campaign earlier this year for Texas attorney general, losing the Republican primary to election denier Mayes Middleton.

SIGN UP TODAY

## Get updates straight to your inbox — for free

Join 350,000 readers who rely on our daily and weekly newsletters for the latest in voting, elections and democracy.

Emily Eby French, policy director at Common Cause Texas, blasted Reitz for using his office to threaten election officials with the possibility of criminal prosecutions — particularly when they raced to clear a backlog of hundreds of thousands of voter registrations after the state's system glitched.

"Why are we threatening our election officials when they are busy holding together all the laws, all the processes, and doing so with sometimes only one or two full-time staff members in their counties?" Eby French said. "I'm really disappointed to hear anyone from the government threatening local officials when they should be supporting them."

Reitz went on to outline steps his office is taking ahead of the election — assisting federal election monitors to "oversee compliance with federal law" at "key" polling places, collaborating with the Texas secretary of state and the Texas attorney general to investigate alleged violations of federal law and coordinating with the FBI, the U.S. Department of Homeland Security and the U.S. Department of Justice's Civil Rights Division to "surge legal resources where we need them most."

Eby French called Reitz's stance on federal election monitors "interesting" in light of the Texas attorney general's 2024 lawsuit seeking to block monitors from the polls. Reitz previously served as a deputy attorney general for the Texas Attorney General's office.

"Federal monitors are allowed to be at the polling place, but they're not allowed to disrupt anything. I have to believe that Reitz knows this," Eby French said. "But I think that his posturing is intended to scare voters out of using their legal right to vote."

Eby French also called Reitz's vow to "surge legal resources" a dog whistle for sending law enforcement to the polls this year.

"Intimidation at the polls is illegal. It doesn't matter if it is federal law enforcement, state law enforcement, local enforcement. Anybody doing intimidation at the polling place is illegal. Hopefully Reitz knows this. And using the term 'surge' when most people associate 'surge' with ICE raises the specter of ICE at the polls, which is also illegal – and which we are hoping to not see in Texas," Eby French said. "We will have a quick response to any illegal intimidation at the polls, whether it's from a government office or a private actor."

Ultimately, eligible voters will be able to cast a ballot at their local polling place in Texas, Eby French said, adding that they can call the national election protection hotline for assistance.

# Exhibit AM

Case No. 1:26-cv-03674-JEB

**U. S. Department of Justice**

*United States Attorney*
*Eastern District of Washington*
*Thomas S. Foley U. S. Courthouse. Suite 340*
*P. O. Box 1494* *(509) 353-2767*
*Spokane. Washington 99210-1494* *Fax (509) 835-6397*

October 26, 2026

Via Email

The Honorable Steve Hobbs
Secretary of State
PO Box 40220 Olympia, WA 98504-0220
steve.hobbs@sos.wa.gov;
secretaryofstate@sos.wa.gov

Re: Noncitizen Voting in the 2026 Federal Election

Dear Secretary Hobbs,

As you're aware, federal law prohibits noncitizens from voting in federal elections. *See* 18 U.S.C. § 611. The Supreme Court has also recognized that States "may not induce, encourage or promote private persons to accomplish what it is constitutionally forbidden to accomplish." *Norwood v. Harrison,* 413 U.S. 455, 465 (1973) (citation omitted). We're aware of the current litigation and correspondence surrounding Assistant Attorney General Harmeet Dhillon's request for the Washington voter roles – our request here, is separate and apart from that inquiry and litigation, as we seek your assistance to protect the integrity of the ongoing federal election.

Washington law requires the automatic mailing of voting materials to "each active registered voter of the state." Revised Code of Washington §29A.40.010. By law, ballots are to be mailed to "each voter at least eighteen days before each primary or election," and ballots for the 2026 General Election were required to be sent to voters no later than October 15, 2026. Revised Code of Washington §29A.40.070(1). Accordingly, any registered voter in the State of Washington, including noncitizens that receive ballots through Washington's vote-by-mail regime, was required to be sent a ballot no less than seven (7) days ago.

The United States is concerned with the number of noncitizen voters, both enrolled and actively voting in the State of Washington, as allowing noncitizens to vote cancels citizen votes. To combat voting by noncitizens, in violation of 18 U.S.C. § 611, the Department of Homeland Security (DHS) provided our offices a list of names of persons who are noncitizens, who, with a high level of confidence, have voted in elections as recently as the August 2026 Primary elections. Some of these individuals have voted in Washington for over a decade and have voted more than two dozen times. To be clear: through the efforts of our federal law enforcement partners, the individuals identified are or were noncitizens (i.e., they may have subsequently naturalized). Our federal partners further identified that these individuals have, with a high level of confidence, voted. It is the United States' belief that each of these individuals was sent a vote-by-mail ballot from the State of Washington to participate in the November 2026 federal election. The list of the identified individuals is attached to this letter and is comprised of over 400 individuals and over 1,500 total votes.

