# Exhibit 3

Case No. 1:26-cv-03674-JEB

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al*.,<br><br>Plaintiffs,<br><br>*v*.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>Defendants. | Case No. 1:26-cv-03674 |

**DECLARATION OF LILLIE SNYDER BOSS**

I, Lillie Snyder Boss, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the Chief Operating Officer of DSCC. I have served in this role since March 2021. I oversee DSCC's day-to-day operations. This includes managing DSCC's staff and processes, budget, operations, and initiatives, as well as engaging with all of DSCC's activities as needed. I interact with DSCC's officers and employees at all levels. I also help candidates' campaigns from time to time on their compliance and budget needs.

3. DSCC, also known as the Democratic Senatorial Campaign Committee, is the Democratic Party's national senatorial committee. Its mission is to elect candidates of the Democratic Party across the country to the U.S. Senate. In support of its mission, DSCC works with Democratic Senate candidates and their campaigns to encourage and assist Democratic Party members and supporters in registering and successfully casting ballots, and to preserve the legal rights of its members and voters.

4. DSCC's members include Democratic members of the U.S. Senate and Democratic candidates for U.S. Senate. DSCC currently has members in 44 States (every State except for Indiana, Missouri, Nebraska, North Dakota, South Dakota, and Utah). Beyond its formal membership, DSCC's constituency also includes Democratic voters and supporters in all 50 States.

5. DSCC is executing its plans for the 2026 midterm election cycle, as voting is already underway. There are 35 U.S. Senate seats up for election. DSCC's candidate members, who are competing in those elections, rely on DSCC's resources to help win their campaigns, including direct financial support from DSCC, strategic insight from DSCC, and coordination with DSCC's communications and voter mobilization programs. In other words, DSCC's interests and resources are deeply intertwined with those of its candidate members.

6. DSCC and its candidate members have an interest in a fair and lawful electoral process for its members' campaigns. Even if DSCC's members succeed in their campaigns, DSCC and its members are harmed by unlawful election interference, as it deprives DSCC and its candidate members of a fair process and an accurate result. That is especially true in years like this one, when the Democratic Party hopes to regain a majority in the U.S. Senate.

7. As explained in greater detail in the Complaint, the Department of Justice ("DOJ") and Department of Homeland Security ("DHS") have demanded that election officials review lists of purported noncitizens, use those lists to remove voters from their voter rolls, and recently, deny those voters access to mail ballots—or segregate and refrain from counting mail ballots submitted by these voters. Moreover, officials from both DHS and the DOJ have supported these efforts to interfere in state election administration by making threats against state and local election officials throughout the country, including threats of criminal prosecution for election officials who refuse

to comply with unlawful demands to remove voters from state voter rolls and deny ballots to lawfully registered voters.

8. These unlawful efforts directly harm the interests of DSCC and its candidate members in a fair electoral process. Any election in which state and local election officials must choose between facing potential criminal prosecution or complying with unlawful demands to prevent lawfully registered voters from casting their ballots is necessarily unfair and unlawful. This interference undermines public confidence in the electoral process, thereby damaging the reputational interests of DSCC and its candidate members by throwing the results of the elections in which they compete into question.

9. The administration's campaign of intimidation and election interference also harms DSCC and its candidate members' competitive prospects. It threatens to disenfranchise large numbers of Democratic and Democratic-leaning voters. The disenfranchisement of voters who support DSCC's candidate members necessarily harms the electoral prospects of those members and puts DSCC and those candidate members at a competitive disadvantage. Several of DSCC's candidate members are competing in extremely close elections that may well be decided by a small number of votes. The disenfranchisement of potential voters thus directly reduces the likelihood that DSCC can achieve its mission of regaining a majority in the U.S. Senate.

10. Additionally, many voters who are not disenfranchised will likely be discouraged from voting based on a belief that their votes will not be counted, confusion about the status of their voter registration, or fear of reprisals from DHS and DOJ. In particular, many naturalized citizens—who appear to be disproportionately targeted by DHS's efforts to identify purported noncitizen voters—will likely be intimidated into staying home on election day.

11. DSCC will also be forced to take remedial measures to address the impact of the administration's campaign of intimidation and election interference. In recent years, DSCC has dedicated significant staff time and resources to encourage its supporters to vote. DSCC's get-out-the-vote strategies and messaging have been based on DSCC's and its candidate members' expectation that lawfully registered voters will be able to cast a ballot according to their respective States' procedures, rather than facing a risk of last-minute disenfranchisement. Now, DSCC must revise its programs and messaging to aid voters and candidates who are injured by the threat of wrongful disenfranchisement created by the administration's campaign of intimidation and interference in state election procedures, diverting resources from DSCC's other mission-critical activities. The resources DSCC can deploy to elect its candidate members are finite in any given election cycle. Resources that must be diverted to responding to voter suppression and the threat of mass disenfranchisement necessarily come at the cost of DSCC's other critical programs and expenditures.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/25/2026

Lillie Snyder Boss

**Lillie Snyder Boss**
**Chief Operating Officer, DSCC**