# Exhibit 4

Case No. 1:26-cv-03674-JEB

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al*.,<br><br>Plaintiffs,<br><br>*v*.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>Defendants. | Case No. 1:26-cv-03674 |

**DECLARATION OF CAITLIN REMMEL**

I, Caitlin Remmel, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the Voter Protection Director at DCCC. I joined DCCC in August 2023, and I have served as Voter Protection Director since February 2025. In my role, I oversee DCCC's strategies and day-to-day efforts to protect the rights of voters through communication, education, and on-the-ground programming. I also interact with DCCC's officers and employees at all levels.

3. DCCC, also known as the Democratic Congressional Campaign Committee, is the Democratic Party's national congressional committee. Its mission is to elect candidates of the Democratic Party from across the country to the U.S. House of Representatives. DCCC pursues its mission by working with Democratic House candidates and campaigns to encourage and assist Democratic Party members and voters in registering and successfully casting ballots, and by preserving the legal rights of its members and voters.

4. DCCC's members include all Democratic members of the U.S. House, as well as Democratic candidates for U.S. House,. As of today, DCCC has members who are Democratic candidates for the U.S. House in all 50 States. Beyond its formal membership, DCCC's constituency also includes Democratic voters and supporters throughout the country.

5. DCCC is actively executing its plans for the November 3 general election, as voting is already underway. All U.S. House seats across the United States are up for election. DCCC's candidate members rely on DCCC's resources to help win their races, including direct financial support from DCCC, strategic insight from DCCC, and coordination with DCCC's communications and voter mobilization programs. In other words, DCCC's interests and resources are deeply intertwined with those of its candidate members.

6. DCCC provides Democratic House Members from competitive districts resources and support to execute effective reelection campaigns. DCCC is also spending resources to defeat Republicans in many other competitive congressional districts around the country.

7. DCCC and its candidate members thus have an interest in a fair and lawful electoral process for the members' campaigns. Even if DCCC's members succeed in their races, DCCC and its members will be harmed by unlawful election interference, as they deprive DCCC and its candidate members of a fair process and an accurate result. That is especially true in years like this one, when the Democratic Party hopes to regain a majority in the U.S. House of Representatives.

8. As explained in greater detail in the Complaint, the Department of Justice ("DOJ") and Department of Homeland Security ("DHS") have demanded that election officials review lists of purported noncitizens, use those lists to remove voters from their voter rolls, and recently, deny those voters access to mail ballots—or segregate and refrain from counting mail ballots submitted by these voters. Moreover, officials from both DHS and DOJ have supported these efforts to

interfere in state election administration by making threats against state and local election officials throughout the country, including threats of criminal prosecution for election officials who refuse to comply with unlawful demands to remove voters from state voter rolls and deny ballots to lawfully registered voters.

9. These unlawful efforts directly harm the interests of DCCC and its candidate members in a fair electoral process. Any election in which state and local election officials must choose between facing potential criminal prosecution or complying with unlawful demands to prevent lawfully registered voters from casting their ballots is necessarily unfair and unlawful. This interference undermines public confidence in the electoral process, thereby damaging the reputational interests of DCCC and its candidate members by throwing the results of the elections in which they compete into question.

10. The administration's campaign of intimidation and election interference also harms DCCC and its candidate members' competitive prospects. It threatens to disenfranchise large numbers of Democratic and Democratic-leaning voters. The disenfranchisement of voters who support DCCC's candidate members necessarily harms the electoral prospects of those members and puts DCCC and those candidates at a competitive disadvantage. Several of DCCC's candidate members are competing in extremely close elections that may well be decided by a small number of votes. The disenfranchisement of registered voters thus directly reduces the likelihood that DCCC can achieve its mission of regaining a majority in the U.S. House of Representatives.

11. Even voters who are not disenfranchised will likely be discouraged from voting based on a belief that their votes will not be counted, confusion about the status of their voter registration, or fear of reprisals from DHS and DOJ. In particular, many naturalized citizens—who

appear to be disproportionately targeted by DHS's efforts to identify purported noncitizen voters—will likely be intimidated into staying home on election day.

12. DCCC will also be forced to take remedial measures to address the impact of the administration's campaign of intimidation and election interference. In recent years, DCCC has dedicated significant staff time and resources to encourage its supporters to vote. DCCC's get-out-the-vote strategies and messaging have been based on DCCC's and its candidate members' expectation that lawfully registered voters will be able to cast a ballot according to their respective States' procedures, rather than facing a risk of last-minute disenfranchisement. Now, on the near eve of Election Day, DCCC must figure out how to address the threat of wrongful disenfranchisement created by the administration's campaign of intimidation and interference in state election procedures, diverting resources from DCCC's other mission-critical activities. The resources DCCC can deploy to elect its candidate members are finite in any given election cycle. Resources that must be diverted to responding to voter suppression and the threat of mass disenfranchisement necessarily come at the cost of DCCC's other critical programs and expenditures.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/25/2026

Caitlin Remmel

**Caitlin Remmel**
**Voter Protection Director, DCCC**