# Exhibit 6

Case No. 1:26-cv-03674-JEB

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al*.,<br><br>Plaintiffs,<br><br>*v*.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>Defendants. | Case No. 1:26-cv-03674 |

**DECLARATION OF DANIELE MONROE-MORENO**

I, Daniele Monroe-Moreno, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the Chair of the Nevada State Democratic Party ("NSDP"), a role to which I was first elected in 2023. As Chair, I oversee all of NSDP's operations throughout the state of Nevada, including making personnel decisions, presiding over the State Central Committee, and contributing to NSDP's strategic planning.

3. NSDP is a state political party committee dedicated to supporting Democratic Party candidates throughout the state of Nevada in both state and federal elections. Candidates supported by NSDP include three incumbent members of the U.S. House of Representatives from Nevada and one challenger, several statewide officials from Nevada, and many members of the Nevada legislature. NSDP's members include Democratic voters and candidates in Nevada, and its constituency includes a diverse group of Democrats, including elected officials, candidates for

elected office, state committee members, advisory caucuses, affiliate groups, and voters—many of whom are naturalized citizens.

4. NSDP works closely with candidates and campaigns to improve their likelihood of winning elections in Nevada. Among other activities, NSDP has invested heavily in encouraging its supporters to vote and has already spent significant sums on turnout efforts for the 2026 midterm election. Democratic candidates rely on NSDP's resources to help win their campaigns. Thus, NSDP's interests are deeply intertwined with those of Nevada Democratic Party candidates, and both NSDP and those candidates share an interest in a fair and lawful electoral process.

5. As explained in greater detail in the Complaint, over the past several months, the Department of Justice ("DOJ") and Department of Homeland Security ("DHS") have demanded that election officials review lists of purported noncitizens and use those lists to remove voters from their voter rolls. Moreover, officials from both DHS and DOJ have supported these efforts to interfere in state election administration by making intimidating statements directed to state and local election officials throughout the country, including threats of criminal prosecution for election officials who refuse to comply with unlawful demands to remove voters from state voter rolls, deny ballots to lawfully registered voters, or refrain from counting those ballots.

6. The administration's campaign has directly targeted Nevada. DHS claimed that it had found nearly 16,000 noncitizens on Nevada's voter rolls. It then reduced that estimate to only 185 purported noncitizens, all of whom were later determined by Nevada election officials to be citizens and lawful voters. Administration officials have nonetheless continued to press Nevada election officials to remove voters from Nevada's rolls based on spurious claims of noncitizen voting.

7. These unlawful efforts directly harm the interests of NSDP and its members and constituents in a fair election process. Any election in which state and local election officials must choose between facing potential criminal prosecution or complying with unlawful demands to prevent lawfully registered voters from casting their ballots is necessarily unfair and unlawful. Thus, administration officials' interference with state ballot counting and tabulation processes, along with their intimidation of state and local election officials, illegally alters the rules of the elections in which NSDP and Democratic Party candidates must compete.

8. The administration's campaign of intimidation and election interference also harms NSDP's competitive prospects by making it harder for Democratic Party candidates to win elections in Nevada. The ultimate aim of this campaign is the disenfranchisement of large numbers of Democratic and Democratic-leaning voters. The potential disenfranchisement of voters who support NSDP-affiliated candidates necessarily harms the electoral prospects of those candidates and puts NSDP at a competitive disadvantage.

9. Even voters who are not disenfranchised will nonetheless likely be discouraged from voting based on a belief that their votes will not be counted, confusion about the status of their voter registration, or fear of reprisals from DHS and DOJ. In particular, many naturalized citizens—who appear to be disproportionately targeted by DHS's efforts to identify purported noncitizen voters—will likely be intimidated into staying home on election day. This is a particularly acute risk for NSDP, because naturalized citizens are one of NSDP's core constituencies.

10. NSDP will also be forced to take remedial measures to address the impact of the administration's attempts to interfere with Nevada's elections. NSDP has already invested heavily in encouraging its supporters to vote, crafting its get-out-the-vote strategies and messaging under

the assumption that Nevada citizens would not be wrongfully disenfranchised. Now, NSDP must dedicate resources to supporting voters and election officials who are being targeted by the administration's campaign of intimidation and election interference. Every hour and dollar spent on these remedial measures is an hour and dollar not spent on NSDP's other efforts to ensure that Democratic Party candidates are elected in Nevada.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/26/2026

D. Monroe-Moreno

**Daniele Monroe-Moreno**
**Chair, NSDP**