# Exhibit 7

Case No. 1:26-cv-03674-JEB

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>Plaintiffs,<br><br>*v.*<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-03674 |

**DECLARATION OF ERICK JOSE JIMENEZ**

I, ERICK JOSE JIMENEZ, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I was born in Mexico in 1978. My family immigrated to the United States when I was 11 years old, and I have been a resident of California since then. I currently live in San Bernardino County.

3. I began the process to become a naturalized U.S. citizen in 2004, which took approximately two years. In 2006, I eagerly took the oath to become a United States citizen. I registered to vote as a member of the Democratic Party in California immediately after my naturalization ceremony and I voted for the first time in the 2006 general election. I have proudly exercised my right to vote in every federal, State, and local election since then.

4. I have every intention to vote in the upcoming election. I received a mail ballot approximately three weeks ago and I currently plan to deliver that ballot in person to my local precinct on election day, November 3, 2026.

5. For the first time in 20 years, however, I do not know whether my ballot will be counted like normal. I understand that federal government agencies have compiled a list of voters in California that they claim may not be citizens. I do not know what sources or methods they used to put this list together, and I have no way of knowing whether I am on it. But I fear I might be, and I am very concerned that I will be targeted for voting the same way I have for decades.

6. I am aware that, for months now, federal officials have been claiming that California has noncitizens on its voter rolls. But I have also learned that these lists often include many naturalized-citizen voters, like me. For example, I learned from public reporting that the State of Nevada reviewed a list of 185 registered voters that federal officials claimed were noncitizens, and Nevada's records showed that all 185 were citizens. I worry that federal officials are using the same inaccurate data for California.

7. I understand that the Department of Justice has directed California's election officials to set aside and refuse to count ballots cast by anyone on their list of alleged noncitizens. But this list is not public; as a naturalized citizen, I fear that I may be on the list, and I do not know what steps I can take to ensure my vote will be counted like normal.

8. I am also very concerned about the impact these agencies' actions are having on my community. I am very politically active, and I am passionate about encouraging Latino voters throughout my community to exercise their right to vote, as well. While canvassing with my county's local Democratic club, many Latino voters—who, like me, are U.S. citizens and eligible to vote—have expressed serious apprehension about voting in the upcoming election. They have asked me, for example, why the federal government is "arresting people for voting." I have tried to explain that citizens cannot be prosecuted for voting, but many still seem hesitant to go to the polls.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/26/2026

Erick Jimenez

**Erick Jose Jimenez**