**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, et al.,<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:26-CV-3674 |

**JOINT SCHEDULING NOTICE**

In response to the Court's October 27, 2026 email request, the parties met and conferred on a proposed briefing and hearing schedule on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. *See* ECF No. 19 ("Motion for TRO"). The parties were unable to agree on a proposed schedule or hearing date, and therefore present the following proposals.

**Plaintiffs' Position:**

In view of the forthcoming November 3 general election, as well as Defendants' clear intent to expand their conduct towards additional States, Plaintiffs believe their Motion for TRO should be heard at the earliest possible opportunity. The Court has already set a hearing for 2:00 p.m. on October 29 on Plaintiffs' Motion for Expedited Discovery, *see* Min. Order (Oct. 26, 2026), and both judicial and party economy will be served by having both motions heard at that time. This expedited hearing schedule is warranted by Defendants' own conduct, which is premised upon "a grant of authority for the Executive to restructure election administration" that is wholly nonexistent. *United States v. California*, No. 26-7070, slip op. at 11 (9th Cir. Oct. 26, 2026) (Bennett, J., concurring), Dkt. 63.1 at 45; *see also id.*, slip op. at 11-12 (Sanchez J., concurring), Dkt. 63.1 at 53-54 (explaining Defendants are seeking to "dictate to a state legislature a matter

squarely within the state's traditional domain"). It is further warranted by Defendants' own admission that they intend to continue asserting this authority against an unknown number of States through Election Day and beyond into the weeks of certification procedures that follow. *See* Motion for TRO at 20–23. Further still, the burden on Defendants is lessened by the fact that they have already briefed similar issues in *Trujillo v. DHS*, Case No. 1:26-cv-3072-JEB (D.D.C. Oct. 26, 2026), ECF No. 38. Plaintiffs therefore propose the following briefing schedule to accommodate their proposed hearing date.

| **Date** | **Event** |
|---|---|
| Oct. 28, 2026 | Defendants' response to Plaintiffs' Motion for Temporary Restraining Order due at **5:00 PM** |
| Oct. 29, 2026 | Plaintiffs' reply in support of Motion for Temporary Restraining Order due at **12:00 PM** |
| Oct. 29, 2026 | Combined hearing on Plaintiffs' Motions for Temporary Restraining Order and for Expedited Discovery at **2:00 PM** |

**Defendants' Position:**

Less than two weeks before the November 3, 2026 General Election, Plaintiffs filed a motion for expedited discovery and a motion seeking emergency relief, totaling 272 pages and including 41 exhibits. Equipped with a number of lawyers and, having taken adequate time on the front end to prepare their filings, Plaintiffs now ask that Defendants be permitted less than 48 hours to provide a response, with Defendants having to spend some of that time preparing an opposition to Plaintiffs' motion for expedited discovery. Not only this, but they seek to accommodate time for a reply in support of their eleventh-hour motion for emergency relief, despite the fact that the Local Rules do not provide a right for any such reply. The burden to accommodate this schedule is high. Defendants ask the Court for an adequate opportunity to brief the threshold and procedural issues presented in this case. Therefore, to do so, and to permit the

Court a sufficient opportunity to adjudicate these matters, Defendants respectfully propose the following briefing schedule to accommodate their proposed hearing date:

| **Date** | **Event** |
|---|---|
| Oct. 29, 2026 | Defendants' response to Plaintiffs' Motion for Temporary Restraining Order due at **10:00 AM** |
| Oct. 30, 2026 | Hearing on Plaintiffs' Motions for Temporary Restraining Order and for Expedited Discovery in the Morning |

*/s/ Uzoma N. Nkwonta*
Marc E. Elias (DC 442007)
Uzoma N. Nkwonta (DC 975323)
Christopher D. Dodge (DC 90011587)
Nicole E. Wittstein (DC 1725217)
Kevin R. Kowalewski (DC 90045467)
Tori A. Shaw (DC 90036555)*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 948-1135
eliasm@elias.law
unkwonta@elias.law
cdodge@elias.law
nwittstein@elias.law
kkowalewski@elias.law
tshaw@elias.law

*Admitted *pro hac vice*

*Counsel for Plaintiffs DSCC, DCCC, Democratic Governors Association, U.S. Senate Minority Leader Schumer, U.S. House Minority Leader Jeffries, the Nevada State Democratic Party, and Erick Jose Jimenez*

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Catherine J. Malycke*

CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
catherine.malycke@usdoj.gov

*Attorneys for United States of America*