# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-3674 (JEB) |

# DECLARATION OF NATHANIEL STIEFEL

In accordance with the provisions of 28 U.S.C. § 1746, I, Nathaniel Stiefel, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

1. I currently hold the position of Deputy Associate Director of the Fraud Detection and National Security Directorate (FDNS) at U.S. Citizenship and Immigration Services (USCIS) in the Department of Homeland Security (DHS)—a role I assumed in May 2026.

2. I previously served as Deputy Chief of the USCIS Office of Policy and Strategy from May 2025 to May 2026.

3. Associate Director Nicolas Bartell previously submitted a declaration in support of the federal government's motion for temporary restraining order in *United States v. California*, 2:26-cv-12025 (C.D. Cal.). *See* Dkt. 22-4. That Declaration explained USCIS' role in federal election integrity, how USCIS processes alien or noncitizen voter records, and the process by which USCIS analyzed California's voter roll to create a list of individuals who FDNS believes are highly likely to be noncitizen aliens registered to vote in the 2026 federal election in California.

FDNS subsequently provided the list to Homeland Security Investigations (HSI) for further refinement, ultimately resulting in over 20,000 individuals remaining on the list. I understand that the list was made available to the California Secretary of State and Los Angeles County Registrar-Recorder/County Clerk on October 13, 2026.

4. I have reviewed that list of names made available to the State of California and Los Angeles County on October 13, 2026. I can confirm that named plaintiff Erick Jose Jimenez in this case is not on the list.

5. I can also confirm that according to USCIS records, Erick Jose Jimenez is a U.S. citizen who was naturalized on August 18, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

NATHANIEL I STIEFEL Digitally signed by NATHANIEL I STIEFEL Date: 2026.10.28 15:00:37 -04'00'

Nathaniel Stiefel

Executed this 28th day of October 2026, Tampa, FL.