**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-3674 (JEB) |

**DEFENDANTS' NOTICE OF COMPLIANCE REGARDING**
**PLAINTIFFS' INTERROGATORY NO. 1**

Defendants, through counsel, in *DSCC v. Trump*, No. 1:26-cv-3674 (JEB), notify the Court that, in accordance with the Court's Order dated October 29, 2026, Defendants have served Plaintiffs' counsel with Defendants' objections, responses, and a list of States in response to Plaintiffs' Interrogatory No. 1, due on October 30, 2026 at 12:00 pm.

Dated: October 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Abigail Nusbaum*
Abigail Nusbaum (FL Bar No. 1059558)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 451-7304
Email: Abigail.S.Nusbaum@usdoj.gov

Kathryn Barragan (DC Bar No. 90026294)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 598-7696
Email: Kathryn.e.barragan@usdoj.gov

*Counsel for Defendants*