UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DSCC, *et al.*,**

**Plaintiffs,**

**v.**

**DONALD J. TRUMP, *et al.*,**

**Defendants.**

**Civil Action No. 26-3674 (JEB)**

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that Plaintiffs' [19] Motion for Temporary Restraining Order and Preliminary Injunction is DENIED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: November 2, 2026