We advise that we anticipate imminently receiving a second list of individuals believed to be noncitizens who are registered to vote from DHS, which we will transmit ahead of the November 2, 2026, General Election with the request that you follow the protocol listed below.

To help protect the integrity of the 2026 Election our request and expectations are simple:

1. You, or your office, review the list within 24 hours of receipt of this letter to determine whether United States citizens are listed.
2. If a ballot for any individual on the list has been or subsequently is returned, instruct the appropriate elections official to not verify the signature and/or tabulate the ballot until citizenship can be determined.

We believe the requested actions will allow your office to determine whether noncitizens are voting in Washington's elections in violation of State and Federal law. As you noted in your July 7, 2026, letter to William Mohrman, Senior Counsel with the Department of Justice's Civil Rights Division, RCW 29A.04.205 provides the State's obligation and commitment "to protect the integrity of the electoral process." You further invited the Department of Justice to provide "meaningful assistance" to protect election integrity – that is our goal here. Through these efforts, specific individuals were identified, who, with high confidence, should not be registered to vote under Washington law, RCW 29A.08.370. Our request is simple; we ask that your office rectify this issue immediately. We further recognize the obligation county auditors and government agency employees providing voter registration services are under to properly carry out their duties in connection with voter registration pursuant to RCW 29A.84.110. While our offices do not enforce State law, we do make criminal referrals to our state counterparts; nonetheless, we do expect a prompt response from your office by enacting the approach above and with any further actions you deem appropriate to comply with the State or Federal laws cited.

Please ensure that the process described above to prevent noncitizens from voting in the federal election is implemented by contacting election@hq.dhs.gov and copying me at: pete.serrano@usdoj.gov by October 28 at noon PST. If you cannot implement this process by then, given the ongoing federal election, the United States will have no choice but to seek emergency relief.

The United States hopes that you share our commitment to ensure that only American citizens participate in our federal elections. Your assistance in this process will protect American citizens' votes while preventing noncitizens from violating federal law by participating in the federal election. We look forward to our collaboration as we work together to ensure free, fair and accurate elections.

Sincerely,

Charles Neil Floyd
Acting United States Attorney

Pete Serrano
First Assistant United States Attorney

cc: Stuart Holmes
Director of Elections
416 Sid Snyder Ave SW
Olympia, WA 98501
stuart.holmes@sos.wa.gov

# Exhibit AN

Case No. 1:26-cv-03674-JEB

# Trump administration asks Washington to set aside ballots from 400 voters it says may be noncitizens

AP apnews.com/article/washington-noncitizen-voting-63c17a3eadc9ed232fbd897afbd29b9d

Gene Johnson October 26, 2026



President Donald Trump talks to reporters before boarding Air Force One, at Joint Base Andrews, Md., Monday, Oct. 26, 2026, en route to a campaign rally in Mississippi. (AP Photo/Jacquelyn Martin) License this photo

Add AP News on Google Add AP News as your preferred source to see more of our stories on Google.

SEATTLE (AP) — The Trump administration on Monday asked Washington state to set aside any ballots received from more than 400 people it suspects registered to vote without U.S. citizenship.

In a letter to the Washington Secretary of State's Office, the Justice Department said it had identified 1,500 votes cast by the over 400 people in prior elections. It asked the state to set aside any ballots the people might cast in next month's midterm until state

officials can confirm they are legally eligible to vote. The state has more than 5 million registered voters.

“We are asking the state to set aside those ballots until we can confirm they are legal voters,” Acting U.S. Attorney Neil Floyd said in a news conference.

Much of the list was built based on “recent contacts” with suspected noncitizens, Floyd said, because federal officers are now routinely checking to see if the people they interact with are registered to vote. His office wants to compare that list against the state’s voter information because that will help determine how many people actually cast ballots, Floyd said.

Without access to those state records, proving someone illegally voted will be a difficult and labor-intensive process, Floyd said.

Washington Secretary of State Steve Hobbs was reviewing the administration’s demand. His office noted that it had received about 60 subpoenas from the Justice Department since last month seeking information about voters.

“We take our responsibility to protect voter information seriously and will only respond to requests that follow due process,” Hobbs said in an emailed statement. “We see what’s happening in California and don’t want Washingtonians to be harassed.”

The effort is the latest by the administration to identify noncitizen voters, even though noncitizen voting is exceptionally rare. President Donald Trump has repeatedly sought to undermine public confidence in elections. The request in Washington is similar to a Justice Department attempt to require California to sequester mail ballots from up to 20,000 people the federal government suspects may not be citizens.

California has challenged that, and during rare Sunday arguments a panel of federal appellate judges questioned the timing, constitutionality and authority of the Justice Department’s demand. The Elections Clause of the U.S. Constitution gives state legislatures the power to set the time, place and manner of congressional elections.

Los Angeles County Assistant Registrar-Recorder Monica Flores said in a court filing that her staff went through a sample of 200 records from the Trump administration’s list. They found the sample included canceled or inactive registrations, people with no voting history and voters who appeared to have been born in the United States.

The Justice Department told Washington it anticipates sending the state an additional list of people it suspects are not citizens prior to Election Day. It also noted that some of the

people it suspects registered without citizenship may have since become naturalized.

Investigations into prior allegations of noncitizen voters have revealed far fewer instances than the Trump administration has claimed. In Nevada, Trump's administration alleged there were 1,500 potential noncitizen voters on the rolls but subsequent investigation found zero.

In Maricopa County, which includes Phoenix, the county recorder, who is a Trump supporter, announced that there were 207 possible noncitizens on the county's rolls. The Republican County Attorney determined there were actually eight.

# Exhibit AO

Case No. 1:26-cv-03674-JEB

# Federal attorneys allege hundreds of non-citizens are voting in Washington elections

kuow.org/elections/2026-10-26/federal-attorneys-allege-hundreds-of-non-citizens-are-voting-in-washington-elections

Dyer Oxley, Amy Radil

October 26, 2026




(From left) First Assistant U.S. Attorney Pete Serrano, Eastern District of Washington, and acting U.S. Attorney Neil Floyd, Western District of Washington, hold a press conference Monday afternoon, Oct. 26, 2026. They alleged they have found 405 non-citizens who are registered to vote in Washington state, and who have also voted in the state.

Federal attorneys in Seattle alleged Monday that hundreds of ineligible Washington residents — non-citizens — are voting in elections.

"For years, Washington state has had a mantra: Our elections are 'free, fair, and devoid of fraud.' But our investigation shows not all of that is true — people who are non-citizens are registered to vote and are voting in our state," said acting U.S. Attorney Neil Floyd. "We have identified over 400 non-citizens who are registered to vote and have voted in multiple elections. This is only the tip of the iceberg. We will continue to investigate and identify those who are committing crimes by voting illegally."

Floyd is the interim U.S. attorney for the Western District of Washington. He joined First Assistant U.S. Attorney Pete Serrano of the Eastern District of Washington at a press conference Monday afternoon. They claimed to have found 405 non-citizens who have voted in Washington state, accounting for more than 1,500 illegal ballots cast. They did not indicate the timeframe for these violations, and alleged there are more to be found.

There are more than 5.1 million people registered to vote in Washington state.

Floyd said that without their help, the state of Washington "does not have the capacity or the will" to check if non-citizens are voting in local elections. Echoing Trump administration rhetoric, he said Washington state has refused to hand over its voter database to the White House. His office has been going through records voter by voter to determine if non-citizens are voting.

According to a letter the attorneys sent to Secretary of State Steve Hobbs, they received a list of names from the Department of Homeland Security. Those names were non-citizens suspected of voting. They allege some have voted for two decades, more than a couple dozen times. Floyd noted it is not difficult to go to votewa.gov, type in somebody's name, and see if they have voted.

Read: Signed Letter to Steve Hobbs RE non-citizen ballots
Floyd added this has not been an immigration enforcement effort. He said he would like to eventually look at potential double voting or instances of deceased people returning ballots.

Floyd and Serrano said that because a "substantial number" of non-citizens have been registered to vote in Washington, they receive ballots in the mail, giving them the impression they can legally vote. They claim to have heard from green card holders who were unknowingly registered to vote in Washington state via the Motor Voter program.

## Secretary of State Steve Hobbs on the issue

Washington Secretary of State Steve Hobbs recently addressed the issue of non-citizens voting in local elections.

Speaking on the Oct. 22 episode of "Inside Olympia," he said such violations are rare. He also said the state and county elections officials are aware people can be mistakenly registered to vote, so voter rolls are consistently maintained to remove them.

"If you look back all the way [from] 1982... to 2025, there have been 15 instances of non-citizens voting in the state of Washington," Hobbs said. "That is .0000006%, so very few.

... There are probably a few non-citizens that are on the voter rolls. That in itself is not illegal."

If such non-citizens actually cast a vote, they could be charged with a class C felony, resulting in fines, prison time, and deportation.

Both Floyd and Serrano were appointed to their positions by President Donald Trump, who has often alleged widespread voter fraud without evidence. The president has targeted vote-by-mail programs, calling their security into question.

Neither Floyd or Serrano has been confirmed by the Senate, as is required for the job.

As KUOW has previously reported, the Trump administration has avoided confirmations for such federal positions by appointing people under an "interim" status or by giving them the title of "first assistant." This has allowed Trump's candidates to perform these roles without checks and balances. Floyd's placement is currently in dispute, and has pulled Serrano into the drama.

Federal judges appointed Roger Rogoff in the role of U.S. attorney for the Western District after the Trump administration made no official nomination for Senate approval. The administration has fought this move to keep Floyd in place.